# Exhibit A

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| | | **Exhibit A Musical Compositions** | | |
| 3hree6ix5ive | Marshall Mathers | Eight Mile Style, LLC | 1/28/2019 | PA0002154680 |
| 40 Oz. | Marshall Mathers | Eight Mile Style, LLC | 5/2/2004 | PA1245114 |
| 5 Star Generals | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137999 |
| 50 Cent Collapse Freestyle | Marshall Mathers | Eight Mile Style, LLC | 1/13/03 / 8/4/07 | PA0001105080 / PA0001395315 |
| 50 Cent Collapse Freestyle | Luis Resto | Jaceff Music | 1/13/03 / 8/4/07 | PA0001105080 / PA0001395315 |
| 6 In The Morning | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245103 |
| 6 In The Morning | Luis Resto | Jaceff Music | 4/26/2004 | PA1245103 |
| 8 Mile | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204555 |
| 8 Mile | Luis Resto | Jaceff Music | 12/18/2003 | PA1204555 |
| 8 Miles & Running | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204569 |
| 8 Miles & Running | Luis Resto | Jaceff Music | 12/18/2003 | PA1204569 |
| Ain't Nothin But Music | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204565 |
| American Psycho | Jeff Bass | Eight Mile Style, LLC | 7/10/2001 | PA2615483 |
| American Psycho | Marshall Mathers | Eight Mile Style, LLC | 7/10/2001 | PA2615483 |
| American Psycho 2 | Marshall Mathers | Eight Mile Style, LLC | 7/7/04 / 6/12/09 | PA0001229165 / PA0001396023 |
| Amityville | Jeff Bass | Eight Mile Style, LLC | 10/10/00 / 11/3/00 | PA1022418 / PA980853 |
| Amityville | Mark Bass | Eight Mile Style, LLC | 10/10/00 / 11/3/00 | PA1022418 / PA980853 |
| Amityville | Marshall Mathers | Eight Mile Style, LLC | 10/10/00 / 11/3/00 | PA1022418 / PA980853 |
| Angels & Demons | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu0035026 |
| Any Man | Marshall Mathers | Eight Mile Style, LLC | 5/17/2006 | PA1322570 |
| As The World Turns | Jeff Bass | Eight Mile Style, LLC | 9/25/1998 | PA2333041 |
| As The World Turns | Mark Bass | Eight Mile Style, LLC | 9/25/1998 | PA2333041 |
| As The World Turns | Marshall Mathers | Eight Mile Style, LLC | 9/25/1998 | PA2333041 |
| Ass Like That | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295394 |
| Average Man | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245073 |
| Average Man | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245073 |
| Average Man | Luis Resto | Jaceff Music | 4/26/2004 | PA1245073 |
| Bad Guys Always Die | Marshall Mathers | Eight Mile Style, LLC | 9/25/1998 | PA2332219 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| | | **Exhibit A Musical Compositions** | | |
| Bad Influence | Jeff Bass | Eight Mile Style, LLC | 9/12/2017 | PA0002137172 |
| Bad Influence | Mark Bass | Eight Mile Style, LLC | 9/12/2017 | PA0002137172 |
| Bad Influence | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137172 |
| Bad Meets Evil | Jeff Bass | Eight Mile Style, LLC | 9/25/1998 | PAu2332219 |
| Bad Meets Evil | Mark Bass | Eight Mile Style, LLC | 9/25/1998 | PAu2332219 |
| Bad Meets Evil | Marshall Mathers | Eight Mile Style, LLC | 9/25/1998 | PAu2332219 |
| Bad Meets Evil | Ryan Montgomery | Eight Mile Style, LLC | 9/25/1998 | PAu2332219 |
| Bang Bang | Marshall Mathers | Eight Mile Style, LLC | 11/6/2000 | PA1042877 |
| Beautiful | Jeff Bass | Jeff Bass Music Publishing, LLC | 8/31/2009 | PA1677912 |
| Beautiful | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 8/31/2009 | PA1677912 |
| Beautiful In Every Way | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3512828 |
| Beautiful In Every Way | Julie Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3512828 |
| Big Weenie | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295392 |
| Bitch | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Bitch | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Bitch | Marshall Mathers | Eight Mile Style, LLC | 5/2/2004 | PA1245115 |
| Bitch | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Bitch | Luis Resto | Jaceff Music | 5/2/2004 | PA1245115 |
| Bitch Please II | Marshall Mathers | Eight Mile Style, LLC | 9/29/2000 | PA1022537 |
| Black Cotton | Marshall Mathers | Eight Mile Style, LLC | 12/16/2005 | PA0001323615 |
| Black Cotton | Steve King | Eight Mile Style, LLC | 12/16/2005 | PA0001323615 |
| Black Cotton | Luis Resto | Jaceff Music | 12/16/2005 | PA0001323615 |
| Blow My Buzz | Jeff Bass | Eight Mile Style, LLC | 7/9/2001 | PA2622397 |
| Blow My Buzz | Marshall Mathers | Eight Mile Style, LLC | 7/9/2001 | PA2622397 |
| Bonnie & Clyde | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347871 |
| Bonnie & Clyde | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347871 |
| Bonnie & Clyde | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PA2347871 |
| Brain Damage | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347884 |
