# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SPOTIFY USA INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-00736<br><br>District Judge Aleta A. Trauger |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively, "Plaintiffs") and Defendant Spotify USA Inc. ("Defendant") hereby provide notice that they agree and stipulate that Defendant's period to respond to the complaint shall be extended by sixty (60) days to October 28, 2019. This is Defendant's first request for extension of time to respond. Defendant specifically reserves all rights to request a change of venue under 28 U.S.C. § 1404 and/or assert any and all defenses including, but not limited to, lack of personal jurisdiction, improper venue, lack of standing, and other applicable defenses. Plaintiffs reserve the rights to object to any defense asserted by Defendant and oppose any such motion filed by Defendant.

Wherefore, the parties respectfully request the Court extend Defendant's period to respond to the complaint by sixty (60) days to October 28, 2019.

1

Respectfully submitted,

KING & BALLOW

/s/ Richard S. Busch (w/ permission)
Richard S. Busch (TN BPR No. 14594)
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
Email: rbusch@kingballow.com

*Counsel for Plaintiffs*


MILLER LEGAL PARTNERS PLLC


/s/ Samuel F. Miller
Samuel F. Miller (BPR No. 022936)
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988.9011
Email: smiller@millerlegalpartners.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2019, a copy of the foregoing *JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Richard S. Busch
King & Ballow
315 Union Street, Suite 1100
Nashville. Tennessee 37201
rbusch@kingballow.com

James Franklin Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
james.blumstein@vanderbilt.edu

      /s/ Samuel F. Miller