# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| **EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC** <br><br> Plaintiffs, <br><br> v. <br><br> **SPOTIFY USA INC.,** <br><br> Defendant. | **Case No. 3:19-cv-00736** <br><br> **District Judge Aleta A. Trauger** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g), Samuel F. Miller of Miller Legal Partners PLLC hereby moves withdrawal as counsel of record for Defendant Spotify USA, Inc. ("Defendant"). Mr. Miller and Miller Legal Partners PLLC provided written notice to Defendant of its intention to withdraw from representation, which is filed herewith as <u>Exhibit 1</u>. Defendant will not be prejudiced by withdrawal because Defendant has retained Neal & Harwell, PLC as counsel (in addition to several other attorneys who are noted in the recent filings with the Court), and Neal & Harwell, PLC's attorneys filed Notices of Appearance on September 25, 2019.[1] (Dkt. Nos. 13, 16). Withdrawal will not delay trial or other pending matters in the case. Defendant does not oppose this motion.

Respectfully submitted,

/s/ Samuel F. Miller
Samuel F. Miller (BPR No. 022936)
Miller Legal Partners PLLC
Fifth Third Center – Suite 2000
424 Church Street
Nashville, TN 37219
Telephone/Fax: (615) 988.9011

---

[1] Because Defendant has retained new counsel who have filed Notices of Appearance with this Court, Miller Legal Partners requests the Court waive the 14-day notice period required by Local Rule 83.01(g).

Email: smiller@millerlegalpartners.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September ___, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    Richard S. Busch
    King & Ballow
    315 Union Street, Suite 1100
    Nashville. Tennessee 37201
    rbusch@kingballow.com

    James Franklin Blumstein
    Of Counsel
    Vanderbilt University
    131 21st Avenue South
    Nashville, TN 37203
    james.blumstein@vanderbilt.edu

    Aubrey B. Harwell, III
    Marie T. Scott
    Neal & Harwell, PLC
    1201 Demonbreun Street, Suite 1000
    Nashville, TN 37203
    trey@nealharwell.com
    mscott@nealharwell.com

    /s/ Samuel F. Miller
    Samuel F. Miller