IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC<br><br>               Plaintiffs,<br><br> v.<br><br>SPOTIFY USA, INC.<br><br>               Defendant. | Civil Action No. 3:19-cv-00736<br>Judge Aleta A. Trauger |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

Dated: October 16, 2019

                                          s/ Mark H. Wildasin
                                          MARK H. WILDASIN (B.P.R. #015082)
                                          Assistant United States Attorney
                                          110 Ninth Avenue South, Suite A-961
                                          Nashville, TN  37203-3870
                                          Telephone: (615) 736-5151
                                          Email: mark.wildasin@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served via the Court's electronic filing system, on October 16, 2019, upon:

| | |
|---|---|
| James Franklin Blumstein<br>Vanderbilt Legal Clinic<br>Vanderbilt Law School<br>131 21st Avenue South<br>Nashville, TN 37203<br>Email: james.blumstein@vanderbilt.edu<br>*Attorney for Plaintiffs* | Richard S. Busch<br>King & Ballow<br>315 Union Street<br>Suite 1100<br>Nashville, TN 37201<br>Email: rbusch@kingballow.com<br>*Attorney for Plaintiffs* |
| Aubrey B. Harwell, III<br>Marie T. Scott<br>Neal & Harwell, PLC<br>1201 Demonbreun Street<br>Suite 1000<br>Nashville, TN 37203<br>Email: tharwell@nealharwell.com<br>Email: mscott@nealharwell.com<br>*Attorneys for Def*endant | |

                                                    s/ Mark H. Wildasin
                                                    MARK H. WILDASIN
                                                      Assistant United States Attorney