# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SPOTIFY USA INC.,**<br><br>**Defendant.** | Case No. 3:19-cv-00736<br><br>District Judge Aleta A. Trauger |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY ALLISON STILLMAN

Aubrey B. Harwell III, of the law firm Neal & Harwell, PLC, pursuant to Local Rule 83.01(b), hereby moves this Court for an Order granting Allison Stillman of Mayer Brown LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, Spotify USA Inc. in the above-styled case. In support of this Motion, the undersigned states:

1. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against Allison Stillman.

2. Pursuant to Local Rule 83.01(b)(1)-(2), the affidavit and the certificate of good standing of Allison Stillman are filed contemporaneously herewith.

3. Electronic payment has been submitted contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Allison Stillman leave to appear *pro hac vice* for purposes of this action.

Dated: October 16, 2019.

>Respectfully submitted,
>
>**NEAL & HARWELL, PLC**
>
>By: *s/ Aubrey B. Harwell III*
>Aubrey B. Harwell III (BPR # 017394)
>1201 Demonbreun Street, Suite 1000
>Nashville, TN 37203
>Phone: (615) 244-1713
>Fax: (615) 726-0573
>Email: trey@nealharwell.com
>
>*—and—*
>
>**MAYER BROWN LLP**
>
>Allison Stillman (*pro hac vice pending*)
>1221 Avenue of the Americas
>New York, NY 10020
>Phone: (212) 506-2209
>Email: astillman@mayerbrown.com
>
>*Counsel for Defendant*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically on October 16, 2019 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Richard S. Busch (TN Bar # 14594) | James F. Blumstein |
| KING & BALLOW | Of Counsel |
| 315 Union Street, Suite 1100 | Vanderbilt University |
| Nashville, TN 37201 | 131 21st Avenue South |
| Telephone: (615) 726-5422 | Nashville, TN 37203 |
| Facsimile: (615) 726-5417 | Telephone: (615) 343-3939 |
| rbusch@kingballow.com | Facsimile: (615) 322-6631 |

Samuel F. Miller
Miller Legal Partners PLLC
Fifth Third Center
Suite 2000
424 Church Street
Nashville, TN 37219
(615) 988-9011
Email: smiller@millerlegalpartners.com

                                                  *s/ Aubrey B. Harwell III*