IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>  *Plaintiffs*,<br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>  *Defendants*, | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>  *Third-Party Plaintiff*,<br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>  *Third-Party Defendant*. | |

## SPOTIFY USA INC.'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE ITS AMENDED ANSWER

Pursuant to Local Rules 6.01(a) and 7.01(a)(1), Defendant Spotify USA Inc. ("Spotify") respectfully moves the Court to extend the deadline to file its Amended Answer (along with affirmative defenses and counterclaims, if any) until such time that Defendant Harry Fox Agency, LLC ("HFA") is due to respond to Plaintiffs' First Amended Complaint.

Spotify's Amended Answer is currently due July 15, 2020. In support of its motion, Spotify submits that aligning the response dates for both of the Defendants named in Plaintiffs' First Amended Complaint serves the interest of efficiency for both the parties and the Court. Nor

will the relief requested delay or otherwise interfere with the timing of existing case deadlines. Spotify's counsel has conferred with Plaintiffs' counsel concerning this requested extension and Plaintiffs' counsel represented that Plaintiffs do not oppose Spotify's request.

Accordingly, Spotify respectfully requests that the Court grant this motion and extend Spotify's deadline until such time that Defendant HFA is due to respond to Plaintiffs' First Amended Complaint.

Respectfully submitted,

By: *s/ Aubrey B. Harwell III*

Aubrey B. Harwell III (BPR # 017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: (615) 244-1713
Fax: (615) 726-0573
Email: trey@nealharwell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on July 10, 2020, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| James F. Blumstein<br>Of Counsel<br>Vanderbilt University<br>131 21st Avenue South<br>Nashville, TN 37203<br>(615) 343-3939<br>james.blumstein@vanderbilt.edu<br><br>Mark H. Wildasin<br>U.S. Attorney's Office (Nashville Office)<br>Middle District of Tennessee<br>110 Ninth Avenue<br>Suite A961<br>Nashville, TN 37203<br>(615) 736-2079<br>mark.wildasin@usdoj.gov | Richard S. Busch<br>King & Ballow<br>315 Union Street<br>Suite 1100<br>Nashville, TN 37201<br>(615) 726-5422<br>rbusch@kingballow.com |

                                                       *s/ Aubrey B. Harwell III*