Motion GRANTED.
*[signature: Aleta A. Trauger]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendants*, | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | |

**SPOTIFY USA INC.'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO FILE ITS AMENDED ANSWER**

Pursuant to Local Rules 6.01(a) and 7.01(a)(1), Defendant Spotify USA Inc. ("Spotify") respectfully moves the Court to extend the deadline to file its Amended Answer (along with affirmative defenses and counterclaims, if any) until such time that Defendant Harry Fox Agency, LLC ("HFA") is due to respond to Plaintiffs' First Amended Complaint.

Spotify's Amended Answer is currently due July 15, 2020. In support of its motion, Spotify submits that aligning the response dates for both of the Defendants named in Plaintiffs' First Amended Complaint serves the interest of efficiency for both the parties and the Court. Nor