IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC ; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC., | Case No. 3:19-cv-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant.* | |

## KOBALT'S MOTION FOR LEAVE TO FILE UNDER SEAL

Third-Party Defendant, Kobalt Music Publishing, America, Inc. ("Kobalt"), respectfully moves for leave to file under seal select portions of its Answer to Spotify USA Inc.'s ("Spotify") Third-Party Complaint.

To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons—specifically, by 'analyz[ing] in detail, document by document, the propriety of secrecy, providing reasons and legal citations.' " *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 F. App'x 202, 207 (6th Cir. 2016) (quoting *Shane Grp, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-306 (6th Cir. 2016)).