IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendants*.<br><br>SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |

## ORDER FOR EXTENSIONS TO FILING DEADLINES

It is hereby ORDERED that the deadline for Eight Mile Style, LLC and Martin Affiliated, LLC (collectively "Eight Mile") to respond to The Harry Fox Agency, LLC ("HFA")'s Motion to Dismiss (Dkt. No. 127) be extended from Wednesday, October 28, 2020 to Wednesday, November 25, 2020. It is further ORDERED that HFA's deadline to reply to Eight Mile's response to its Motion to Dismiss be extended from Wednesday, November 4, 2020 to Friday, December 18, 2020. All other deadlines, including discovery deadlines, as provided in the Third Amended Initial Case Management Order (Dkt. No. 125) will remain unaffected.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE