Motion (DE #146) GRANTED.
Extensions as requested.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendant.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | |

## JOINT MOTION FOR EXTENSION

Pursuant to Local Rules 6.01(a) and 7.01(a)(1), Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and Harry Fox Agency, LLC, and Third-Party Defendant Kobalt Music Publishing America, Inc. (collectively, the "Parties") jointly move the Court to extend the deadline to substantially complete the production of liability-related documents by thirty (30) days—from December 30, 2020 to January 29, 2021. The Parties do not currently anticipate that this extension will interfere with the other discovery-related deadlines set forth in the Third Amended Initial Case Management Order (ECF No. 125) and will seek the Court's approval for any changes to those deadlines in the event such changes become necessary.

1