IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC., HARRY FOX AGENCY, LLC<br><br>    *Defendants*.<br><br>SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>**JURY DEMAND** |

**PLAINTIFFS' RESPONSE TO DEFENDANT SPOTIFY USA INC.'S
NOTICE OF PLAINTIFFS' FAILURE TO COMPLY WITH
THE FOURTH CASE MANAGEMENT ORDER**

    Spotify USA Inc.'s ("Spotify") notice to this court misconstrues the relevant factual background and is improperly brought before this court. Communications between the parties have been ongoing on this issue, yet Spotify choose not to meet and confer with the parties prior to filing this notice. Further, the point of the notice is now moot as Plaintiffs have now submitted the requested information to Spotify. For these reasons, Spotify's notice should be disregarded by this court.

    Multiple associates at King & Ballow have been involved in this project to narrow down the search terms to avoid producing millions of documents. The broadness of searches as required by ESI

Protocol resulted in a multitude of document hits for King & Ballow and, upon information and belief, Counsel for Spotify to sort through. Both King & Ballow and Counsel for Spotify agreed that the number of documents was far too numerous and needed to be cut back. During a telephone call between Plaintiff's Counsel Jacob Vega and Counsel for Spotify communicated that approximately 60,000 documents was a good objective to shoot for with respect to discovery obligations. Subsequent to receiving this communication, King & Ballow has made substantial attempts in decreasing its total search terms to this range of documents while still complying with Spotify's very broad discovery requests. Despite significant efforts, Plaintiffs were having difficulty getting the search terms down to a manageable hit result. On January 22, 2021, Counsel for Plaintiffs emailed Defendant Spotify USA Inc.'s counsel, Rory K. Schnieder, and attached an excel spreadsheet showcasing the number of hits that each of the search terms were generating and informed Mr. Schnieder that Plaintiffs were working to narrow the terms and provide an updated list next week. (**Exhibit A** – Email from J. Vega, January 25, 2021). On February 5, 2021, Plaintiffs' Counsel Aaron Rice informed Mr. Schneider that counsel was still awaiting the report from our eDiscovery vendor and would forward the update as soon as possible. (**Exhibit B** – Email from A. Rice, February 5, 2021).

On February 12, 2021, Counsel for Plaintiffs emailed Mr. Schneider and informed him that a new search criteria produced a family of documents amounting to 145,000. (**Exhibit C** – Email from A. Rice, February 12, 2021). On February 17, 2021, I sent an e-mail to Defendant HFA's counsel Lauren Kilgore, Chris Larocco, and Jay Bowen informing them we were finalizing search terms for Spotify this evening and hope to have the issue resolved no later than weeks-end. I also stated "if you are not agreeable to this, please advise." (**Exhibit D** – Email from V. King, February 17, 2021).

Plaintiffs' counsel received no follow-up from the aforementioned counsel to this communication. As of February 19, 2021, Plaintiffs' Counsel, Aaron Rice, sent Defendant Spotify a copy of the final search terms. (**Exhibit E** – Email from A. Rice, February 19, 2021). As of February

19, 2021, Plaintiff's Counsel, Aaron Rice, sent Defendant HFA a final copy of the final search terms to Lauren Kilgore and Chris Larocco. (**Exhibit F** – Email from A. Rice, February 19, 2021).

Dated: February 19, 2020

                Richard S. Busch (TN Bar # 14594)
                Virginia King (TN Bar # 037790)
                KING & BALLOW
                315 Union Street, Suite 1100
                Nashville, TN 37201
                Telephone:    (615) 726-5422
                Facsimile:    (615) 726-5417
                rbusch@kingballow.com
                Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

This is to certify that on February 19, 2021, a copy of the foregoing Plaintiffs' Response To Defendant Spotify Usa Inc.'s Notice of Plaintiffs' Failure To Comply With The Fourth Case Management Order was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**Allison Aviki**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: aaviki@mayerbrown.com

**Allison Stillman**
Latham & Watkins LLP (NY Office)
885 Third Avenue
New York, NY 10022-4834
Email: alli.stillman@lw.com

**Andrew Pincus**
Mayer Brown LLP (DC Office)
1999 K Street, NW
Washington, DC 20006
Email: apincus@mayerbrown.com

**Archis A. Parasharami**
Mayer Brown LLP (DC Office)
1999 K Street, NW
Washington, DC 20006
Email: aparasharami@mayerbrown.com

**Aubrey B. Harwell , III**
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
Email: tharwell@nealharwell.com

**Carey Ramos**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: careyramos@quinnemanuel.com

**Cory Struble**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: corystruble@quinnemanuel.com

**Kathleen Sullivan**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: kathleensullivan@quinnemanuel.com

**Marie T. Scott**
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
Email: mscott@nealharwell.com

**Matthew Ingber**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: mingber@mayerbrown.com

**Robert P Vance, Jr.**
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
Email: bobbyvance@quinnemanuel.com

**Rory Keith Schneider**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: rschneider@mayerbrown.com

**Thomas Rubin**
Quinn, Emanuel, Urquhart & Sullivan, LLP
600 University Street
Suite 2800
Seattle, WA 98101
Email: tomrubin@quinnemanuel.com

*Attorneys for Spotify USA Inc.*

**Brian D. Caplan**
**Julie B. Wlodinguer**
**Robert W. Clarida**
Reitler Kailas & Rosenblatt, LLC
885 Third Avenue
New York, NY 10022
Email: bcaplan@reitlerlaw.com
Email: jwlodinguer@reitlerlaw.com
Email: rclarida@reitlerlaw.com

**Keane A. Barger**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: kbarger@rwjplc.com

**Timothy L. Warnock**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: twarnock@rwjplc.com

*Attorneys for Kobalt Music Publishing America, Inc.*

**Jay Scott Bowen**
Shackelford Bowen McKinley Norton, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Email: jbowen@shackelford.law

**Lauren E. Kilgore**
Shackelford Bowen McKinley Norton, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Email: lkilgore@shackelford.law

6

**Matias Gallego-Manzano**
**Chris LaRocco**
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
Email: Matias.gallego-manzano@bclplaw.com
Email: Chris.larocco@bclplaw.com

*Attorneys for Harry Fox Agency LLC*

**Mark H. Wildasin**
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
Email: mark.wildasin@usdoj.gov

*Attorneys for United States of America*


Dated: February 19, 2021                                       */s/ Richard S. Busch*
                                                                Richard S. Busch