IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the discovery dispute telephone conference scheduled for Monday, March 29, 2021 at 3:00 p.m. is RESET for the same day at 4:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge