UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED in Clerk's Office
OCT 25 2021
U.S. District Court
Middle District of TN

EIGHT MILE STYLE, LLC
AND
MARTIN AFFILIATED, LLC

CASE NO. 3:19-CV-0736

V.

SPOTIFY USA INC., et. al

## PETITION TO JOIN SUIT CLASS

APPEARS, STEPHEN "STEVIL T-kid" TAGHON, prose, who respectfully petitions the Court to join suit and state the following in support:

1.) Artist Stephen "STEVIL T-KID" Taghon petitions the Court to join suit.

2.) Artist Marshall "Eminem" Mathers created a fake "BezzBelieve" HustleGod ENT. (ie "Kevin Gates" BLA Artist) imposter account and targeted Petitioners wife; Paula "Paulita" Kryski-Taghon, in retaliation against Petitioner.

3.1 As Defendant "Eminem" purported to CAT-FISH "Paula" he then used her unknowingly against her will as a source of inspiration and muse based on the Album: "Music to be Murdered By" SIDE B. contextual relation between the context of messages back and forth between him and her and his songs.

4.) "Eminem" then further exploited "Paula" to send naked pictures of herself as part of his sexually deviant scheme against Paula's knowing consent under the guise of a false modeling opportunity in retaliation against Plaintiff Stephen "Skull Tkid" Taghon for reconsidering his record deal with Curtis "50 Cent" Jackson of G-Unit.

5.) Compensation and royalty percentage commission to the rights of "Music to be Murdered By" SIDE B are entitled to Stephen "Stevil TKid" Taghon and Paula "Paulita" Kryski-Taghon in the form of compensatory and punitive damages collectively under fair use.

6.) Google "Hangouts" Messenger App was used and targeted by "Eminem" using his False "BezzBelieve" Acct. against Paula's Google Hangouts Messenger email: pkryski83@gmail.com, for which Google failed to properly implement Ai Anti-Fishing Software to prevent CAT-Fishing and Fraud or exploitation.

## AFFIRMATION

I, Stephen "Stevil T Kid" Taghon, swear and affirm under penalty of perjury the foregoing Petition to Join Suit Class is true and correct to the best of my knowledge and/or Belief.

DATE: October 11, 2021

_signature_
AFFIANT
Stephen Taghon

## CERTIFICATE OF SERVICE

I, Stephen "Stevil T Kid" Taghon, swear and affirm under penalty of perjury copies of the foregoing PETITION TO JOIN SUIT CLASS was duly served upon all parties via US Mail, postage prepaid, First-Class, to the Clerk of the Court this 11th Day of October 2021 for said clerk to forward filed marked copies to all parties accordingly:

CC: Court
Plaintiff(s)
Defendant(s)
Paula Kryski-Taghon
830 South 6th St.
Terre Haute, IN 47807

Respectfully,
_signature_
Stephen Taghon #143072
401 W. Sample St.
South Bend, IN 46601.