RE: CASE NO. 3:19-cv-0736

Dear Clerk,                                              10/18/2021

Please file enclosed petitions in the above case no. & forward filed marked copies to appropriate parties of record accordingly.

Thank you.

Stephen Taghon #113072
401 W Sample St.
South Bend, IN 46601

S. TAGHON #113672
401 W. SAMPLE ST.
SOUTH BEND, IN 46601




MAILED FROM THE
ST. JOSEPH COUNTY JAIL

Clerk of the Court
United States District Court
Middle District of Tennessee
Nashville Division
801 Broadway
Nashville, TN 37203

RECEIVED
in Clerk's Office
OCT 25 2021
U.S. District Court
Middle District of TN