IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC., HARRY FOX AGENCY, LLC<br><br>*Defendants*.<br><br>SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>**JURY DEMAND** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.01(g), Virginia M. King hereby withdraws as counsel of record for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC. Ms. King's withdrawal is the result of her terminating her employment relationship with King & Ballow, but Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC are still being represented by attorneys Richard R. Busch, Andrew H. Davis, and Max Fabricant of King & Ballow.

Dated: November 1, 2021          */s/ Virginia M. King*
                                 Virginia M. King (TN Bar No. 037790)
                                 KING & BALLOW
                                 315 Union Street, Suite 1100
                                 Nashville, TN 37201
                                 Telephone:     (615) 726-5532
                                 Facsimile:     (615) 726-5417
                                 vking@kingballow.com
                                 Attorney for Plaintiffs

CERTIFICATE OF SERVICE

This is to certify that on November 1, 2021, a copy of the foregoing Notice of Withdrawal was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

**Allison Aviki**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: aaviki@mayerbrown.com

**Allison Stillman**
Latham & Watkins LLP (NY Office)
885 Third Avenue
New York, NY 10022-4834
Email: alli.stillman@lw.com

**Andrew Pincus**
Mayer Brown LLP (DC Office)
1999 K Street, NW
Washington, DC 20006
Email: apincus@mayerbrown.com

**Archis A. Parasharami**
Mayer Brown LLP (DC Office)
1999 K Street, NW
Washington, DC 20006
Email: aparasharami@mayerbrown.com

**Aubrey B. Harwell , III**
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
Email: tharwell@nealharwell.com

**Carey Ramos**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: careyramos@quinnemanuel.com

**Cory Struble**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: corystruble@quinnemanuel.com

**Kathleen Sullivan**
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Email: kathleensullivan@quinnemanuel.com

**Marie T. Scott**
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
Email: mscott@nealharwell.com

**Matthew Ingber**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: mingber@mayerbrown.com

**Robert P Vance, Jr.**
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
Email: bobbyvance@quinnemanuel.com

**Rory Keith Schneider**
Mayer Brown LLP
1221 Avenue of Americas
New York, NY 10020
Email: rschneider@mayerbrown.com

**Thomas Rubin**
Quinn, Emanuel, Urquhart & Sullivan, LLP
600 University Street
Suite 2800
Seattle, WA 98101
Email: tomrubin@quinnemanuel.com

*Attorneys for Spotify USA Inc.*

4

**Brian D. Caplan**
**Julie B. Wlodinguer**
**Robert W. Clarida**
Reitler Kailas & Rosenblatt, LLC
885 Third Avenue
New York, NY 10022
Email: bcaplan@reitlerlaw.com
Email: jwlodinguer@reitlerlaw.com
Email: rclarida@reitlerlaw.com

**Keane A. Barger**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: kbarger@rwjplc.com

**Timothy L. Warnock**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: twarnock@rwjplc.com

*Attorneys for Kobalt Music Publishing America, Inc.*

**Jay Scott Bowen**
Shackelford Bowen McKinley Norton, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Email: jbowen@shackelford.law

**Lauren E. Kilgore**
Shackelford Bowen McKinley Norton, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Email: lkilgore@shackelford.law

**Matias Gallego-Manzano**
**Chris LaRocco**
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 10104
Email: Matias.gallego-manzano@bclplaw.com
Email: Chris.larocco@bclplaw.com

*Attorneys for Harry Fox Agency LLC*

5

**Mark H. Wildasin**
U.S. Attorney's Office (Nashville Office)
Middle District of Tennessee
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
Email: mark.wildasin@usdoj.gov

*Attorneys for United States of America*


Dated: November 1, 2021                                                   */s/ Virginia M. King*
                                                                                                               Virginia M. King