IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby ORDERED that the "Petition to Join Suit Class" filed by Stephen Taghon of South Bend, Indiana (Doc. No. 205) is DENIED, as, to the extent the court can understand the allegations, they bear no relationship to this lawsuit.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge