# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

EIGHT MILE STYLE, LLC; MARTIN
AFFILIATED, LLC,

    *Plaintiffs,*

v.

SPOTIFY USA INC.; HARRY FOX AGENCY,
LLC,

    *Defendant.*

SPOTIFY USA INC.,

    *Third-Party Plaintiff,*

v.

KOBALT MUSIC PUBLISHING AMERICA,
INC.,

    *Third-Party Defendant*.

Civil Case No. 3:19-CV-00736

Hon. Aleta A. Trauger

JURY DEMAND

---

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY MARIO O. GAZZOLA

---

Aubrey B. Harwell III, of the law firm Neal & Harwell, PLC, pursuant to Local Rule 83.01(b), hereby moves this Court for an Order granting Mario O. Gazzola of Quinn Emanuel Urquhart & Sullivan, LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant and Third-Party Plaintiff, Spotify USA Inc. in the above-styled case. In support of this Motion, the undersigned states:

1.  No disciplinary proceedings by any disciplinary authority have been instituted against Mario O. Gazzola. There has been no finding of contempt or a sanction under 28 U.S.C. § 1927

by any court against Mario O. Gazzola.  There have been no criminal charges instituted against Mario O. Gazzola.

2.      Pursuant to Local Rule 83.01(b)(1)-(2), the affidavit and the certificate of good standing of Mario Gazzola are filed contemporaneously herewith.

3.      Electronic payment has been submitted contemporaneously with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Mario Gazzola leave to appear *pro hac vice* for purposes of this action.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:  *s/ Aubrey B. Harwell III*
Aubrey B. Harwell III (BPR # 017394)
1201 Demonbreun Street, Suite 1000
Nashville, TN  37203
Phone:  (615) 244-1713
Fax:  (615) 726-0573
Email: trey@nealharwell.com

*—and—*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Mario O. Gazzola (*pro hac vice pending*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Phone:  (212) 849-7102
Fax: (212) 849-7100
Email:  mariogazzola@quinnemanuel.com

*Counsel for Spotify USA Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was filed electronically on December 2, 2021 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Carey Ramos
Cory Struble
Kathleen Sullivan
Rachel Epstein
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7133
Fax: (212) 849-7100
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
kathleensullivan@quinnemanuel.com
rachelepstein@quinnemanuel.com

Thomas Rubin
Quinn, Emanuel, Urquhart & Sullivan, LLP
600 University Street, Ste. 2800
Seattle, WA 98101
Telephone: (206) 905-7003
Fax: (206) 905-7100
tomrubin@quinnemanuel.com

Allison Aviki
Matthew Ingber
Rory Schneider
MAYER BROWN LLP
1221 Avenue of Americas
New York, NY 10020
Telephone: (212) 506-2310
aaviki@mayerborwn.com
mingber@mayerbrown.com
rschneider@mayerbrown.com

Archis A. Parasharami
Andrew Pincus
MAYER BROWN LLP (DC Office)
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3220
aparasharami@mayerbrown.com
apincus@mayerbrown.com

Allison Stillman
Latham & Watkins LLP (NY Office)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
alli.stillman@lw.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

Timothy L. Warnock
Keane A. Barger
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com
kbarger@rwjplc.com


Richard S. Busch
Max D. Fabricant
Andrew Hunt Davis
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
rbusch@kingballow.com
mfabricant@kingballow.com
ddavis@kingballow.com

Jacob T. Clabo
Jay Scott Bowen
Lauren E. Kilgore
SHACKELFORD BOWEN McKINLEY
NORTON, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
Facsimile: (615) 329-4485
jclabo@shackelford.law
jbowen@shackelford.law
lkilgore@shackelford.law

Mark H. Wildasin
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue, Sout
Suite A961
Nashville, TN 37203
Telephone: (615) 736-2079
mark.wildasin@usdoj.gov

James F. Blumstein
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

*s/ Aubrey B. Harwell III*