IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, <br><br> *Defendant.* <br><br> SPOTIFY USA INC., <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> *Third-Party Defendant.* | Civil Case No. 3:19-CV-00736 <br><br> Hon. Aleta A. Trauger <br><br> JURY DEMAND |

### AFFIDAVIT OF MARIO O. GAZZOLA

Pursuant to Rule 83.01(b)(2) of the Local Rules of the United States District Court for the middle District of Tennessee:

**STATE OF NEW YORK**        )
                             )
**COUNTY OF NEW YORK**       )

MARIO O. GAZZOLA, being duly sworn, deposes and states that:

1. I am over the age of eighteen and I understand and believe in the obligations of an oath.

2. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010

3. I submit this Affidavit in support of the Motion to be admitted to appear before this Court *pro hac vice* on behalf of Spotify USA Inc.

4. I am admitted to practice in the courts of the State of New York. I am also admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit. A copy of my Certificate of Good Standing for the United States District Court for the Southern District of New York is attached hereto.

5. I am a member in good standing of the Bar of the State of New York. No disciplinary proceedings by any disciplinary authority have been instituted against me. There has been no findings of contempt or sanctions under 28 U.S.C. § 1927 by any court against me. There have been no criminal charges instituted against me.

**WHEREFORE**, you deponent respectfully requests that this Court grant this application and admit me to practice before this Court, *pro hac vice*.

Mario O. Gazzola

Subscribed and sworn to before me this 2nd day of December, 2021

Notary Public

CAROLANN SCOTT
Notary Public – State of New York
No. 01SC6338055
Qualified in Rockland County
Commission Expires 5/15/2024