# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MARIO  O.  GAZZOLA_____ , Bar # _____MG1191_____

was duly admitted to practice in the Court on

_____April 24, 2018_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.         On       _____December 2, 2021_____
              New York, New York

_____Ruby J. Krajick_____      By      _____s/ A. Eames_____
         Clerk of Court                              Deputy Clerk