IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

A discovery dispute telephone conference was held with counsel for the plaintiffs and for Spotify on January 27, 2022. It is hereby ORDERED that Spotify may file a motion for a protective order by January 31, 2022. The plaintiffs shall respond to the motion by February 7, 2022, and Spotify may file a reply by February 14, 2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge