UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendant.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant.* | |

**SPOTIFY USA INC.'S MOTION FOR A PROTECTIVE ORDER
BARRING THE DEPOSITION OF DANIEL EK**

Pursuant to Fed. R. Civ. P. 26, Defendant Spotify USA Inc. ("Spotify") respectfully moves the Court for a protective order barring Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (together, "Eight Mile") from deposing Daniel Ek, the Chairman and Chief Executive Officer of Spotify AB—Spotify's corporate parent—and the President of Spotify USA Inc.

As set forth in the accompanying memorandum and supporting declarations and exhibits, Eight Mile has not, and cannot, establish any legitimate justification for Mr. Ek's deposition because: (1) Mr. Ek lacks personal knowledge of the U.S. mechanical licensing-related issues

1

involved in this case; (2) whatever information that Eight Mile seeks is more readily available from other witnesses who either have been or could be deposed; and (3) nonetheless permitting Mr. Ek's deposition would result in annoyance, harassment, and undue burden and expense.

Pursuant to Local Rules 37.01(a) and 7.01(a)(1), the undersigned certifies that, prior to filing this motion, counsel for Spotify conferred in good faith with opposing counsel about the issues described in this motion and the accompanying memorandum. Counsel for Spotify understands that Eight Mile opposes this motion.

**WHEREFORE**, Spotify respectfully requests that the Court grant Spotify's motion for a protective order barring the deposition of Daniel Ek.

Dated:  January 31, 2022	Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*

| | |
|---|---|
| Kathleen M. Sullivan (*pro hac vice*)<br>Carey R. Ramos (*pro hac vice*)<br>Cory Struble (*pro hac vice*)<br>Rachel E. Epstein (*pro hac vice*)<br>Mario O. Gazzola (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 895-2500<br>kathleensullivan@quinnemanuel.com<br>careyramos@quinnemanuel.com<br>corystruble@quinnemanuel.com<br>rachelepstein@quinnemanuel.com<br><br>Thomas C. Rubin (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>600 University Street, Suite 2800<br>Seattle, Washington 98101<br>Telephone: (206) 905-7000<br>tomrubin@quinnemanuel.com | Aubrey B. Harwell III (BPR #017394)<br>Marie T. Scott (BPR # 032771)<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-1713<br>Facsimile: (615) 726-0573<br>tharwell@nealharwell.com<br>mscott@nealharwell.com<br><br>Matthew D. Ingber (*pro hac vice*)<br>Rory K. Schneider (*pro hac vice*)<br>Allison Aviki (*pro hac vice*)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aaviki@mayerbrown.com<br><br>Andrew J. Pincus (*pro hac vice*)<br>Archis A. Parasharami (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-3328<br>apincus@mayerbrown.com<br>aparasharami@mayerbrown.com<br><br>Allison L. Stillman (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>alli.stillman@lw.com |

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 31, 2022, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Timothy L. Warnock
Keane A. Barger
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com
kbarger@rwjplc.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue South
Suite A961
Nashville, TN 37203
Telephone: (615) 401-6598
Kara.sweet@usdoj.gov

Richard S. Busch
Max D. Fabricant
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
rbusch@kingballow.com

Andrew Hunt Davis
KING & BALLOW
628 Westcott Lane
Nolensville, TN 37135
Telephone: (615) 838-1438
ddavis@kingballow.com

James F. Blumstein
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 322-4964
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*/s/ Aubrey B. Harwell III*