Motion GRANTED.
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SPOTIFY USA, INC. and HARRY FOX AGENCY, LLC <br><br> Defendants <br><br> SPOTIFY USA, INC., THE HARRY FOX AGENCY, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> Third-Party Defendant. | Civil Case No. 3:19-cv-00736 <br><br> THE HONORABLE ALETA A. TRAUGER <br><br> JURY DEMAND |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant Local Rules 5.03 and 7.01, and in accordance with Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively "Plaintiffs") hereby respectfully move for Leave to File Exhibits 1 and 2 to their forthcoming Opposition to Defendant Spotify USA Inc.'s Motion for Protective Order Barring the Deposition of Daniel Ek ("Defendant's Motion").

To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to

1