Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, | Civil Case No. 3:19-CV-00736 |
| *Plaintiffs,* | Hon. Aleta A. Trauger |
| v. | JURY DEMAND |
| SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, | |
| *Defendant.* | |
| | |
| SPOTIFY USA INC., | |
| *Third-Party Plaintiff,* | |
| v. | |
| KOBALT MUSIC PUBLISHING AMERICA, INC., | |
| *Third-Party Defendant.* | |

## SPOTIFY USA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES AND FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.01, Spotify USA Inc. ("Spotify") respectfully requests leave to file a Reply Memorandum in further support of its Motion for a Protective Order of up to ten (10) pages. This Court had previously ordered that Spotify file its reply by February 14, 2022 during the teleconference on this issue on January 27, 2022. ECF No. 220. Spotify seeks these additional pages in order to adequately respond to the 25-page Opposition (ECF No. 223) that Plaintiffs filed without this Court's leave to exceed the 20-page limit set forth in its Practice and Procedures Manual. Plaintiffs' over-sized brief contains multiple distinct arguments in opposition to Spotify's requested protective order, full responses to which Spotify maintains will assist the Court in issuing a ruling. Spotify therefore respectfully requests leave to file a reply of not more than ten