IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPOTIFY USA INC., ) <br> ) <br> Defendant. ) | Civil No. 3:19-cv-00736 <br> Judge Trauger |

# **O R D E R**

It is hereby ORDERED that the Motion for Protective Order filed by defendant Spotify on January 31, 2022 (Doc. No. 221) is referred to the Magistrate Judge for disposition.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge