UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SPOTIFY USA INC., et al.,<br><br>　　　Defendants. | Case No. 3:19-cv-00736<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

I recuse myself from further proceedings in this matter. This case shall be returned to the Clerk of Court for random reassignment to another magistrate judge.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge