# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC and MARTIN AFFILIATED, LLC, | Civil Case No. 3:19-cv-00736 |
| Plaintiffs, | THE HONORABLE ALETA A. TRAUGER |
| v. | JURY DEMAND |
| SPOTIFY USA, INC. and HARRY FOX AGENCY, LLC | |
| Defendants | |
| SPOTIFY USA, INC., THE HARRY FOX AGENCY, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| KOBALT MUSIC PUBLISHING AMERICA, INC., | |
| Third-Party Defendant. | |

## MOTION FOR LEAVE TO FILE SUR-REPLY AND TO FILE UNDER SEAL

Pursuant Local Rules 5.03 and 7.01, and in accordance with Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC (collectively "Plaintiffs") hereby respectfully move for Leave to File a brief, two-page Sur-Reply in further Opposition to Defendant Spotify USA Inc.'s Motion for Protective Order Barring the Deposition of Daniel Ek ("Defendant's Motion"), and to file an unredacted version of said Sur-Reply under seal.

In support of this motion, Plaintiffs would show the Court that a Sur-Reply is necessary to address positions asserted by Defendant Spotify in their Reply (Doc Nos. 227.1), specifically with regard to Spotify's Sealed Reply Exhibit 3 which contains confidential excerpts of Mr. Duffett-Smith's deposition testimony from the *Bluewater* Case. Plaintiffs believe that this Sur-Reply, which is less than two full pages in length, will assist the Court in coming to a decision on Spotify's Motion. A copy of the proposed Redacted Sur-Reply is attached as Exhibit 1.

Further, Plaintiffs seek leave to file an Unredacted Version of the Sur-Reply Under Seal. Plaintiffs intend to quote portions of Spotify's Sealed Exhibit 3, which the Court already granted leave to file under seal. (Doc. No. 229). Accordingly, Plaintiffs need leave to file the unredacted version of the Sur-Reply Under Seal to preserve the confidential nature of Mr. Duffett-Smith's testimony. To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons—specifically, by 'analyz[ing] in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 F. App'x 202, 207 (6th Cir. 2016).

For similar reasons, this Court has similarly granted similar relief when requested by Spotify. *See, e.g.* Doc. Nos. 53, 94, 185, 229.

Pursuant to Local Rule 7.01(a)(1), Counsel for Plaintiffs have met and conferred with Counsel for Spotify, and the relief requested in the present motion is unopposed.

Dated: February 18, 2022                By: /s/ Richard S. Busch
                                        Richard S. Busch (TN Bar # 14594)
                                        KING & BALLOW
                                        315 Union Street, Suite 1100
                                        Nashville, TN 37201
                                        Telephone:   (615) 726-5422
                                        Facsimile:   (615) 726-5417
                                        rbusch@kingballow.com
                                        *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 18, 2022, a copy of the foregoing Motion for Leave to File a Sur-Reply Under Seal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Aubrey B. Harwell III, Esq. (BPR #017394)<br>Marie T. Scott, Esq. (BPR # 032771)<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street<br>Suite 1000<br>Nashville, Tennessee 37203<br>(615) 244-1713 (Telephone)<br>(615) 726-0573 (Facsimile)<br>trey@nealharwell.com<br>mscott@nealharwell.com | Timothy L. Warnock, Esq. (BPR # 12844)<br>Keane A. Barger, Esq. (BPR # 33196)<br>RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>Telephone: (615) 320-3700<br>twarnock@rwjplc.com<br>kbarger@rwjplc.com |
| Matthew D. Ingber, Esq. (*pro hac vice*)<br>Rory K. Schneider, Esq. (*pro hac vice*)<br>Allison Aviki, Esq. (*pro hac vice*)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 506-2500 (Telephone)<br>(212) 262-1910 (Facsimile)<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com | Andrew J. Pincus, Esq. (*pro hac vice*)<br>Archis A. Parasharami, Esq. (*pro hac vice*)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, District of Columbia 20006<br>(202) 263-3328 (Telephone)<br>apincus@mayerbrown.com<br>aparasharami@mayerbrown.com |
| Kathleen M. Sullivan, Esq. (*pro hac vice*)<br>Carey R. Ramos, Esq. (*pro hac vice*)<br>Cory Struble, Esq. (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br> SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, New York 10010<br>(212) 895-2500 (Telephone)<br>kathleensullivan@quinnemanuel.com<br>careyramos@quinnemanuel.com | Thomas C. Rubin, Esq. (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br> SULLIVAN, LLP<br>600 University Street<br>Suite 2800<br>Seattle, Washington 98101<br>(206) 905-7000 (Telephone)<br>tomrubin@quinnemanuel.com |

corystruble@quinnemanuel.com

| | |
|---|---|
| Allison L. Stillman, Esq. (*pro hac vice*) <br> LATHAM & WATKINS, LLP <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> (212) 906-1200 (Telephone) <br> alli.stillman@lw.com <br> *Attorneys for Defendant and Third-Party Plaintiff Spotify USA, Inc.* | Brian D, Caplan, Esq. (*pro hac vice*) <br> Robert W. Clarida, Esq. (*pro hac vice*) <br> Julie Wlodinguer, Esq. (*pro hac vice*) <br> REITLER KAILAS & ROSENBLATT LLC <br> 885 Third Avenue <br> 20th Floor <br> New York, New York 10022 <br> (212) 209-3050 (Telephone) <br> bcaplan@reitlerlaw.com <br> rclarida@reitlerlaw.com <br> *Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.* |
| Mark H. Wildasin, Esq. <br> Kara F. Sweet, Esq. <br> U.S. ATTORNEY'S OFFICE (Nashville) <br> MIDDLE DISTRICT OF TENNESSEE <br> 110 Ninth Avenue <br> Suite A-961 <br> Nashville, Tennessee 37203 <br> (615) 736-2079 (Telephone) <br> mark.wildasin@usdoj.gov <br> kara.sweet@usdoj.gov <br><br> *Attorneys for Interested Party, United States of America* <br><br> James Franklin Blumstein, Esq. <br> VANDERBILT LEGAL CLINIC, <br> VANDERBILT LAW SCHOOL <br> 132 21st Avenue South <br> Nashville, Tennessee 37203 <br> (615) 322-4964 (Telephone) <br> (615) 322-6631 (Facsimile) <br> james.blumstein@vanderbilt.edu | Rachel Elizabeth Epstein, Esq. <br> Mario G. Gazzola, Esq. <br> QUINN, EMANUEL, URQUHART <br> & SULLIVAN, LLP <br> 51 Madison Avenue <br> 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 (Telephone) <br> (212) 849-7100 (Facsimile) <br> rachelepstein@quinnemanuel.com <br> mariogazzola@quinnemanuel.com |
| Jacob T. Clabo, Esq. <br> Jay Scott Bowen, Esq. <br> Lauren E. Kilgore, Esq. <br> SHACKELFORD BOWSEN McKINLEY <br> & NORTON, LLP <br> 1 Music Circle South <br> Suite 300 | Chris M. LaRocco, Esq. <br> Matias Gallego-Manzano, Esq. <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> (212) 541-2000 (Telephone) <br> Chris.larocco@bclplaw.com |

Nashville, Tennessee 37203  Matias.gallego-manzano@bclplaw.com
(615) 329-4440 (Telephone)
jclabo@shackelford.law
jbowen@shackelford.law
lkilgore@shackelford.law

Executed this 18th day of February, 2022.


          /s/ *Richard S. Busch*