IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC., HARRY FOX AGENCY, LLC<br><br>    *Defendants*.<br><br>SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | **Civil Case No. 19-CV-00736**<br><br>**Hon. Aleta A. Trauger**<br><br>**JURY DEMAND** |

**PLAINTIFFS' SUR-REPLY IN FURTHER OPPOSITION TO SPOTIFY USA INC.'S MOTION FOR PROTECTIVE ORDER BARRING THE DEPOSITION OF DANIEL EK**

Plaintiffs respectfully proffer this brief sur-reply in further support of their Opposition to Spotify's Motion for Protective Order barring the Deposition of Daniel Ek.

Spotify's assertion that Mr. Duffett-Smith is an adequate substitute for Mr. Ek misses the mark, and their reliance on his previous deposition testimony only serves to prove that he is no substitute for Mr. Ek. Plaintiffs have already explained to the Court in their opposition the information it seeks from Mr. Ek and the pragmatic and factual reasons that Mr. Duffett-Smith cannot testify regarding the specific information they seek, and will not re-hash them here.

Indeed, Spotify's reliance on the testimony of Mr. Duffett-Smith's Deposition from the

1

*Bluewater* Case shows that Spotify's arguments are without merit. As Mr. Duffett-Smith testified, Mr. Ek, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (Spotify's Sealed Reply Ex. 3 at 22:24-23:1). Further undercutting Spotify's assertion that Mr. Ek's testimony should be barred because he is the CEO of a "global company that employs more than 7,100 individuals" (Doc. No. 222 at p.2), Mr. Duffett-Smith testified that at the time Spotify was planning its U.S. Launch, that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (Spotify's Sealed Reply Ex. 3 at 23:15-17).

Further still, Spotify alleges that Mr. Duffett-Smith "testified about mechanical licensing at Spotify's U.S. Launch" (Doc. No. 227.1 at p. 3). What Spotify fails to acknowledge that per Judge McCalla's Order, Mr. Duffett-Smith's testimony was limited to when he was acting in dual-capacity role as Head of Licensing and Business Affairs in 2015 and 2016. (*See* Sealed Opposition Ex. 1 at 34:18-37:5). Indeed, Spotify's own exhibit shows that the testimony regarding Mr. Duffett-Smith's involvement with Spotify's Launch between 2009 and July 2011 was permitted to go forward solely as ▓▓▓▓▓▓▓▓▓ (Spotify's Sealed Reply Ex. 3 at 23:15-17). Further, Spotify's own selected excerpts from Mr. Duffett-Smith's deposition in *Bluewater* show that *even if* the plaintiffs there had sought to substantively probe the mechanical licensing issues between 2009 and 2011, the issue of attorney-client privilege created serious impediment serious such testimony. (*See* Spotify's Sealed Reply Ex. 3 at 29:20-34:16; 35:25-37:25). Mr. Duffett-Smith's testimony, therefore actually supports Judge McCalla's reasoning and decision ordering that the deposition of Mr. Ek proceed in *Bluewater*.

Plaintiffs are entitled to depose Mr. Ek because: Plaintiffs seek information solely in Mr. Ek's possession; Mr. Duffett-Smith's role as an attorney at the crucial time of U.S. Launch will preclude him from testifying on key issues and facts regarding liability; and Mr. Duffett-Smith's testimony in *Bluewater* only bolsters the facts that Mr. Ek was directly involved in all aspects of the company at launch. Plaintiffs' respectfully request the Court deny Spotify's motion for a protective order.

Dated: February 18, 2022 　　　　　　　　　/s/ Richard S. Busch

                                        Richard S. Busch (14594)
                                        Andrew H. "Drew" Davis (034203)
                                        Max D. Fabricant (38956)
                                        KING & BALLOW
                                        315 Union Street, Suite 1100
                                        Nashville, TN 37201
                                        Telephone:    (615) 726-5532
                                        Facsimile:     (615) 726-5417
                                        rbusch@kingballow.com
                                        ddavis@kingballow.com
                                        mfabricant@kingballow.com

