# EXHIBIT 22

From: Calabro, Colleen
Sent: Wed 6/19/2013 5:02 PM (GMT-04:00)
To: Mulamba, Nicole
Cc:
Bcc:
Subject: FW: "My Name Is"

Best,

**Colleen Calabro**
Data Management Agent
HFA
40 Wall St, 6th Floor
New York, NY 10005-1344
Ph: 212.834.0167
ccalabro@harryfox.com

**Check us out:**
harryfox.com|hfaslingshot.com|twitter.com/harryfoxagency|harryfox.com/facebook|harryfox.com/linkedin|youtube.com/harryfoxagency

**From:** Dana Mariotti [mailto:Dana.Mariotti@kobaltmusic.com]
**Sent:** Wednesday, June 19, 2013 5:01 PM
**To:** Calabro, Colleen
**Subject:** RE: "My Name Is"

Hi Colleen,

Kobalt no longer controls this title. Please have them contact sarahcatlett54@gmail.com

Best,
Dana

Dana Mariotti
*Mechanical Licensing Manager*
**Kobalt Music Publishing America, Inc.**
317 Madison Avenue, Suite 2310
New York, NY 10017
Tel: (212) 247-6204
Fax: (212) 247-6205
Email: dana@kobaltmusic.com

CONFIDENTIAL HFA-00016883

**From:** Calabro, Colleen [mailto:ccalabro@harryfox.com]
**Sent:** Wednesday, June 19, 2013 2:37 PM
**To:** Dana Mariotti
**Subject:** "My Name Is"

Hey Dana,

Hope all is well! We've come across something interesting with "My Name Is" performed by Eminem. ███████████████████████

■ ███████████████████
■ ███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████

███████████████████████████████

Thank you,

**Colleen Calabro**
Data Management Agent
HFA
40 Wall St, 6th Floor
New York, NY 10005-1344
Ph: 212.834.0167
ccalabro@harryfox.com

**Check us out:**
harryfox.com|hfaslingshot.com|twitter.com/harryfoxagency|harryfox.com/facebook|harryfox.com/linkedin|youtube.com/harryfoxagency

This email and any files transmitted with it, including replies and forwarded copies subsequently transmitted from Kobalt Music Group and all its subsidiary and associated companies, are confidential and solely for the use of the intended recipient. It may contain material protected by attorney-client privilege, be confidential and/or exempt from disclosure under applicable law. Any opinions expressed in this email are those of the individual and not necessarily of Kobalt Music Group Ltd. and all its subsidiary and associated companies. If you are not the intended recipient, be advised that you have

received this email in error and that any use is strictly prohibited.

Kobalt Music Group Ltd. is registered in England as number 4018752.
Registered Office: 4 Valentine Place, London SE1 8QH, United Kingdom

CONFIDENTIAL
HFA-00016885