# EXHIBIT 23

From: Calabro, Colleen
Sent: Tue 8/06/2013 12:04 PM (GMT-04:00)
To: Dana Mariotti; Jessica Buchholz
Cc: Mulvaney, Tara; Chang, Jamie; Mulamba, Nicole
Bcc:
Subject: RE: Eminem Titles

███

████████████████████

Best,

**Colleen Calabro**
Data Management Agent
HFA
40 Wall St, 6th Floor
New York, NY 10005-1344
Ph: 212.834.0167
ccalabro@harryfox.com

Check us out:
harryfox.com|hfaslingshot.com|twitter.com/harryfoxagency|harryfox.com/facebook|harryfox.com/linkedin|youtube.com/harryfoxagency

**From:** Dana Mariotti [mailto:Dana.Mariotti@kobaltmusic.com]
**Sent:** Tuesday, August 06, 2013 10:52 AM
**To:** Jessica Buchholz; Calabro, Colleen
**Cc:** Mulvaney, Tara; Chang, Jamie; Mulamba, Nicole
**Subject:** RE: Eminem Titles

That's correct. Bridgeport should also be registering these works.

**From:** Jessica Buchholz
**Sent:** Tuesday, August 06, 2013 10:49 AM
**To:** Calabro, Colleen
**Cc:** Mulvaney, Tara; Chang, Jamie; Mulamba, Nicole; Dana Mariotti
**Subject:** RE: Eminem Titles

Looping in Dana as these might be on the list of CWR rejections that he's working on at the moment.

The 8 Mile Style catalog is no longer administered by Kobalt for licensing to my knowledge, I believe Bridgeport is handling the licensing but should be directing licensee payments directly to Kobalt. Dana can confirm or correct that information.

**From:** Calabro, Colleen [mailto:ccalabro@harryfox.com]
**Sent:** Monday, August 05, 2013 4:20 PM
**To:** Jessica Buchholz

CONFIDENTIAL                                                                                          HFA-00016868

**Cc:** Mulvaney, Tara; Chang, Jamie; Mulamba, Nicole
**Subject:** Eminem Titles

Hi Jessica,

Hope all is well! We recently came across several Eminem titles in our system that include Marshall Mathers as a writer, but show no Kobalt claim. Please review the attached list and provide catalog breakdown/share information. ████████████████████████████████████████

Thank you,

**Colleen Calabro**
Data Management Agent
HFA
40 Wall St, 6th Floor
New York, NY 10005-1344
Ph: 212.834.0167
ccalabro@harryfox.com

**Check us out:**
harryfox.com|hfaslingshot.com|twitter.com/harryfoxagency|harryfox.com/facebook|harryfox.com/linkedin|youtube.com/harryfoxagency

This email may be confidential. HFA is not a law firm and does not provide legal advice, counsel or opinions of any nature. HFA assumes no responsibility for actions you take based upon the contents of this message. You should obtain independent legal counsel before applying any information provided to you in this message to your specific circumstances. HFA does not accept any responsibility for computer viruses, so please scan all attachments. If you've received this email by mistake, we'd appreciate it if you would reply to let us know, and then delete the email. The statements and opinions expressed in this message are those of the author and do not necessarily reflect those of the company.

---

This email and any files transmitted with it, including replies and forwarded copies subsequently transmitted from Kobalt Music Group and all its subsidiary and associated companies, are confidential and solely for the use of the intended recipient. It may contain material protected by attorney-client privilege, be confidential and/or exempt from disclosure under applicable law. Any opinions expressed in this email are those of the individual and not necessarily of Kobalt Music Group Ltd. and all its subsidiary and associated companies. If you are not the intended recipient, be advised that you have received this email in error and that any use is strictly prohibited.

Kobalt Music Group Ltd. is registered in England as number 4018752.
Registered Office: 4 Valentine Place, London SE1 8QH, United Kingdom

CONFIDENTIAL