# 0IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> SPOTIFY USA INC., HARRY FOX AGENCY, LLC <br><br> *Defendants*. | **Civil Case No. 19-CV-00736** <br><br> **Hon. Aleta A. Trauger** <br><br> **JURY DEMAND** |
| SPOTIFY USA INC., <br><br> *Third-Party Plaintiff*, <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> *Third-Party Defendant*. | |

**[PROPOSED] ORDER RE: JOINT MOTION
TO REPLACE DOCUMENTS WITH REDACTED VERSION**

The Court, having received and reviewed the Parties' Joint Motion to Replace Documents with Redacted Version, finds it is well taken. Accordingly, the Clerk is instructed to remove Docket Nos. 223.24 and 223.25 and replace them with the Redacted Versions of Plaintiffs' Opposition Exhibits 22 and 23.

**IT IS SO ORDERED** this ___ day of March, 2022

_____
The Honorable Aleta A. Trauger
U.S. District Court Judge

Approved for Entry, dated: March 3, 2022

| | |
|---|---|
| */s/ Drew Davis* | */s/ Lauren Kilgore* |
| Richard S. Busch (14594) | Jacob T. Clabo, Esq. |
| Andrew H. "Drew" Davis (034203) | Jay Scott Bowen, Esq. |
| Max D. Fabricant (38956) | Lauren E. Kilgore, Esq. |
| KING & BALLOW | SHACKELFORD BOWSEN McKINLEY |
| 315 Union Street, Suite 1100 | & NORTON, LLP |
| Nashville, TN 37201 | 1 Music Circle South, Suite 300 |
| Telephone: (615) 726-5532 | Nashville, Tennessee 37203 |
| Facsimile: (615) 726-5417 | (615) 329-4440 (Telephone) |
| rbusch@kingballow.com | jclabo@shackelford.law |
| ddavis@kingballow.com | jbowen@shackelford.law |
| mfabricant@kingballow.com | lkilgore@shackelford.law |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for the Harry Fox Agency, LLC* |