# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, <br><br> Defendants. <br><br> vs. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> Third-Party Defendant. | Case No. 3:19-cv-00736 <br><br> **District Judge Aleta A. Trauger** <br><br> **JURY DEMAND** |

## JOINT STIPULATION FOR ENTRY OF NINTH AMENDED PROPOSED INITIAL CASE MANAGEMENT ORDER

Pursuant to LR 16.01, Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and Harry Fox Agency, LLC, and Third-Party Defendant Kobalt Music Publishing America, Inc. (collectively, the "Parties") submit the following attached Ninth Amended Proposed Initial Case Management Order. This Ninth Amended Proposed Initial Case Management Order would supersede the Eighth Amended Initial Case Management Order entered on December 2, 2021 (Doc. No. 209). The Parties propose extending the dates contained in the Eighth Amended Initial Case Management Order to those listed within the attached Ninth Amended Proposed Initial Case Management Order to allow additional time for the Parties to

complete depositions related to liability. In support of this Joint Stipulation, the Parties would show to the Court that:

- The Parties have been working jointly in good faith to complete fact witness depositions and written discovery prior to the deadlines set forth in the operative Eighth Amended Initial Case Management Order (Doc. No. 209).

- The Parties have complied with the substantial completion deadline for exchange of documents and electronically stored information.

- The Parties have conducted the depositions of twenty (20) fact and 30(b)(6) witnesses, often involving multiple days of testimony for a given deponent for a total of twenty eight days of testimony. Further, the Parties have scheduled four more depositions, and are exchanging dates for the remaining fact and 30(b)(6) witnesses.

- The Parties are continually working to schedule the remaining fact and 30(b)(6) witnesses, but given the scheduling obligations of the witnesses and preexisting obligations of counsel, the Parties cannot complete the remaining depositions prior to the current close of fact depositions.

- The Parties believe in good faith that the deadlines proposed in the attached Ninth Amended Proposed Initial Case Management Order will give sufficient time to complete the remaining depositions.

Therefore, the Parties respectfully request the Court enter the attached Ninth Amended Proposed Initial Case Management Order.

Respectfully Submitted,  Dated: March 18, 2022

By: */s/ Richard S. Busch*
Richard S. Busch (TN Bar # 14594)
Drew H. Davis (TN Bar # 034203)
Max. D. Fabricant (TN Bar # 038956)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com

*Attorney for Plaintiffs*

By: */s/ Brian D. Caplan*
Timothy L. Warnock (BPR #12844)
Keane A. Barger (BPR #33196)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com
kbarger@rqwjplc.com

Brian D. Caplan
Robert W. Clarida
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*

By: */s/ Lauren E. Kilgore*
Jay S. Bowen (BPR #02649)
Lauren E. Kilgore (BPR #030219)
Shackelford, Bowen, McKinley & Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440

By: */s/ Marie T. Scott*
Aubrey B. Harwell III (BPR #017394)
Marie T. Scott (BPR # 032771)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com
mscott@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
alli.stillman@lw.com

Carey R. Ramos (*pro hac vice*)
Kathleen M. Sullivan (*pro hac vice*)
Cory Struble (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP

jbowen@shackelford.law
lkilgore@shackelford.law

*Attorneys for Harry Fox Agency, LLC*

51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com

Thomas C. Rubin (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
Telephone : (206) 905-7000
tomrubin@quinnemanuel.com

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on March 18, 2022 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Timothy L. Warnock
Keane A. Barger
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
twarnock@rwjplc.com
kbarger@rwjplc.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue South
Suite A961
Nashville, Tennessee 37203
Telephone: (615) 401-6598
Kara.sweet@usdoj.gov

Richard S. Busch (TN Bar # 14594)
Drew H. Davis (TN Bar # 034203)
Max. D. Fabricant (TN Bar # 038956)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com

Andrew Hunt Davis
KING & BALLOW
628 Westcott Lane
Nolensville, Tennessee 37135
Telephone: (615) 838-1438
ddavis@kingballow.com

James F. Blumstein
Vanderbilt University
131 21st Avenue South
Nashville, Tennessee 37203
Telephone: (615) 322-4964
james.blumstein@vanderbilt.edu

Jay S. Bowen  
Lauren E. Kilgore  
Jacob T. Clabo  
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP  
1 Music Circle South, Suite 300  
Nashville, Tennessee 37203  
Telephone: (615) 329-4440  
jbowen@shackelford.law  
lkilgore@shackelford.law  
jclabo@shackelford.law  

Kathleen M. Sullivan (*pro hac vice*)  
Carey R. Ramos (*pro hac vice*)  
Cory Struble (*pro hac vice*)  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Avenue  
22nd Floor  
New York, New York 10010  
(212) 895-2500 (Telephone)  
kathleensullivan@quinnemanuel.com  
careyramos@quinnemanuel.com  
corystruble@quinnemanuel.com  

Rachel Elizabeth Epstein  
Mario G. Gazzola  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Avenue  
22nd Floor  
New York, New York 10010  
(212) 895-2500 (Telephone)  
rachelepstein@quinnemanuel.com  
mariogazzola@quinnemanuel.com  

Matthew D. Ingber (*pro hac vice*)  
Rory K. Schneider (*pro hac vice*)  
Allison Aviki (*pro hac vice*)  
MAYER BROWN LLP  
1221 Avenue of the Americas  
New York, New York 10020  
(212) 506-2500 (Telephone)  
(212) 262-1910 (Facsimile)  
mingber@mayerbrown.com  
rschneider@mayerbrown.com  

Chris M. LaRocco  
Matias Gallego-Manzano  
BRYAN CAVE LEIGHTON PAISNER LLP  
1290 Avenue of the Americas  
New York, New York  
Telephone: (212) 541-2000  
chris.larocco@bclplaw.com  
matias.gallego-manzano@bclplaw.com  

Thomas C. Rubin (*pro hac vice*)  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
600 University Street  
Suite 2800  
Seattle, Washington 98101  
(206) 905-700 (Telephone)  
tomrubin@quinnemanuel.com  

Allison L. Stillman  
LATHAM & WATKINS, LLP  
1271 Avenue of the Americas  
New York, New York 10020  
(212) 906-1200 (Telephone)  
Alli.stillman@lw.com  
*Attorney for Defendant and Third-Party Plaintiff Spotify USA, Inc.*  

Andrew J. Pincus (*pro hac vice*)  
Archis A. Parasharami (*pro hac vice*)  
MAYER BROWN LLP  
1999 K Street, N.W.  
Washington, District of Columbia 20006  
(202) 263-3328 (Telephone)  
apincus@mayerbrown.com  
aparasharami@mayerbrown.com

Keane A. Barger  
Timothy L. Warnock  
Riley, Warnock & Jacobson  
1906 West End Avenue  
Nashville, TN 37203  
(615) 320-3700  
Fax: (615) 320-3737  
Email: kbarger@rwjplc.com  
Email: twarnock@rwjplc.com

Julie B. Wlodinguer  
Robert W. Clarida  
Reitler Kailas & Rosenblatt, LLC  
885 Third Avenue  
New York, NY 10022  
(212) 209-3050  
Email: jwlodinguer@reitlerlaw.com  
Email: rclarida@reitlerlaw.com

/s/ Marie T. Scott