# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, | Civil Case No. 19-CV-00736 |
| *Plaintiffs,* | Hon. Aleta A. Trauger |
| v. | JURY DEMAND |
| SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, | |
| *Defendant.* | |
| SPOTIFY USA INC., | |
| *Third-Party Plaintiff,* | |
| v. | |
| KOBALT MUSIC PUBLISHING AMERICA, INC., | |
| *Third-Party Defendant.* | |

## SPOTIFY USA INC.'S MOTION FOR REVIEW OF NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE DENYING PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72.01(a), Defendant Spotify USA Inc. ("Spotify"), respectfully moves this Court to revise Magistrate Judge Frensley's Order (Docket No. 238) denying Spotify's motion for a protective order barring the deposition of Daniel Ek (Docket No. 221). This Order should be modified because (i) Plaintiffs are seeking to depose Mr. Ek on matters related to damages, and Magistrate Judge Frensley's Order thus violates this Court's case management order requiring bifurcation; and (ii) Magistrate Judge Frensley was not made aware of Eight Mile's post-briefing decision to depose James Duffett-Smith, the alternative

witness Spotify has proffered—a changed circumstance further underscoring that the Order's interpretation of Fed. R. Civ. P. 26 and resulting conclusion is contrary to law. Accordingly, the Court should modify Magistrate Judge Frensley's order, and grant Spotify's motion for a protective order barring the deposition of Daniel Ek from proceeding at this time. In support of this Motion, Spotify is filing herewith a memorandum of law.

**LOCAL RULE 7.01(a)(1) STATEMENT**

Pursuant to Local Rule 7.01(a)(1), counsel for Spotify conferred with Plaintiffs' counsel via e-mail on April 14, 2022 and Plaintiffs' counsel opposes the relief requested in this Motion.

Dated: April 14, 2022                    Respectfully Submitted,

                                         By: */s/ Aubrey B. Harwell III*

Kathleen M. Sullivan (*pro hac vice*)          Aubrey B. Harwell III (BPR #017394)
Carey R. Ramos (*pro hac vice*)                Marie T. Scott (BPR # 032771)
Rachel E. Epstein (*pro hac vice*)             NEAL & HARWELL, PLC
Cory Struble (*pro hac vice*)                  1201 Demonbreun Street, Suite 1000
Mario O. Gazzola (*pro hac vice*)              Nashville, Tennessee 37203
QUINN EMANUEL URQUHART &                        Telephone: (615) 244-1713
SULLIVAN, LLP                                   Facsimile: (615) 726-0573
51 Madison Avenue, 22nd Floor                   tharwell@nealharwell.com
New York, New York 10010                        mscott@nealharwell.com
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com               Matthew D. Ingber (*pro hac vice*)
careyramos@quinnemanuel.com                     Rory K. Schneider (*pro hac vice*)
rachelepstein@quinnemanuel.com                  Allison Aviki (*pro hac vice*)
corystruble@quinnemanuel.com                    MAYER BROWN LLP
mariogazzola@quinnemanuel.com                   1221 Avenue of the Americas
                                                New York, New York 10020
Thomas C. Rubin (*pro hac vice*)               Telephone: (212) 506-2500
QUINN EMANUEL URQUHART &                        mingber@mayerbrown.com
SULLIVAN, LLP                                   rschneider@mayerbrown.com
600 University Street, Suite 2800               aaviki@mayerbrown.com
Seattle, Washington 98101
Telephone: (206) 905-7000                       Andrew J. Pincus (*pro hac vice*)
tomrubin@quinnemanuel.com                       Archis A. Parasharami
                                                MAYER BROWN LLP
                                                1999 K Street, N.W.
                                                Washington, D.C. 20006
                                                Telephone: (202) 263-3220
                                                Telephone: (202) 263-5328
                                                apincus@mayerbrown.com
                                                aparasharami@mayerbrown.com

                                                Allison L. Stillman (*pro hac vice*)
                                                LATHAM & WATKINS LLP
                                                1271 Avenue of the Americas
                                                New York, New York 10020
                                                Telephone: (212) 906-1200
                                                alli.stillman@lw.com

                        *Attorneys for Spotify USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on April 14, 2022, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Keane A. Barger
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
kbarger@rjfirm.com

Timothy L. Warnock
Loeb & Loeb LLP
35 Music Square East
Suite 310
Nashville, TN 37203
Telephone: 615-749-8301
twarnock@loeb.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue, South
Suite A961
Nashville, TN 37203
Telephone: (615) 401-6598
Kara.Sweet@usdoj.gov

Richard S. Busch
Max D. Fabricant
Andrew Hunt Davis
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
rbusch@kingballow.com
mfabricant@kingballow.com
ddavis@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*/s/ Aubrey B. Harwell III*

1