# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | |

## **SPOTIFY USA INC.'S UNOPPOSED MOTION TO STRIKE DOCKET ENTRY 241**

    Spotify respectfully moves this Court for entry of an Order directing the Clerk to strike Docket Entry 241. As grounds for this Motion, Spotify states as follows:

    1.    Spotify filed a Motion for Review of Nondispositive Order of Magistrate Judge and Memorandum in Support on April 14, 2022. (Docs. 240-41).

    2.    Counsel for Spotify subsequently identified a typographical error in the form of a missing space in the first paragraph of the Memorandum. (Doc. 241). Out of an abundance of caution, counsel for Spotify corrected the error and filed the corrected Memorandum, identical in

all other respects. (Doc. 242). The corrected Memorandum (Doc. 242) was served by electronic mail on all parties on April 14, 2022.

## LOCAL RULE 7.01(a)(1) STATEMENT

Pursuant to Local Rule 7.01(a)(1), counsel for Spotify conferred with Plaintiffs' counsel via telephone on April 15, 2022 and Plaintiffs' counsel does not oppose the relief requested in this Motion.

WHEREFORE, Spotify respectfully moves the Court for entry of an Order directing the Clerk to strike Docket Entry 241.

| | |
|---|---|
| Dated: April 15, 2022 | Respectfully Submitted, |

| | |
|---|---|
| Kathleen M. Sullivan (*pro hac vice*)<br>Carey R. Ramos (*pro hac vice*)<br>Rachel E. Epstein (*pro hac vice*)<br>Cory Struble (*pro hac vice*)<br>Mario O. Gazzola (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 895-2500<br>kathleensullivan@quinnemanuel.com<br>careyramos@quinnemanuel.com<br>rachelepstein@quinnemanuel.com<br>corystruble@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br><br>Thomas C. Rubin (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>600 University Street, Suite 2800<br>Seattle, Washington 98101<br>Telephone: (206) 905-7000<br>tomrubin@quinnemanuel.com | By*: /s/ Aubrey B. Harwell III*<br><br>Aubrey B. Harwell III (BPR #017394)<br>Marie T. Scott (BPR # 032771)<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-1713<br>Facsimile: (615) 726-0573<br>tharwell@nealharwell.com<br>mscott@nealharwell.com<br><br>Matthew D. Ingber (*pro hac vice*)<br>Rory K. Schneider (*pro hac vice*)<br>Allison Aviki (*pro hac vice*)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aaviki@mayerbrown.com |

Allison L. Stillman (*pro hac vice*)  
LATHAM & WATKINS LLP  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 906-1200  
alli.stillman@lw.com  

Andrew J. Pincus (*pro hac vice*)  
Archis A. Parasharami  
MAYER BROWN LLP  
1999 K Street, N.W.  
Washington, D.C. 20006  
Telephone: (202) 263-3220  
Telephone: (202) 263-5328  
apincus@mayerbrown.com  
aparasharami@mayerbrown.com  

*Attorneys for Spotify USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on April 15, 2022, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Keane A. Barger
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
kbarger@rjfirm.com

Timothy L. Warnock
Loeb & Loeb LLP
35 Music Square East
Suite 310
Nashville, TN 37203
Telephone: 615-749-8301
twarnock@loeb.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue, South
Suite A961
Nashville, TN 37203
Telephone: (615) 401-6598
Kara.Sweet@usdoj.gov

Richard S. Busch
Max D. Fabricant
Andrew Hunt Davis
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
rbusch@kingballow.com
mfabricant@kingballow.com
ddavis@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*/s/ Aubrey B. Harwell III*