Motion GRANTED.

*[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | |

## SPOTIFY USA INC.'S UNOPPOSED MOTION TO STRIKE DOCKET ENTRY 241

    Spotify respectfully moves this Court for entry of an Order directing the Clerk to strike Docket Entry 241. As grounds for this Motion, Spotify states as follows:

    1.    Spotify filed a Motion for Review of Nondispositive Order of Magistrate Judge and Memorandum in Support on April 14, 2022. (Docs. 240-41).

    2.    Counsel for Spotify subsequently identified a typographical error in the form of a missing space in the first paragraph of the Memorandum. (Doc. 241). Out of an abundance of caution, counsel for Spotify corrected the error and filed the corrected Memorandum, identical in