IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

The court has signed and approved the Eleventh Amended Proposed Initial Case Management Order jointly proposed by the parties (Doc. No. 260). This schedule calls for dispositive motions regarding liability only to be fully briefed by July 16, 2023. That scheduling makes the present trial date of September 12, 2023 not realistic. Given the numerous extensions of deadlines in this case, the court is removing the trial and pretrial conference from its September 2023 calendar. The trial will be rescheduled, if appropriate, following a decision on dispositive motions as to liability.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge