# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

EIGHT MILE STYLE, LLC; MARTIN
AFFILIATED, LLC,

     *Plaintiffs,*

v.

SPOTIFY USA INC.; HARRY FOX AGENCY,
LLC,

     *Defendant.*

---

SPOTIFY USA INC.,

     *Third-Party Plaintiff,*

v.

KOBALT MUSIC PUBLISHING AMERICA,
INC.,

     *Third-Party Defendant.*

Civil Case No. 3:19-CV-00736

Hon. Aleta A. Trauger

JURY DEMAND

## SPOTIFY USA INC.'S MOTION FOR LEAVE
## TO FILE EXCESS PAGES AND FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Section (C)(3) of Your Honor's Practice and Procedures Manual and Local Rule 7.01(a)(4), Spotify USA Inc. respectfully moves the Court for leave to exceed the page limit in its Reply in support of its Motion for Leave to File Early Motion for Summary Judgment Against Kobalt. The Reply is being filed pursuant to the jointly proposed briefing schedule approved by the Court on July 28, 2022. *See* Order (Dkt. 269). Spotify requests that the Court accept a Reply of no more than 16 pages. The Reply will address arguments in two opposition briefs—one filed by Kobalt, and another filed by Eight Mile—that together occupy a total of 25

pages (16 more than in Spotify's opening brief). The additional pages that Spotify requests for its Reply will accordingly assist the Court in resolving Spotify's Motion.

Further, pursuant to Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), Spotify also respectfully moves for leave to file under seal select portions of its Reply and the corresponding exhibits thereto, including confidential correspondence and witness testimony. To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons." *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 F. App'x 202, 207 (6th Cir. 2016) (quoting *Shane Grp, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-306 (6th Cir. 2016)). The exhibits concern sensitive topics related to the parties' business practices and qualify as confidential information under the Protective Order in this action. Spotify also seeks to avoid any public disclosure that could violate agreements or implicate any party's privacy or confidential business interests. *See London Computer Sys., Inc. v. Zillow, Inc.*, 2019 WL 4110516, at *9 (S.D. Ohio Aug. 29, 2019). Because the entirety of the exhibits are confidential, redactions are not practicable except for the Reply itself.

For similar reasons, this Court recently granted Kobalt's motion for leave to file under seal select portions of its Opposition to the Motion for Leave to File Early Motion for Summary Judgment Against Kobalt and certain supporting exhibits. *See* Dkt. 270.

WHEREFORE, Spotify respectfully requests an enlargement of the page limit for its Reply, and for leave to file the exhibits attached thereto under seal.

Spotify's counsel conferred with counsel for Kobalt and Eight Mile regarding the aforementioned requests. Kobalt and Eight Mile do not oppose Spotify's sealing request, but oppose a Reply in excess of 13 pages.

2

Dated: August 29, 2022                    Respectfully Submitted,

                                          By: */s/ Aubrey B. Harwell III*

Kathleen M. Sullivan (*pro hac vice*)     Aubrey B. Harwell III (BPR #017394)
Carey R. Ramos (*pro hac vice*)           Marie T. Scott (BPR # 032771)
Cory Struble (*pro hac vice*)             NEAL & HARWELL, PLC
Rachel E. Epstein (*pro hac vice*)        1201 Demonbreun Street, Suite 1000
Mario O. Gazzola (*pro hac vice*)         Nashville, Tennessee 37203
QUINN EMANUEL URQUHART &                   Telephone: (615) 244-1713
SULLIVAN, LLP                             Facsimile: (615) 726-0573
51 Madison Avenue, 22nd Floor             tharwell@nealharwell.com
New York, New York 10010                  mscott@nealharwell.com
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com         Matthew D. Ingber (*pro hac vice*)
careyramos@quinnemanuel.com               Rory K. Schneider (*pro hac vice*)
corystruble@quinnemanuel.com              Allison Aviki (*pro hac vice*)
rachelepstein@quinnemanuel.com            MAYER BROWN LLP
mariogazzola@quinnemanuel.com             1221 Avenue of the Americas
                                          New York, New York 10020
Thomas C. Rubin (*pro hac vice*)          Telephone: (212) 506-2500
QUINN EMANUEL URQUHART &                   mingber@mayerbrown.com
SULLIVAN, LLP                             rschneider@mayerbrown.com
600 University Street, Suite 2800         aaviki@mayerbrown.com
Seattle, Washington 98101
Telephone: (206) 905-7000                 Andrew J. Pincus (*pro hac vice*)
tomrubin@quinnemanuel.com                 Archis A. Parasharami
                                          MAYER BROWN LLP
                                          1999 K Street, N.W.
                                          Washington, D.C. 20006
                                          Telephone: (202) 263-3328
                                          apincus@mayerbrown.com
                                          aparasharami@mayerbrown.com

                                          Allison L. Stillman (*pro hac vice*)
                                          LATHAM & WATKINS LLP
                                          1271 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 906-1747
                                          alli.stillman@lw.com


                    *Attorneys for Spotify USA Inc.*


                                 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on August 29, 2022 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Bruan (BPR #22371)
Fifth Third Center
HALL BOOTH SMITH, P.C.
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Kara F. Sweet
U.S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church Street
Suite 3300
Nashville, TN 37203
615-401-6598
Fax: 615-401-6626
kara.sweet@usdoj.gov

Richard S. Busch (TN Bar # 14594)
Drew H. Davis (TN Bar # 034203)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
ddavis@kingballow.com

James F. Blumstein
Vanderbilt University
131 21st Avenue South
Nashville, Tennessee 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY &
NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

4

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*/s/ Aubrey B. Harwell III*