# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendant.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant.* | |

## JOINT MEDIATION REPORT

Pursuant to the Court's Eleventh Amended Initial Case Management Order (Docket No. 261), the Parties to this matter respectfully submit this joint mediation report and state as follows:

1. The Parties previously attempted mediation and were ultimately unsuccessful in resolving this dispute;

2. There have been no other efforts to mediate this dispute and no additional efforts are contemplated.

Dated: September 12, 2022    Respectfully Submitted,

By: */s/ Richard S. Busch*    By: */s/ Aubrey B. Harwell III*

Richard S. Busch (TN Bar # 14594)    Aubrey B. Harwell III (BPR #017394)
Drew H. Davis (TN Bar # 034203)    Marie T. Scott (BPR #032771)
KING & BALLOW    NEAL & HARWELL, PLC
315 Union Street, Suite 1100    1201 Demonbreun Street, Suite 1000
Nashville, TN 37201    Nashville, Tennessee 37203
Telephone: (615) 726-5422    Telephone: (615) 244-1713
Facsimile: (615) 726-5417    Facsimile: (615) 726-0573
rbusch@kingballow.com    tharwell@nealharwell.com
ddavis@kingballow.com    mscott@nealharwell.com

James F. Blumstein    Matthew D. Ingber (*pro hac vice*)
Vanderbilt University    Rory K. Schneider (*pro hac vice*)
131 21st Avenue South    Allison Aviki (*pro hac vice*)
Nashville, Tennessee 37203    MAYER BROWN LLP
Telephone: (615) 343-3939    1221 Avenue of the Americas
james.blumstein@vanderbilt.edu    New York, New York 10020
    Telephone: (212) 506-2500
*Attorneys for Plaintiffs*    mingber@mayerbrown.com
    rschneider@mayerbrown.com
By: */s/ Brian D. Caplan*    aaviki@mayerbrown.com

Brian D. Caplan    Andrew J. Pincus (*pro hac vice*)
Robert W. Clarida    Archis A. Parasharami
Julie Wlodinguer    MAYER BROWN LLP
REITLER KAILAS & ROSENBLATT LLC    1999 K Street, N.W.
885 Third Avenue, 20th Floor    Washington, D.C. 20006
New York, New York 20022    Telephone: (202) 263-3328
Telephone: (212) 209-3050    apincus@mayerbrown.com
bcaplan@reitlerlaw.com    aparasharami@mayerbrown.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com    Allison L. Stillman (*pro hac vice*)
    LATHAM & WATKINS LLP
Karl M. Braun (BPR #22371)    1271 Avenue of the Americas
Fifth Third Center    New York, New York 10020
HALL BOOTH SMITH, P.C.    Telephone: (212) 906-1747
424 Church Street, Suite 2950    alli.stillman@lw.com
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

*Attorneys for Third-Party Defendant Kobalt
Music Publishing America, Inc.*

2

By: */s/ Jay S. Bowen*

Jay S. Bowen (BPR #02649)
Lauren E. Kilgore (BPR #030219)
Jacob T. Clabo (BPR #037360)
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for Harry Fox Agency, LLC*

Kathleen M. Sullivan (*pro hac vice*)
Carey R. Ramos (*pro hac vice*)
Cory Struble (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
rachelepstein@quinnemanuel.com
mariogazzola@quinnemanuel.com

Thomas C. Rubin (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101
Telephone: (206) 905-7000
tomrubin@quinnemanuel.com

*Attorneys for Spotify USA Inc.*

3

Case 3:19-cv-00736   Document 279   Filed 09/12/22   Page 3 of 4 PageID #: 3691

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 12, 2022, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

                                        Kara F. Sweet
                                        U.S. Attorney's Office (Nashville)
                                        Middle District of Tennessee
                                        719 Church Street
                                        Suite 3300
                                        Nashville, TN 37203
                                        615-401-6598
                                        Fax: 615-401-6626
                                        kara.sweet@usdoj.gov


                                        By: */s/ Aubrey B. Harwell III*

4

Case 3:19-cv-00736   Document 279   Filed 09/12/22   Page 4 of 4 PageID #: 3692