Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendant.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | |

### SPOTIFY USA INC.'S MOTION FOR LEAVE TO FILE EXCESS PAGES AND FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Section (C)(3) of Your Honor's Practice and Procedures Manual and Local Rule 7.01(a)(4), Spotify USA Inc. respectfully moves the Court for leave to exceed the page limit in its Reply in support of its Motion for Leave to File Early Motion for Summary Judgment Against Kobalt. The Reply is being filed pursuant to the jointly proposed briefing schedule approved by the Court on July 28, 2022. *See* Order (Dkt. 269). Spotify requests that the Court accept a Reply of no more than 16 pages. The Reply will address arguments in two opposition briefs—one filed by Kobalt, and another filed by Eight Mile—that together occupy a total of 25