IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendant.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | |

## NOTICE OF CHANGE OF ADDRESS

Undersigned counsel hereby gives notice of change of address, effective immediately, for counsel of record Marie T. Scott and respectfully requests that all future pleadings, correspondence, and other notices be addressed as follows:

Marie T. Scott (BPR # 032771)
Fisher & Phillips LLP
3310 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 488-2904
Facsimile: (615) 488-2928
mtscott@fisherphillips.com

Respectfully Submitted,

By: */s/ Marie T. Scott*

Marie T. Scott (BPR # 032771)
Fisher & Phillips LLP
3310 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 488-2904
Facsimile: (615) 488-2928
mtscott@fisherphillips.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 16, 2022, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

By: */s/ Marie T. Scott*

Kathleen M. Sullivan (*pro hac vice*)
Carey R. Ramos (*pro hac vice*)
Cory Struble (*pro hac vice*)
Rachel E. Epstein (*pro hac vice)*
Mario O. Gazzola (*pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
rachelepstein@quinnemanuel.com
mariogazzola@quinnemanuel.com

Thomas C. Rubin (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, Washington 98101
Telephone: (206) 905-7000
tomrubin@quinnemanuel.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1747
alli.stillman@lw.com

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

*Attorneys for Spotify USA Inc.*

Richard S. Busch (TN Bar # 14594)
Drew H. Davis (TN Bar # 034203)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
ddavis@kingballow.com

James F. Blumstein
Vanderbilt University
131 21st Avenue South
Nashville, Tennessee 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

*Counsel for Plaintiffs*

Karl M. Braun (BPR #22371)
Fifth Third Center
HALL BOOTH SMITH, P.C.
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Counsel for Third-Party Defendant
Kobalt Music Publishing America, Inc.*

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Counsel for Harry Fox Agency, LLC*

Kara F. Sweet
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 401-6626
kara.sweet@usdoj.gov

　

*/s/ Marie T. Scott*