IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPOTIFY USA INC., ) <br> ) <br> Defendant. ) | Civil No. 3:19-cv-00736 <br> Judge Trauger |

**O R D E R**

The parties have filed an apparently agreed-upon Twelfth Amended Proposed Initial Case Management Order (Doc. No. 284). The extension of case management orders requires a motion and a justification for the extensions.

It is hereby ORDERED that, by March 10, 2023, a motion shall be filed explaining to the court the necessity for extending case management deadlines and highlighting exactly which deadlines are requested to be extended.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge