> Motion GRANTED.
> Extensions as requested.
> *[signature]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>       Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,<br><br>       Defendants.<br><br>vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>       Third-Party Defendant. | **Case No. 3:19-cv-00736**<br><br>**District Judge Aleta A. Trauger**<br><br>**JURY DEMAND** |

## JOINT MOTION FOR ENTRY OF TWELFTH AMENDED PROPOSED INITIAL CASE MANAGEMENT ORDER

Pursuant to LR 16.01 and the Court's March 3, 2023 Order (Doc. 285), Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and The Harry Fox Agency LLC, and Third-Party Defendant Kobalt Music Publishing America, Inc. (collectively, the "Parties") jointly request that the Court enter the proposed Twelfth Amended Proposed Initial Case Management Order (Doc. 284). If adopted, the Twelfth Amended Proposed Initial Case Management Order would extend (1) the deadline by which to conclude the depositions of experts, and (2) the deadlines for submission of dispositive motions and related briefing.

Under the currently operative Eleventh Amended Initial Case Management Order (Doc. 261), the submission of expert reports concluded on November 23, 2022, and expert depositions were scheduled to conclude by January 30, 2023. The Parties jointly propose that the deadline be extended to May 31, 2023, to permit adequate time within which to schedule and complete such depositions. In total, 12 experts have submitted 31 reports (including 10 opening reports, 12 rebuttal

1