IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC., HARRY FOX AGENCY, LLC<br><br><br>    *Defendants*. | **Civil Case No. 19-CV-00736**<br><br>**Hon. Aleta A. Trauger**<br><br>**JURY DEMAND** |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Niemierzycki of the law firm of King & Ballow, duly admitted to practice law in the Court, hereby enters his appearance as counsel of record for Plaintiff, Eight Mile Style, LLC and Martin Affiliated, LLC.

Respectfully submitted,

By: /s/ David M. Niemierzycki
David M. Niemierzycki (BPR # 039921)
KING & BALLOW
*Attorney for Plaintiff*
315 Union Street
Suite 1100
Nashville, Tennessee 37201
Tel: (615) 726-5532
Fax: (888) 688-0482
dniemierzycki@kingballow.com

| | |
|---|---|
| Carey Ramos<br>Cory Struble<br>Kathleen Sullivan<br>Rachel Epstein<br>Mario O. Gazzola<br>Quinn, Emanuel, Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>careyramos@quinnemanuel.com<br>corystruble@quinnemanuel.com<br>kathleensullivan@quinnemanuel.com<br>rachelepstein@quinnemanuel.com<br>mariogazzola@quinnemanuel.com | Archis A. Parasharami<br>Andrew Pincus<br>Mayer Brown, LLP (DC Office)<br>1999 K Street, NW<br>Washington, DC 20006<br>aparasharami@mayerbrown.com<br>apincus@mayerbrown.com |
| Thomas Rubin<br>Quinn, Emanuel, Urquhart & Sullivan, LLP<br>600 University Street, Ste. 2800<br>Seattle, WA 98101<br>tomrubin@quinnemanuel.com | Allison Stillman<br>Latham & Watkins LLP (NY Office)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>alli.stillman@lw.com |
| Allison Aviki<br>Matthew Ingber<br>Rory Schneider<br>Alina Artunian<br>Mayer, Brown, LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>aaviki@mayerborwn.com<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aartunian@mayerbrown.com | Brian D. Caplan<br>Robert W. Clarida<br>Julie Wlodinguer<br>Reitler, Kailas & Rosenblatt, LLC<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>bcaplan@reitlerlaw.com<br>rclarida@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com |

| | |
|---|---|
| Chris M. LaRocco<br>Matias Gallego-Manzano<br>Bryan, Cave, Leighton, Paisner, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>chris.larocco@bclplaw.com<br>matias.gallego-manzano@bclplaw.com | Jacob T. Clabo<br>Jay Scott Bowen<br>Lauren E. Kilgore<br>Shackelford, Bowen, McKinley, Norton, LLP<br>1 Music Circle South, Suite 300<br>Nashville, TN 37203<br>jclabo@shackelford.law<br>jbowen@shackelford.law<br>lkilgore@shackelford.law |
| Timothy L. Warnock<br>Keane A. Barger<br>Riley, Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>twarnock@rwjplc.com<br>kbarger@rwjplc.com | Richard S. Busch<br>Max D. Fabricant<br>Andrew Hunt Davis<br>King & Ballow<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>rbusch@kingballow.com<br>mfabricant@kingballow.com<br>ddavis@kingballow.com |
| James F. Blumstein<br>Vanderbilt University<br>131 21st Avenue South<br>Nashville, TN 37203<br>james.blumstein@vanderbilt.edu | Karl M. Braun<br>Hall, Booth, Smith, P.C. (Nashville Office)<br>424 Church Street, Suite 2950<br>Nashville, TN 37219<br>kbraun@hallboothsmith.com |
| Aubrey B. Harwell, III<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com | Marie T. Scott<br>Fisher & Phillips<br>424 Church Street, Suite 1700<br>Nashville, TN 37219<br>mtscott@fisherphillips.com |
| Anica C. Jones<br>U.S. Attorney's Office (Nashville)<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>anica.jones@usdoj.gov | |

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically on July 19, 2023, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

/s/ David M. Niemierzycki

David M. Niemierzycki