UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant*. | |

**SPOTIFY USA INC.'S MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF PLAINTIFFS' EXPERT BOB KOHN**

Pursuant to Federal Rule of Evidence 702 and Federal Rule of Civil Procedure 26(a)(2)(B), Spotify USA Inc. ("Spotify") moves to exclude the reports and testimony of Plaintiffs' proposed expert Bob Kohn. As set forth in the accompanying memorandum, appendices, and supporting exhibits, Kohn's reports and testimony in this action are inadmissible for a number of reasons. *First*, to the extent that any of Kohn's conclusions are discernible, they violate Federal Rule of Evidence 702 because they consist of legal conclusions, speculation regarding the parties' states of mind, and improper factual narrative. *Second*, whatever opinions Kohn may attempt to offer in

1

this case were not properly disclosed to Spotify, in violation of Federal Rule of Civil Procedure 26(a)(2)(B).

**WHEREFORE**, Spotify respectfully requests that the Court preclude Kohn from offering any opinion testimony in this case.

Pursuant to Local Rule 7.01, Spotify's counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs oppose the motion.

Dated: September 11, 2023

Respectfully submitted,

By: */s/ Aubrey B. Harwell III*

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Kathleen M. Sullivan (*pro hac vice*)
Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com

Thomas C. Rubin (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700

2

Telephone: (206) 905-7000  
tomrubin@quinnemanuel.com

Nashville, TN 37219  
Telephone: (615) 488-2904  
mtscott@fisherphillips.com

*Attorneys for Spotify USA Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 11, 2023 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
HALL BOOTH SMITH, P.C.
424 Church Street, Suite 2950
Nashville, TN 37219
Telephone: (615) 313-9913
kbraun@hallboothsmith.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Anica C. Jones
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
anica.jones@usdoj.gov

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

Richard S. Busch
Andrew Hunt Davis
Max D. Fabricant
David M. Niemierzycki
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
mfabricant@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

*/s/ Aubrey B. Harwell III*