# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY, LLC,<br><br>   Defendants. | Civil Action No. 19-cv-00736<br><br>District Judge Aleta A. Trauger<br><br>JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE FOR SPOTIFY USA INC.'S AND HARRY FOX AGENCY'S *DAUBERT* MOTIONS |
| SPOTIFY USA INC.,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>   Third-Party Defendant. | |

WHEREAS, on September 11, 2023, Spotify USA, Inc. ("Spotify") filed its Motion to Exclude Plaintiffs' Expert Robert "Bob" Kohn ("Spotify's *Daubert* Motion"), and accompanying Motions for Leave to File certain documents related to Spotify's *Daubert* Motion Under Seal and for Leave to Expand the Page Limit;

WHEREAS, Plaintiffs plan to oppose Spotify's *Daubert* Motion but had no objection to Spotify's Motions to File Under Seal and to Expand the Page Limit;

WHEREAS, the Court Granted Spotify's Motions to File Under Seal and Expand the Page Limit;

WHEREAS, on September 13, 2023, the Harry Fox Agency ("HFA") also filed a Motion to Exclude Plaintiff's Expert Robert "Bob" Kohn ("HFA's *Daubert* Motion") and accompanying Motions for Leave to File certain documents related to HFA's *Daubert* Motion Under Seal and for Leave to Expand the Page Limit;

WHEREAS, Plaintiffs plan to oppose HFA's *Daubert* Motion and had an objection to HFA's Motion for Leave to Expand the Page Limit given Spotify's already pending motion regarding the same witness, but did not oppose HFA's Motion for Leave to file Under Seal;

WHEREAS, the Parties have met and conferred regarding both the briefing schedule for both *Daubert* Motions and Plaintiffs' objection to HFA's Motion for Leave to Expand the Page Limit and have reached an agreement.

NOW THEREFORE, the Parties stipulate as follows:

- Plaintiffs hereby withdraw their objection to HFA's Motion for Leave to Expand the Page Limit;
- Plaintiffs will have until October 20, 2023, to file their oppositions to Spotify's and HFA's *Daubert* Motions;

1
Case 3:19-cv-00736    Document 302    Filed 09/18/23    Page 2 of 6 PageID #: 4850

- Spotify and HFA consent to Plaintiffs filing a consolidated opposition to both Spotify's and HFA's *Daubert* Motions if they choose totaling no more than fifty-six (56) pages (the sum total of pages in Spotify's and HFA's *Daubert* Motions);

- In the event Plaintiffs elect to file a consolidated opposition, Spotify and HFA may file separate Replies; and

- Spotify's and HFA's Replies shall be due on November 17, 2023.

Respectfully Submitted,  Dated: September 18, 2023

By: */s/ Richard S. Busch*
Richard S. Busch (TN Bar # 14594)
Drew H. Davis (TN Bar # 034203)
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
ddavis@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

*Attorneys for Plaintiffs*

By: */s/ Brian D. Caplan*
Brian D. Caplan
Robert W. Clarida
Julie B. Wlodinguer
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com

By: */s/ Rory K. Schneider*
Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Marie T. Scott (BPR # 032771)
Fisher & Phillips
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami

2

jwlodinguer@reiterlaw.com

Karl M. Braun (BPR #22371)
Fifth Third Center
Hall Booth Smith, P.C.
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

*Attorneys for Third-Party Defendant
Kobalt Music Publishing America, Inc.*

By: */s/ Lauren E. Kilgore*
Jay S. Bowen (BPR #02649)
Lauren E. Kilgore (BPR #030219)
Jacob Clabo (BPR #037360)
Shackelford, Bowen, McKinley & Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for The Harry Fox Agency LLC*

MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Carey R. Ramos (*pro hac vice*)
Kathleen M. Sullivan (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario Gazzola (*pro hac vice*)
Rachel Epstein (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
kathleensullivan@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com
rachelepstein@quinnemanuel.com

