**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL CASE NO.: 19-CV-00736** |
| **SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,** | **JUDGE ALETA A. TRAUGER** |
| **Defendants.** | |
| | **JURY DEMAND** |
| **SPOTIFY USA INC.,** | |
| **Third-Party Plaintiff,** | |
| **v.** | |
| **KOBALT MUSIC PUBLISHING AMERICA, INC.** | |
| **Third-Party Defendant.** | |

## DEFENDANT THE HARRY FOX AGENCY LLC'S MOTION TO EXCLUDE THE OPINIONS OF QUENTIN BRADLEY

Pursuant to Rule 702 of the Federal Rules of Evidence and Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Defendant The Harry Fox Agency LLC ("HFA") respectfully moves this Court to exclude the testimony of Plaintiffs' proffered expert Quentin Bradley. In support of this Motion, HFA submits a Memorandum of Law and exhibits (the "Supporting Documents"), each of which have been filed under seal.

As set forth in the Supporting Documents, there are multiple infirmities in Bradley's opinions, each warranting the exclusion of his opinions. First, as evidenced in Bradley's Reports and deposition testimony, he lacks sufficient industry knowledge and experience to opine on HFA's processes as an expert in this case. Second, Bradley's technical opinions, also concerning HFA's processes, are not adequately informed by facts and data, rendering his opinions unreliable. Third, as set forth in the sealed Supporting Documents, Bradley's methods are unreliable. Fourth and finally, Bradley's inconsistent methods led him to inconsistent results.

"[T]he court's paramount consideration remains, as explicitly stated in Federal Rule of Evidence 702, whether the proffered testimony will assist the trier of fact." *Level 3 Comm., LLC v. Floyd*, 764 F. Supp.2d 945 (M.D. Tenn. 2011) (Trauger, J.) (citing Fed. R. Evid. 702). Based on the foregoing, and as set forth in the Supporting Documents, Bradley's opinions will not do so here. As a result, HFA respectfully requests that the Court enter an order precluding the expert witness testimony of Bradley.

Pursuant to Local Rule 7.01, HFA's counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs oppose the motion.

Respectfully submitted,

*/s/ Jay S. Bowen*
Jay S. Bowen (BPR No. 2649)
Lauren Kilgore (BPR No. 30219)
Jacob T. Clabo (BPR No. 36760)
SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
1 Music Circle South, Ste. 300
Nashville, TN 37203
Telephone: (615) 256-7200
Facsimile: (615) 329-4485
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

*Attorneys for The Harry Fox Agency LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of *DEFENDANT THE HARRY FOX AGENCY LLC'S MOTION TO EXCLUDE THE OPINIONS OF QUENTIN BRADLEY* was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid, on September 22, 2023, to:

**Jay S. Bowen**
**Lauren E. Kilgore**
**Jacob T. Clabo**
SHACKELFORD BOWEN MCKINLEY & NORTON LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
*jbowen@shackelford.law*
*lkilgore@shackelford.law*
*jclabo@shackelford.law*
*Attorneys for Harry Fox Agency, LLC*

**Chris M. LaRocco**
**Matias Gallego-Manzano**
BRYAN CAVE LEIGHTON PAISNER, LLP
1290 A venue of the Americas
New York, NY 10104
*chris.larocco@bclplaw.com*
*matias.gallego-manzano@bclplaw.com*
*Attorneys for Harry Fox Agency, LLC*

**Kathleen M. Sullivan** *(pro hac vice)*
**Carey R. Ramos** *(pro hac vice)*
**Cory Struble** *(pro hac vice)*
**Rachel E. Epstein** *(pro hac vice)*
**Mario O. Gazzola** *(pro hac vice)*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 895-2500
*kathleensullivan@quinnemanuel.com*
*careyramos@quinnemanuel.com*
*corystruble@quinnemanuel.com*
*rachelepstein@quinnemanuel.com*
*mariogazzola@quinnemanuel.com*
*Attorneys for Spotify USA Inc.*

**Matthew D. Ingber** *(pro hac vice)*
**Rory K. Schneider** *(pro hac vice)*
**Allison Aviki** *(pro hac vice)*
**Alina Artunian** *(pro hac vice)*
MAYER BROWN, LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
*mingber@mayerbrown.com*
*rschneider@mayerbrown.com*
*aaviki@mayerbrown.com*
*aartunian@mayerbrown.com*
*Attorneys for Spotify USA Inc.*

**Allison L. Stillman** *(pro hac vice)*
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
*alli.stillman@lw.com*
*Attorneys for Spotify USA Inc.*

**Marie T. Scott**
FISHER & PHILLIPS, LP
424 Church Street, Suite 1700
Nashville, TN 37219
*mtscott@fisherphillips.com*
*Attorneys for Spotify USA Inc.*

3

**Aubrey B. Harwell,** III
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*tharwell@nealharwell.com*
***Attorneys for Spotify USA Inc.***


**Thomas C. Rubin**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Ste. 2800
Seattle, WA 98101
*tomrubin@quinnemanuel.com*
***Attorneys for Spotify USA Inc.***


**Brian D. Caplan**
**Robert W. Clarida**
**Julie B. Wlodinguer**
REITLER KAILAS & ROSENBLATT, LLC
885 Third A venue, 20th Floor
New York, NY 10022
*bcaplan@reitlerlaw.com*
*rclarida@reitlerlaw.com*
*jwlodinguer@reitlerlaw.com*
***Attorneys for Kobalt Music Publishing America,
Inc.***


**Karl M. Braun**
HALL BOOTH SMITH, P.C.
424 Church Street, Suite 2950
Nashville, TN 37219
*kbraun@hallboothsmith.com*
***Attorneys for Kobalt Music Publishing America,
Inc.***

**Archis A. Parasharami**
**Andrew J. Pincus**
MAYER BROWN, LLP
1999 K Street, NW
Washington, DC 20006
*aparasharami@mayerbrown.com*
*apincus@mayerbrown.com*
***Attorneys for Spotify USA Inc.***


**James F. Blumstein**
VANDERBILT UNIVERSITY
131 21st Avenue South
Nashville, TN 37203
*James.blumstein@vanderbilt.edu*
***Attorneys for Eight Mile Style, LLC & Martin
Affiliated, LLC***


**Andrew Hunt Davis**
**Richard S. Busch**
**David M. Niemierzycki**
**Max D. Fabricant**
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
*rbusch@kingballow.com*
*ddavis@kingballow.com*
*dniemierzycki@kingballow.com*
***Attorneys for Eight Mile Style, LLC & Martin
Affiliated, LLC***


**Michael C. Tackeff**
U.S. ATTORNEY'S OFFICE
719 Church Street, Suite 3300
Nashville, TN 37203
*michael.tackejj@usdoj.gov*
***Attorneys for Interested Party United States of
America***


*/s/ Jay S. Bowen*
JAY S. BOWEN