IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| **EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,**<br><br>      Plaintiffs,<br><br>v.<br><br>**SPOTIFY USA INC.;**<br>**THE HARRY FOX AGENCY LLC,**<br><br>      Defendants.<br><br>**SPOTIFY USA INC.,**<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>**KOBALT MUSIC PUBLISHING AMERICA, INC.**<br><br>      Third-Party Defendant. | CIVIL CASE NO.: 19-CV-00736<br><br>JUDGE ALETA A. TRAUGER<br><br>JURY DEMAND |

### DEFENDANT THE HARRY FOX AGENCY LLC'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN ITS MEMORANDUM OF LAW AND TO FILE DOCUMENTS UNDER SEAL

Pursuant to Section (III)(C)(3) of Judge Trauger's Practice and Procedures Manual and Local Rule 7.01(a)(2), Defendant The Harry Fox Agency LLC ("HFA") respectfully moves the Court for leave to exceed the page limit set forth in the Twelfth Amended Initial Case Management Order (Dkt. No. 291) in its Memorandum of Law in Support of its Motion to Exclude the Opinions