UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, <br><br> *Defendants.* <br><br> SPOTIFY USA INC., <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> *Third-Party Defendant*. | Civil Case No. 19-CV-00736 <br><br> Hon. Aleta A. Trauger <br><br> JURY DEMAND |

**SPOTIFY USA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), Spotify USA Inc. ("Spotify") respectfully moves for leave to file under seal its Memorandum of Law in Support of its Motion to Exclude the Reports and Testimony of Plaintiffs' Expert Quentin Bradley and Exhibits 1 through 9. Spotify's counsel conferred with the parties' counsel, which do not oppose this request.

To "justify nondisclosure to the public," "[t]he proponent of sealing must provide

1

compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons—specifically, by 'analyz[ing] in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 F. App'x 202, 207 (6th Cir. 2016) (quoting *Shane Grp, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-306 (6th Cir. 2016)). In accordance with the foregoing, Spotify proposes to file under seal its Memorandum and Exhibits 1-8 that include confidential business information and information marked Highly Confidential – Outside Counsel's Eyes Only pursuant to the Protected Order filed in this action. *See* ECF No. 217. Redactions are not feasible given the nature and designated status of the exhibits.

The requested relief will accordingly avoid any public disclosure that could violate agreements or implicate any party's (or non-party's) privacy or confidential business interests. *See Good L. Corp. v. Fasteners for Retail, Inc.*, 2020 WL 6948360, at *2 (M.D. Tenn. Jun. 15, 2020) (granting a motion to seal because the documents include "specific financial and market information"); *London Computer Sys., Inc. v. Zillow, Inc.*, 2019 WL 4110516, at *4 (S.D. Ohio Aug. 29, 2019) (noting that disclosure of documents would "cause a competitive disadvantage" to the corporation).

For similar reasons, this Court previously granted various requests from the parties to file materials under seal, including Third-Party Defendant Kobalt's Answer, Kobalt's Opposition to Spotify's Motion to Compel the Production of Documents, and Plaintiffs' Opposition and Sur-Reply to Spotify's Motion for a Protective Order. *See* ECF Nos. 109, 186, 226, and 239.

**WHEREFORE**, Spotify respectfully requests that the Court grant Spotify leave to file its Memorandum and Exhibits 1-9 under seal. No party opposes Spotify's request to file the referenced documents under seal.

Dated: September 22, 2023                                    Respectfully submitted,

By: */s/ Aubrey B. Harwell*

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

*Attorneys for Spotify USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 22, 2023 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
HALL BOOTH SMITH, P.C.
424 Church Street, Suite 2950
Nashville, TN 37219
Telephone: (615) 313-9913
kbraun@hallboothsmith.com

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
michael.tackeff@usdoj.gov

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

*/s/ Aubrey B. Harwell III*