| Brain Damage | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347884 |
| Brain Damage | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PA2347884 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| Breathe | Marshall Mathers | Eight Mile Style, LLC | 10/28/2004 | PA0001159858 |
| Busa Rhyme | Marshall Mathers | Eight Mile Style, LLC | 2/24/2000 | PA990295 |
| Business | Marshall Mathers | Eight Mile Style, LLC | 7/10/2002 | PA2696276 |
| Careful What You Wish For | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 9/12/2017 | PA0002136703 |
| Careful What You Wish For | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136703 |
| Census Bureau | Luis Resto | Eight Mile Style, LLC | 12/30/2005 | PA0001306047 |
| Cheers | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245074 |
| Cheers | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245074 |
| Cheers | Luis Resto | Jaceff Music | 4/26/2004 | PA1245074 |
| Classical Thing | Jeff Bass | Jeff Bass Music Publishing, LLC | 9/12/2017 | PA0002136658 |
| Cleaning Out My Closet | Jeff Bass | Eight Mile Style, LLC | 3/10/2004 10/16/02 | PA1225996 PA1073403 |
| Cleaning Out My Closet | Marshall Mathers | Eight Mile Style, LLC | 3/10/2004 10/16/02 | PA1225996 PA1073403 |
| Crazy | Jeff Bass | Jeff Bass Music Publishing, LLC | 9/12/2017 | PA0002136656 |
| Crazy In Love | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295397 |
| Crazy In Love | Luis Resto | Jaceff Music | 3/7/2005 | PA1295397 |
| Criminal | Jeff Bass | Eight Mile Style, LLC | 11/2/2000 | PA0000980852 |
| Criminal | Mark Bass | Eight Mile Style, LLC | 11/2/2000 | PA0000980852 |
| Criminal | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA0000980852 |
| Crooked Nigga Too | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371017 |
| Crooked Nigga Too | Luis Resto | Jaceff Music | 1/5/2007 | PA1371017 |
| Cum on Everybody | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347878 |
| Cum on Everybody | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347878 |
| Cum on Everybody | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PA2347878 |
| Curtains Close | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295390 |
| Curtains Up | Marshall Mathers | Eight Mile Style, LLC | 6/28/02 3/7/05 | PA2673526 PA1295387 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| Dead Wrong | Marshall Mathers | Eight Mile Style, LLC | 5/31/2000<br>8/18/00 | PA1041890<br>PA1011276 |
| Devil's Night | Jeff Bass | Eight Mile Style, LLC | 7/9/2001 | PA2622400 |
| Devil's Night | Marshall Mathers | Eight Mile Style, LLC | 7/9/2001 | PA2622400 |
| DGIFU | Marshall Mathers | Eight Mile Style, LLC | 3/30/2015 | PA0001945731 |
| Don't Aproach Me | Marshall Mathers | Eight Mile Style, LLC | 9/2/03<br>2/16/01 | PA1131566<br>PA1042878 |
| Don't Come Down | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245078 |
| Don't Come Down | Luis Resto | Jaceff Music | 4/26/2004 | PA1245078 |
| Don't Push Me | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204560 |
| Don't Push Me | Luis Resto | Jaceff Music | 12/18/2003 | PA1204560 |
| Don't U Trust Me? | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371022 |
| Don't U Trust Me? | Luis Resto | Jaceff Music | 1/5/2007 | PA1371022 |
| Down To Earth | Jeff Bass | Jeff Bass Music Publishing, LLC | 9/12/2017 | PA000216650 |
| Drama Setter | Jeff Bass | Eight Mile Style, LLC | 1/5/2007 | PA1364296<br>PA1367018 |
| Drama Setter | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 1/5/2007 | PA1364296<br>PA1367018 |
| Drips | Jeff Bass | Eight Mile Style, LLC | 7/16/02<br>6/10/03<br>8/19/02<br>7/27/07 | PA1092246<br>PA1143649<br>PA1104808<br>PA1391623 |
| Drips | Marshall Mathers | Eight Mile Style, LLC | 7/16/02<br>6/10/03<br>8/19/02<br>7/27/07 | PA1092246<br>PA1143649<br>PA1104808<br>PA1391623 |
| Drug Ballad | Jeff Bass | Eight Mile Style, LLC | 11/2/2000 | PA980850 |
| Drug Ballad | Mark Bass | Eight Mile Style, LLC | 11/2/2000 | PA980850 |
| Drug Ballad | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA980850 |
| E | Jeff Bass | Eight Mile Style, LLC | 7/7/2003 | PA0001151586 |
| E | Marshall Mathers | Eight Mile Style, LLC | 7/7/2003 | PA0001151586 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| Elevator | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/30/2014 | PA1953831 |
| Em Calls Paul | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295393 |
| Encore | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295406 |
| Everywhere I Go | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002149287 |
| Evil Deeds | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295402 |
| Fack | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 9/12/2017 | PA0002136742 |
| Fack | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136742 |
| Fight Music | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204563 |