                                        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 18, 2022, a copy of the foregoing Sur-Reply to Spotify's Motion for Protective Order Barring the Deposition of Daniel Ek was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Aubrey B. Harwell III, Esq. (BPR #017394)
Marie T. Scott, Esq. (BPR # 032771)
NEAL & HARWELL, PLC
1201 Demonbreun Street
Suite 1000
Nashville, Tennessee 37203
(615) 244-1713 (Telephone)
(615) 726-0573 (Facsimile)
trey@nealharwell.com
mscott@nealharwell.com

Timothy L. Warnock, Esq. (BPR # 12844)
Keane A. Barger, Esq. (BPR # 33196)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com
kbarger@rwjplc.com

Matthew D. Ingber, Esq. (*pro hac vice*)
Rory K. Schneider, Esq. (*pro hac vice*)
Allison Aviki, Esq. (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500 (Telephone)
(212) 262-1910 (Facsimile)
mingber@mayerbrown.com
rschneider@mayerbrown.com

Andrew J. Pincus, Esq. (*pro hac vice*)
Archis A. Parasharami, Esq. (*pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, District of Columbia 20006
(202) 263-3328 (Telephone)
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Kathleen M. Sullivan, Esq. (*pro hac vice*)
Carey R. Ramos, Esq. (*pro hac vice*)
Cory Struble, Esq. (*pro hac vice*)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, New York 10010
(212) 895-2500 (Telephone)
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com

Thomas C. Rubin, Esq. (*pro hac vice*)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
600 University Street
Suite 2800
Seattle, Washington 98101
(206) 905-7000 (Telephone)
tomrubin@quinnemanuel.com

| | |
|---|---|
| Allison L. Stillman, Esq. (*pro hac vice*)<br>LATHAM & WATKINS, LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>(212) 906-1200 (Telephone)<br>alli.stillman@lw.com<br>*Attorneys for Defendant and Third-Party*<br>*Plaintiff Spotify USA, Inc.* | Brian D, Caplan, Esq. (*pro hac vice*)<br>Robert W. Clarida, Esq. (*pro hac vice*)<br>Julie Wlodinguer, Esq. (*pro hac vice)*<br>REITLER KAILAS & ROSENBLATT LLC<br>885 Third Avenue<br>20th Floor<br>New York, New York  10022<br>(212) 209-3050 (Telephone)<br>bcaplan@reitlerlaw.com<br>rclarida@reitlerlaw.com<br>*Attorneys for Third-Party Defendant*<br>*Kobalt Music Publishing America, Inc.* |
| Mark H. Wildasin, Esq.<br>Kara F. Sweet, Esq.<br>U.S. ATTORNEY'S OFFICE (Nashville)<br>MIDDLE DISTRICT OF TENNESSEE<br>110 Ninth Avenue<br>Suite A-961<br>Nashville, Tennessee  37203<br>(615) 736-2079 (Telephone)<br>mark.wildasin@usdoj.gov<br>kara.sweet@usdoj.gov<br><br>*Attorneys for Interested Party, United States of America* | Rachel Elizabeth Epstein, Esq.<br>Mario G. Gazzola, Esq.<br>QUINN, EMANUEL, URQUHART<br> & SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, New York 10010<br>(212) 849-7000 (Telephone)<br>(212) 849-7100 (Facsimile)<br>rachelepstein@quinnemanuel.com<br>mariogazzola@quinnemanuel.com |
| James Franklin Blumstein, Esq.<br>VANDERBILT LEGAL CLINIC,<br> VANDERBILT LAW SCHOOL<br>132 21st Avenue South<br>Nashville, Tennessee  37203<br>(615) 322-4964 (Telephone)<br>(615) 322-6631 (Facsimile)<br>james.blumstein@vanderbilt.edu | |
| Jacob T. Clabo, Esq.<br>Jay Scott Bowen, Esq.<br>Lauren E. Kilgore, Esq.<br>SHACKELFORD BOWSEN McKINLEY<br> & NORTON, LLP<br>1 Music Circle South<br>Suite 300<br>Nashville, Tennessee  37203<br>(615) 329-4440 (Telephone)<br>jclabo@shackelford.law<br>jbowen@shackelford.law<br>lkilgore@shackelford.law | Chris M. LaRocco, Esq.<br>Matias Gallego-Manzano, Esq.<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000 (Telephone)<br>Chris.larocco@bclplaw.com<br>Matias.gallego-manzano@bclplaw.com |

/s/ *Richard S. Busch*