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE FOR SPOTIFY USA INC.'S AND HARRY FOX AGENCY'S *DAUBERT* MOTIONS** was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid on September 18, 2023, to:

| | |
|---|---|
| **Carey R. Ramos**<br>**Cory Struble**<br>**Kathleen M. Sullivan**<br>**Rachel E. Epstein**<br>**Mario O. Gazzola**<br>Quinn, Emanuel, Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*careyramos@quinnemanuel.com*<br>*corystruble@quinnemanuel.com*<br>*kathleensullivan@quinnemanuel.com*<br>*rachelepstein@quinnemanuel.com*<br>*mariogazzola@quinnemanuel.com*<br>***Attorneys for Spotify USA Inc.*** | **Archis A. Parasharami**<br>**Andrew J. Pincus**<br>Mayer Brown, LLP (DC Office)<br>1999 K Street, NW<br>Washington, DC 20006<br>*aparasharami@mayerbrown.com*<br>*apincus@mayerbrown.com*<br>***Attorneys for Spotify USA Inc.*** |
| **Thomas C. Rubin**<br>Quinn, Emanuel, Urquhart & Sullivan<br>600 University Street, Ste. 2800<br>Seattle, WA 98101<br>*tomrubin@quinnemanuel.com*<br>***Attorneys for Spotify USA Inc.*** | **Allison L. Stillman**<br>Latham & Watkins LLP (NY Office)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>*alli.stillman@lw.com*<br>***Attorneys for Spotify USA Inc.*** |
| **Allison Aviki**<br>**Matthew Ingber**<br>**Rory K. Schneider**<br>**Alina Artunian**<br>Mayer, Brown, LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>*aaviki@mayerborwn.com*<br>*mingber@mayerbrown.com*<br>*rschneider@mayerbrown.com*<br>*aartunian@mayerbrown.com*<br>***Attorneys for Spotify USA Inc.*** | **Brian D. Caplan**<br>**Robert W. Clarida**<br>**Julie B. Wlodinguer**<br>Reitler, Kailas & Rosenblatt, LLC<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>*bcaplan@reitlerlaw.com*<br>*rclarida@reitlerlaw.com*<br>*jwlodinguer@reitlerlaw.com*<br>***Attorneys for Kobalt Music Publishing America, Inc.*** |

**Chris M. LaRocco**
**Matias Gallego-Manzano**
Bryan, Cave, Leighton, Paisner, LLP
1290 Avenue of the Americas
New York, NY 10104
*chris.larocco@bclplaw.com*
*matias.gallego-manzano@bclplaw.com*
***Attorneys for Harry Fox Agency, LLC***

**Jacob T. Clabo**
**Jay Scott Bowen**
**Lauren E. Kilgore**
Shackelford, Bowen, McKinley, Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
*jclabo@shackelford.law*
*jbowen@shackelford.law*
*lkilgore@shackelford.law*
***Attorneys for Harry Fox Agency, LLC***

**Marie T. Scott**
Fisher & Phillips
424 Church Street, Suite 1700
Nashville, TN 37219
*mtscott@fisherphillips.com*
***Attorneys for Spotify USA Inc.***

**Aubrey B. Harwell, III**
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*tharwell@nealharwell.com*
***Attorneys for Spotify USA Inc.***

**James F. Blumstein**
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
*james.blumstein@vanderbilt.edu*

**Karl M. Braun**
Hall, Booth, Smith, P.C.
(Nashville Office)
424 Church Street, Suite 2950
Nashville, TN 37219
*kbraun@hallboothsmith.com*
***Attorneys for Kobalt Music Publishing America, Inc.***

**Michael C. Tackeff**
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
*michael.tackeff@usdoj.gov*
***Attorneys for Interested Party***
***United States of America***

Dated: September 18, 2023

/s/Richard S. Busch
Richard S. Busch
Attorney for Plaintiffs