| Final Thought | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295389 |
| Follow My Life | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245107 |
| Follow My Life | Luis Resto | Jaceff Music | 4/26/2004 | PA1245107 |
| Forgot About Dre | Marshall Mathers | Eight Mile Style, LLC | 10/10/2000 | PA2499771 |
| Fuck Off | Marshall Mathers | Eight Mile Style, LLC | 9/8/1999 | PA1009074 |
| Gatman and Robbin | Jeff Bass | Eight Mile Style, LLC | 1/5/2007 | PA1364299 PA1368723 |
| Gatman and Robbin | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 1/5/2007 | PA1364299 PA1368723 |
| Get Back | Marshall Mathers | Eight Mile Style, LLC | 6/2/00 12/12/00 | PA1011129 PA1031565 |
| Get My Gun | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245109 |
| Get My Gun | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245109 |
| Get My Gun | Luis Resto | Jaceff Music | 4/26/2004 | PA1245109 |
| Get You Mad | Marshall Mathers | Eight Mile Style, LLC | 5/2/2004 | PA2868493 |
| Ghetto Gospel | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371024 |
| Ghetto Gospel | Luis Resto | Jaceff Music | 1/5/2007 | PA1371024 |
| Ghost | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245083 |

Case 2:19-cv-01227 Document 1-4 Filed 05/21/19 Page 6 of 21 Page ID #: 38

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| Ghost | Luis Resto | Jaceff Music | 4/26/2004 | PA1245083 |
| Girls | Marshall Mathers | Eight Mile Style, LLC | 7/9/2001 | PA2622399 |
| Girls | Luis Resto | Jaceff Music | 7/9/2001 | PA2622399 |
| Git Up | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245111 |
| Git Up | Luis Resto | Jaceff Music | 4/26/2004 | PA1245111 |
| Go To Sleep | Marshall Mathers | Eight Mile Style, LLC | 1/28/2005 | PA1250428 |
| Go To Sleep | Steve King | Eight Mile Style, LLC | 1/28/2005 | PA1250428 |
| Go To Sleep | Luis Resto | Jaceff Music | 1/28/2005 | PA1250428 |
| Got It Good | Jeff Bass | Jeff Bass Music Publishing, LLC | 9/12/2017 | PA0002136670 |
| Got Some Teeth | Jeff Bass | Eight Mile Style, LLC | 4/26/2004 | PA1245108 |
| Got Some Teeth | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245108 |
| Got Some Teeth | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245108 |
| Got Some Teeth | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245108 |
| Got Some Teeth | Luis Resto | Jaceff Music | 4/26/2004 | PA1245108 |
| Grew Up A Screw Up | Marshall Mathers | Eight Mile Style, LLC | 11/1/2006 | PA11665516 |
| Grew Up A Screw Up | Luis Resto | Jaceff Music | 11/1/2006 | PA11665516 |
| Guilty Conscience | Marshall Mathers | Eight Mile Style, LLC | 6/24/99 | PA954422 |
| | | | 4/7/99 | PA962146 |
| | | | 8/7/03 | PA1207060 |
| Gun Rule | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/8/2008 | PA1396245 |
| Hailie's Song | Marshall Mathers | Eight Mile Style, LLC | 7/1/2002 | PA2725252 |
| Hailie's Song | Luis Resto | Jaceff Music | 7/1/2002 | PA2725252 |
| Hands On You | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245080 |
| Hands On You | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245080 |
| Hands On You | Luis Resto | Jaceff Music | 4/26/2004 | PA1245080 |
| Hands Up | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 11/24/2006 | PA1368780 |
| Hello (aka MFID) | Marshall Mathers | Eight Mile Style, LLC | 6/30/03 | PA1196113 |
| | | | 6/30/13 | PA1848046 |
| Hennessey | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371025 |
| Hennessey | Steve King | Eight Mile Style, LLC | 1/5/2007 | PA1371025 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| Hennessey | Luis Resto | Jaceff Music | 1/5/2007 | PA1371025 |
| High All The Time | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204559 |
| High All The Time | Luis Resto | Jaceff Music | 12/18/2003 | PA1204559 |
| Hoodrats | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245106 |
| Hoodrats | Luis Resto | Jaceff Music | 4/26/2004 | PA1245106 |
| How Come | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245112 |
| Hush Is Coming | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002136738 |
| Hush Is Coming | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136738 |
| Hustlers & Hardcore | Marshall Mathers | Eight Mile Style, LLC | 5/2/2004 | PA2868494 |
| I Remember | Jeff Bass | Eight Mile Style, LLC | 9/12/2017 | PA0002136670 |
| I Remember | Mark Bass | Eight Mile Style, LLC | 9/12/2017 | PA0002136670 |
| I Remember | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002136670 |
| I'm Back | Marshall Mathers | Eight Mile Style, LLC | 9/29/00 11/2/00 | PA1022536 PA980848 |
| I'm Shady | Jeff Bass | Eight Mile Style, LLC | 9/25/1998 | PA2327773 |
| I'm Shady | Mark Bass | Eight Mile Style, LLC | 9/25/1998 | PA2327773 |
| I'm Shady | Marshall Mathers | Eight Mile Style, LLC | 9/25/1998 | PA2327773 |
| I'm Supposed To Die Tonight | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1364300 |
| I'm Supposed To Die Tonight | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 1/5/2007 | PA1364300 |
| I'm Supposed To Die Tonight | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 1/5/2007 | PA1364300 |
| If I Get Locked Up Tonite | Marshall Mathers | Eight Mile Style, LLC | 11/14/03 2/12/07 | PA1157978 PA1368008 |
| If I Had | Jeff Bass | Eight Mile Style, LLC | 9/22/1998 | PA2332122 |
| If I Had | Mark Bass | Eight Mile Style, LLC | 9/22/1998 | PA2332122 |
| If I Had | Marshall Mathers | Eight Mile Style, LLC | 9/22/1998 | PA2332122 |
| In My Hood | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/8/2005 | PA1298505 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| In Their Shoes | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3512835 |
| In This World | Marshall Mathers | Eight Mile Style, LLC | 10/14/2014 | PA1935818 |
| In This World | Steve King | Eight Mile Style, LLC | 10/14/2014 | PA1935818 |
| In This World | Luis Resto | Jaceff Music | 10/14/2014 | PA1935818 |
| Instigator | Jeff Bass | Eight Mile Style, LLC | 7/9/2001 | PA2622401 |
| Instigator | Marshall Mathers | Eight Mile Style, LLC | 7/9/2001 | PA2622401 |
| It Ain't Nuthin But Music | Marshall Mathers | Eight Mile Style, LLC | 12/18/03 7/27/01 10/5/01 9/4/01 | PA1204565 PA1015487 PA1055665 PA1059839 |
| It Is What It Is | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 1/5/2007 | PA1364295 |
| It Is What It Is | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 1/5/2007 | PA1364295 |
| Jimmy Crack Corn | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/8/2008 | PA1396087 |
| Just Don't Give A Fuck | Jeff Bass | Eight Mile Style, LLC | 9/28/1998 | PA2333090 |
| Just Don't Give A Fuck | Mark Bass | Eight Mile Style, LLC | 9/28/1998 | PA2333090 |
| Just Don't Give A Fuck | Marshall Mathers | Eight Mile Style, LLC | 9/28/1998 | PA2333090 |
| Just Lose It | Marshall Mathers | Eight Mile Style, LLC | 10/25/2004 | PA1268078 |
| Keep Talkin' | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245110 |
| Ken Kaniff (skit) | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137998 |
| Kill You | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA980843 |
| Kim | Jeff Bass | Eight Mile Style, LLC | 11/2/2000 | PA980851 |
| Kim | Mark Bass | Eight Mile Style, LLC | 11/2/2000 | PA980851 |
| Kim | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA980851 |
| Lac Motion | Jeff Bass | Jeff Bass Music Publishing, LLC | 5/8/2008 | PA0001396240 |
| Lac Motion | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/8/2008 | PA0001396240 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| **Exhibit A Musical Compositions** | | | | |
| Lady | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245102 |
| Lady | Luis Resto | Jaceff Music | 4/26/2004 | PA1245102 |
| Last Hit | Marshall Mathers | Eight Mile Style, LLC | 5/2/2004 | PA1224564 |
| Leave Dat Boy Alone | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245085 |
| Leave Dat Boy Alone | Luis Resto | Jaceff Music | 4/26/2004 | PA1245085 |
| Leave Her Man | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3512832 |
| Let's Get High | Marshall Mathers | Eight Mile Style, LLC | 4/19/00 | PA932084 |
|  |  |  | 12/19/02 | PA1130873 |
|  |  |  | 11/6/00 | PA1042872 |
|  |  |  | 10/28/04 | PA1271438 |
| Like Toy Soldiers | Marshall Mathers | Eight Mile Style, LLC | 1/6/2005 | PA0001160254 |
| Like Toy Soldiers | Luis Resto | Jaceff Music | 1/6/2005 | PA0001160254 |
| Lord Have Mercy | Jeff Bass | Eight Mile Style, LLC | 9/7/2007 | PA0001764881 |
| Lord Have Mercy | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 9/7/2007 | PA0001764881 |
| Lord Have Mercy | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/7/2007 | PA0001764881 |
| Lose My Mind | Jeff Bass | Jeff Bass Music Publishing, LLC | 3/19/2008 | PA0001643271 |
| Lose My Mind | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 3/19/2008 | PA0001643271 |
| Lose Yourself | Jeff Bass | Eight Mile Style, LLC | 10/27/2003 | PA1152688 |
| Lose Yourself | Marshall Mathers | Eight Mile Style, LLC | 10/27/2003 | PA1152688 |
| Lose Yourself | Luis Resto | Jaceff Music | 10/27/2003 | PA1152688 |
| Lounge | Jeff Bass | Eight Mile Style, LLC | 9/29/1998 | PA2332562 |
| Lounge | Mark Bass | Eight Mile Style, LLC | 9/29/1998 | PA2332562 |
| Lounge | Marshall Mathers | Eight Mile Style, LLC | 9/29/1998 | PA2332562 |
| Love Me | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204567 |
| Love Me | Steve King | Eight Mile Style, LLC | 12/18/2003 | PA1204567 |
| Love Me | Luis Resto | Jaceff Music | 12/18/2003 | PA1204567 |
| Love You More | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295408 |

Case 2:09-cv-11300 Document 1-1 Page 10 of 23 Page ID #: 42

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
| Love You More | Luis Resto | Jaceff Music | 3/7/2005 | PA1295408 |
| Loyal To The Game | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371015 |
| Loyal To The Game | Steve King | Eight Mile Style, LLC | 1/5/2007 | PA1371015 |
| Loyal To The Game | Luis Resto | Jaceff Music | 1/5/2007 | PA1371015 |
| Loyalty | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245104 |
| Loyalty | Luis Resto | Jaceff Music | 4/26/2004 | PA1245104 |
| Many Men (aka Death Wish) | Luis Resto | Jaceff Music | 12/18/2003 | PA1204558 |
| Marshall Mathers | Jeff Bass | Eight Mile Style, LLC | 10/10/2000 | PA2499772 |
| Marshall Mathers | Mark Bass | Eight Mile Style, LLC | 10/10/2000 | PA2499772 |
| Marshall Mathers | Marshall Mathers | Eight Mile Style, LLC | 10/10/2000 | PA2499772 |
| Mockingbird | Marshall Mathers | Eight Mile Style, LLC | 3/8/2005 | PA1295397 |
| Mockingbird | Luis Resto | Jaceff Music | 3/7/2005 | PA1295396 |
| Moment of Clarity | Marshall Mathers | Eight Mile Style, LLC | 3/24/2004 | PA0001158952 |
| Moment of Clarity | Steve King | Eight Mile Style, LLC | 3/24/2004 | PA0001158952 |
| Moment of Clarity | Luis Resto | Jaceff Music | 3/24/2004 | PA0001158952 |
| Mosh | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295401 |
| Murder | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/3/2007 | PA0001167501 |
| Murder Murder | Jeff Bass | Eight Mile Style, LLC | 10/10/2000 | PA2669251 |
| Murder Murder | Mark Bass | Eight Mile Style, LLC | 10/10/2000 | PA2669251 |
| Murder Murder | Marshall Mathers | Eight Mile Style, LLC | 10/10/2000 | PA2669251 |
| My 1st Single | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295405 |
| My 1st Single | Luis Resto | Jaceff Music | 3/7/2005 | PA1295405 |
| My Ballz aka Balls | Luis Resto | Jaceff Music | 12/6/2006 | PA1388318 |
| My Band | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245105 |
| My Band | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245105 |
| My Band | Luis Resto | Jaceff Music | 4/26/2004 | PA1245105 |
| My Dad's Gone Crazy | Marshall Mathers | Eight Mile Style, LLC | 6/8/2002 | PA2697183 |
| My Fault | Jeff Bass | Eight Mile Style, LLC | 9/29/1998 | PA2332604 |
| My Fault | Mark Bass | Eight Mile Style, LLC | 9/29/1998 | PA2332604 |
| My Fault | Marshall Mathers | Eight Mile Style, LLC | 9/29/1998 | PA2332604 |
| My Name Is | Marshall Mathers | Eight Mile Style, LLC | 7/19/1999 | PA941080 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| | | **Exhibit A Musical Compositions** | | |
| My Toy Soldiers | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 1/5/2007 | PA1368722 |
| My Toy Soldiers | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 1/5/2007 | PA1368722 |
| N.I.G.G.A. | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371026 |
| N.I.G.G.A. | Luis Resto | Jaceff Music | 1/5/2007 | PA1371026 |
| Nasty Mind | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204564 |
| Never Enough | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295403 |
| Never Forget Ya | Jeff Bass | Eight Mile Style, LLC | 4/26/2004 | PA1245101 |
| Never Forget Ya | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245101 |
| Never Forget Ya | Luis Resto | Jaceff Music | 4/26/2004 | PA1245101 |
| No Apologies | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136752 |
| Nuttin' To Do | Marshall Mathers | Eight Mile Style, LLC | 10/10/2000 | PA2499773 |
| NY NY | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 11/24/2006 | PA1368787 |
| NY NY | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 11/24/2006 | PA1368787 |
| Off The Wall | Marshall Mathers | Eight Mile Style, LLC | 10/10/00 11/8/00 | PA1010225 PA980877 |
| Off to Tijuana | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137181 |
| Off to Tijuana | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002137181 |
| On Fire | Marshall Mathers | Eight Mile Style, LLC | 8/3/2004 | PA1256131 |
| On Fire | Luis Resto | Jaceff Music | 8/3/2004 | PA1256131 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| One Day | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3502685 |
| One Day at a Time | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245079 |
| One Day at a Time | Luis Resto | Jaceff Music | 4/26/2004 | PA1245079 |
| One Shot, 2 Shot | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295398 |
| One Shot, 2 Shot | Luis Resto | Jaceff Music | 3/7/2005 | PA1295398 |
| Out On Bail | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371021 |
| Out On Bail | Luis Resto | Jaceff Music | 1/5/2007 | PA1371021 |
| Outro | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245076 |
| Outro | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245076 |
| Outro | Luis Resto | Jaceff Music | 4/26/2004 | PA1245076 |
| Patiently Waiting | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204561 |
| Patiently Waiting | Luis Resto | Jaceff Music | 12/18/2003 | PA1204561 |
| Paul | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295388 |
| Peep Show | Jeff Bass | Eight Mile Style, LLC | 5/5/2008 | PA0001645332 |
| Peep Show | Tony Campana | Eight Mile Style, LLC | 5/5/2008 | PA0001645332 |
| Pimp Like Me | Jeff Bass | Eight Mile Style, LLC | 6/10/2001 | PA2611233 |
| Pimp Like Me | Marshall Mathers | Eight Mile Style, LLC | 6/10/2001 | PA2611233 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| Pistol Pistol | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204566 |
| Pistol Poppin | Jeff Bass | Jeff Bass Music Publishing, LLC | 5/8/2008 | PA0001396242 |
| Pistol Poppin | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/8/2008 | PA0001396242 |
| Places To Go | Luis Resto | Eight Mile Style, LLC | 12/18/2003 | PA1204556 |
| Places To Go | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204556 |
| Public Enemy #1 | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136750 |
| Public Service Announcement | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PA2349019 |
| Public Service Announcement | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PA2349019 |
| Public Service Announcement | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PA2349019 |
| Puke | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295404 |
| Puke | Steve King | Eight Mile Style, LLC | 3/7/2005 | PA1295404 |
| Puke | Luis Resto | Jaceff Music | 3/7/2005 | PA1295404 |
| Purple Pills | Jeff Bass | Eight Mile Style, LLC | 7/13/2001 | PA2610666 |
| Purple Pills | Marshall Mathers | Eight Mile Style, LLC | 7/13/2001 | PA2610666 |
| Rabbit Run | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204568 |
| Rabbit Run | Luis Resto | Jaceff Music | 12/18/2003 | PA1204568 |
| Rain Man | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295391 |
| Rap Game | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204570 |
| Rap Game | Luis Resto | Jaceff Music | 12/18/2003 | PA1204570 |
| Rap Name | Jeff Bass | Eight Mile Style, LLC | 8/6/2004 | PA1248992 |
| Rap Name | Marshall Mathers | Eight Mile Style, LLC | 8/6/2004 | PA1248992 |
| Rap Name | Luis Resto | Jaceff Music | 8/6/2004 | PA1248992 |
| Relax and Take Notes | Marshall Mathers | Eight Mile Style, LLC | 3/13/2008 | PA0001593808 |
| Remember Me | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA980847 |
| Renegade | Marshall Mathers | Eight Mile Style, LLC | 11/6/2001 | PA1038351 |
| Renegade | Luis Resto | Jaceff Music | 11/6/2001 | PA1038351 |
| Revelation | Marshall Mathers | Eight Mile Style, LLC | 12/18/2003 | PA1204562 |

Case 2:19-cv-01198-LC Document 1-1 Filed 05/21/19 Page 14 of 21 PageID #: 46

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| **Exhibit A Musical Compositions** | | | | |
| Ricky Ticky Toc | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295409 |
| Ricky Ticky Toc | Steve King | Eight Mile Style, LLC | 3/7/2005 | PA1295409 |
| Ricky Ticky Toc | Luis Resto | Jaceff Music | 3/7/2005 | PA1295409 |
| Rock Bottom | Jeff Bass | Eight Mile Style, LLC | 9/25/1998 | PA2333046 |
| Rock Bottom | Mark Bass | Eight Mile Style, LLC | 9/25/1998 | PA2333046 |
| Rock Bottom | Marshall Mathers | Eight Mile Style, LLC | 9/25/1998 | PA2333046 |
| Rock Star | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 1/5/2007 | PA1366988 |
| Role Model | Marshall Mathers | Eight Mile Style, LLC | 4/7/99 6/24/99 | PA962147 PA954427 |
| Runnin' | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245082 |
| Runnin' | Luis Resto | Jaceff Music | 4/26/2004 | PA1245082 |
| Rush Ya Clique | Marshall Mathers | Eight Mile Style, LLC | 5/24/2000 | PA1004558 |
| Say Goodbye Hollywood | Marshall Mathers | Eight Mile Style, LLC | 7/27/07 6/21/02 8/20/02 | PA1391622 PA1090374 PA1004945 |
| Say Goodbye Hollywood | Luis Resto | Jaceff Music | 7/27/07 6/21/02 8/20/02 | PA1391622 PA1090374 PA1004945 |
| Say What You Say | Marshall Mathers | Eight Mile Style, LLC | 3/26/03 6/21/02 7/2/02 8/20/02 7/27/07 | PA1208190 PA1090371 PA1118663 PA1073017 PA1391701 |
| Scary Movies | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137163 |
| Shady Narcotics [intro] | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 9/12/2017 | PA0002136737 |
| Shady Narcotics [intro] | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136737 |
| Shit Can Happen | Jeff Bass | Eight Mile Style, LLC | 7/11/2001 | PA2704864 |
| Shit Can Happen | Marshall Mathers | Eight Mile Style, LLC | 7/11/2001 | PA2704864 |
| Shit Hits The Fan | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245077 |

Case 1:19-cv-01091 Document 1 Page 15 of 21 Page ID #: 47

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| Shit On You | Marshall Mathers | Eight Mile Style, LLC | 6/30/2006 | PA1164487 |
| Sing For The Moment Again | Jeff Bass | Eight Mile Style, LLC | 6/21/02 8/20/02 7/27/07 | PA1093104 PA1104947 PA1391624 |
| Sing For The Moment Again | Marshall Mathers | Eight Mile Style, LLC | 6/21/02 8/20/02 7/27/07 | PA1093104 PA1104947 PA1391624 |
| Ski Mask Way | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 5/11/2005 | PA0001281578 |
| Ski Mask Way | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/11/2005 | PA0001281578 |
| Smack That | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 3/14/2007 | PA0001167174 |
| Soap | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Soap | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Soap | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PAu2347865 |
| Soap (Skit Music) | Jeff Bass | Eight Mile Style, LLC | 8/26/2002 | PA0001073064 |
| Soldier | Marshall Mathers | Eight Mile Style, LLC | 8/26/2002 | PA0001073064 |
| Soldier | Luis Resto | Jaceff Music | 8/26/2002 | PA0001073064 |
| Soldier Like Me | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371019 |
| Soldier Like Me | Luis Resto | Jaceff Music | 1/5/2007 | PA1371019 |
| Spend Some Time | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295395 |
| Spend Some Time | Steve King | Eight Mile Style, LLC | 3/7/2005 | PA1295395 |
| Spend Some Time | Luis Resto | Jaceff Music | 3/7/2005 | PA1295395 |
| Spit Shine | Steve King | Eight Mile Style, LLC | 12/18/2003 | PA1204557 |
| Spit Shine | Luis Resto | Jaceff Music | 12/18/2003 | PA1204557 |
| Spread Yo Shit | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245081 |
| Spread Yo Shit | Luis Resto | Jaceff Music | 4/26/2004 | PA1245081 |
| Square Dance | Jeff Bass | Eight Mile Style, LLC | 8/26/02 7/27/07 | PA1073065 PA1391630 |
| Square Dance | Marshall Mathers | Eight Mile Style, LLC | 8/26/02 7/27/07 | PA1073065 PA1391630 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| | | **Exhibit A Musical Compositions** | | |
| Square Dance | Luis Resto | Jaceff Music | 8/26/02<br>7/27/07 | PA1073065<br>PA1391630 |
| Stan | Marshall Mathers | Eight Mile Style, LLC | 11/2/00<br>10/10/00 | PA980844<br>PA1022417 |
| Steve Berman (skit) | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA0980926 |
| Steve Berman D12 (skit) | Marshall Mathers | Eight Mile Style, LLC | 6/10/2002 | PA2697161 |
| Steve's Coffee House | Steve King | Eight Mile Style, LLC | 4/26/2004 | PA1245086 |
| Still Don't Give a Fuck | Jeff Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347369 |
| Still Don't Give a Fuck | Mark Bass | Eight Mile Style, LLC | 9/23/1998 | PA2347369 |
| Still Don't Give a Fuck | Marshall Mathers | Eight Mile Style, LLC | 9/23/1998 | PA2347369 |
| Stir Crazy | Marshall Mathers | Eight Mile Style, LLC | 7/5/00<br>8/16/00 | PA1033192<br>PA1010246 |
| Superman | Jeff Bass | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073066<br>PA1391621 |
| Superman | Marshall Mathers | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073066<br>PA1391621 |
| Superman | Steve King | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073066<br>PA1391621 |
| That's How People | Jeff Bass | Eight Mile Style, LLC | 7/9/2001 | PA2622398 |
| That's How People | Marshall Mathers | Eight Mile Style, LLC | 7/9/2001 | PA2622398 |
| The Cross | Jeff Bass | Eight Mile Style, LLC | 5/5/2003 | PA1262436 |
| The Cross | Marshall Mathers | Eight Mile Style, LLC | 5/5/2003 | PA1262436 |
| The Kids | Jeff Bass | Eight Mile Style, LLC | 11/10/2000 | PA980920 |
| The Kids | Mark Bass | Eight Mile Style, LLC | 11/10/2000 | PA980920 |
| The Kids | Marshall Mathers | Eight Mile Style, LLC | 11/10/2000 | PA980920 |
| The Kids | Steve King | Eight Mile Style, LLC | 11/10/2000 | PA980920 |
| The Kiss | Jeff Bass | Eight Mile Style, LLC | 6/6/2002 | PA2782860 |
| The Kiss | Marshall Mathers | Eight Mile Style, LLC | 6/6/2002 | PA2782860 |
| The Re-Up | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 4/25/2007 | PA1379257 |
| The Real Slim Shady | Marshall Mathers | Eight Mile Style, LLC | 3/20/01<br>9/29/00<br>11/3/00 | PA1040874<br>PA1022539<br>PA980855 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| The Way I Am | Marshall Mathers | Eight Mile Style, LLC | 11/2/2000 | PA980846 |
| There They Go | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136757 |
| These Drugs | Jeff Bass | Eight Mile Style, LLC | 7/13/2004 | PA1159471 |
| These Drugs | Marshall Mathers | Eight Mile Style, LLC | 7/13/2004 | PA1159471 |
| Thug 4 Life | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371020 |
| Thug 4 Life | Luis Resto | Jaceff Music | 1/5/2007 | PA1371020 |
| Thugs Get Lonely Too | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371018 |
| Thugs Get Lonely Too | Luis Resto | Jaceff Music | 1/5/2007 | PA1371018 |
| Till I Collapse | Marshall Mathers | Eight Mile Style, LLC | 6/10/2002 | PA2697181 |
| Till I Collapse | Luis Resto | Jaceff Music | 6/10/2002 | PA2697181 |
| Till The End | Marshall Mathers | Eight Mile Style, LLC | 8/3/2004 | PA1256130 |
| Till The End | Luis Resto | Jaceff Music | 8/3/2004 | PA1256130 |
| To Live And Die | Luis Resto | Jaceff Music | 8/21/2015 | PA1991260 |

**Exhibit A Musical Compositions**

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| **Exhibit A Musical Compositions** | | | | |
| Touchdown | Jeff Bass | Jeff Bass Music Publishing, LLC | 9/12/2017 | PA0002190931 |
| Under The Influence | Jeff Bass | Eight Mile Style, LLC | 10/10/2000 | PA2873437 |
| Under The Influence | Mark Bass | Eight Mile Style, LLC | 10/10/2000 | PA2873437 |
| Under The Influence | Marshall Mathers | Eight Mile Style, LLC | 10/10/2000 | PA2873437 |
| Uppercut, The | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371023 |
| Uppercut, The | Luis Resto | Jaceff Music | 1/5/2007 | PA1371023 |
| Violent | Steve King | Martin Affiliated, LLC / Dirty Steve's Music, LLC | 9/12/2017 | PA0002136754 |
| Violent | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136754 |
| Wake Up | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 9/12/2017 | PA0002136747 |
| Warrior Part 2 | Marshall Mathers | Eight Mile Style, LLC | 8/3/2004 | PA1256133 |
| Warrior Part 2 | Steve King | Eight Mile Style, LLC | 8/3/2004 | PA1256133 |
| Warrior Part 2 | Luis Resto | Jaceff Music | 8/3/2004 | PA1256133 |
| Watch Dees | Marshall Mathers | Eight Mile Style, LLC | 9/12/2017 | PA0002137155 |
| Watcher 2, The | Marshall Mathers | Eight Mile Style, LLC | 11/4/2003 | PA0001198530 |

| Composition Titles | Writer(s) | Publisher(s) | Copyright Date | Copyright Registration # |
|---|---|---|---|---|
| Watcher, The | Marshall Mathers | Eight Mile Style, LLC | 11/6/00<br>4/19/00 | PA1042863<br>PA932083 |
| We Ain't | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1364902 |
| We Ain't | Luis Resto | Jaceff Music | 1/5/2007 | PA1364902 |
| We All Die One Day | Marshall Mathers | Eight Mile Style, LLC | 4/26/2004 | PA1245075 |
| We All Die One Day | Luis Resto | Jaceff Music | 4/26/2004 | PA1245075 |
| We As Americans | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295407 |
| We As Americans | Luis Resto | Jaceff Music | 3/7/2005 | PA1295407 |
| We're Back | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/8/2008 | PA1396070 |
| Welcome To D-Block | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1367050 |
| Welcome To D-Block | Steve King | Eight Mile Style, LLC | 1/5/2007 | PA1367050 |
| Welcome To D-Block | Luis Resto | Jaceff Music | 1/5/2007 | PA1367050 |
| What The Beat | Marshall Mathers | Eight Mile Style, LLC | 2/24/03<br>4/22/02<br>10/16/01 | PA1121022<br>PA1072798<br>PA1015926 |
| What The Beat | Ryan Montgomery | Eight Mile Style, LLC | 2/24/03<br>4/22/02<br>10/16/01 | PA1121022<br>PA1072798<br>PA1015926 |
| What's The Difference | Marshall Mathers | Eight Mile Style, LLC | 11/6/2000 | PA1042868 |
| When The Music Stops | Marshall Mathers | Eight Mile Style, LLC | 8/26/02<br>7/16/02<br>7/27/07 | PA1073068<br>PA1092244<br>PA1391702 |
| Where Ya At | Jeff Bass | Jeff Bass Music Publishing, LLC | 6/22/2010 | PAu3512838 |
| White America | Jeff Bass | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073069<br>PA1391632 |
| White America | Marshall Mathers | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073069<br>PA1391632 |

| Exhibit A Musical Compositions | | | | |
|---|---|---|---|---|
| **Composition Titles** | **Writer(s)** | **Publisher(s)** | **Copyright Date** | **Copyright Registration #** |
| White America | Steve King | Eight Mile Style, LLC | 8/26/02<br>7/27/07 | PA1073069<br>PA1391632 |
| White America | Luis Resto | Jaceff Music | 8/26/02<br>7/27/07 | PA1073069<br>PA1391632 |
| Who Do You Love? | Marshall Mathers | Eight Mile Style, LLC | 1/5/2007 | PA1371016 |
| Who Do You Love? | Luis Resto | Jaceff Music | 1/5/2007 | PA1371016 |
| Who Knew | Marshall Mathers | Eight Mile Style, LLC | 11/2/00<br>9/29/00 | PA980845<br>PA1022538 |
| Without Me | Jeff Bass | Eight Mile Style, LLC | 6/24/03<br>6/10/03<br>8/26/02<br>7/27/07 | PA1153337<br>PA1143650<br>PA1073070<br>PA1391625 |
| Without Me | Marshall Mathers | Eight Mile Style, LLC | 6/24/03<br>6/10/03<br>8/26/02<br>7/27/07 | PA1153337<br>PA1143650<br>PA1073070<br>PA1391625 |
| Words Are Weapons | Marshall Mathers | Eight Mile Style, LLC | 7/7/03<br>7/20/01<br>10/1/01 | PA1151641<br>PA1015465<br>PA1064789 |
| Yellow Brick Road | Marshall Mathers | Eight Mile Style, LLC | 3/7/2005 | PA1295399 |
| Yellow Brick Road | Steve King | Eight Mile Style, LLC | 3/7/2005 | PA1295399 |
| Yellow Brick Road | Luis Resto | Jaceff Music | 3/7/2005 | PA1295399 |
| You Don't Know | Luis Resto | Nueve Music, LLC / Resto World Music, LLC | 5/10/2008 | PA1396075 |