IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>   Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY, LLC,<br><br>   Defendants. | Civil Action No. 19-cv-00736<br><br>District Judge Aleta A. Trauger<br><br>PLAINTIFFS', EIGHT MYLE STYLE, LLC'S AND MARTIN AFFILIATED, LLC'S, MOTION FOR SUMMARY JUDGMENT |
| SPOTIFY USA INC.,<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>   Third-Party Defendant. | JURY DEMAND |

Pursuant to Fed. R. Civ. P. 56, Plaintiffs, Eight Mile Style, LLC and Martin Affiliated, LLC (collectively, "Eight Mile Style") hereby respectfully move this honorable Court for an Order granting summary judgment in their favor in the first phase of this bifurcated action. As shown in Eight Mile Style's Memorandum of Law and Separate Statement of Undisputed Facts pursuant to Local Rule 56.01(b), there are no genuine issues of fact and Eight Mile Style is entitled to judgement as a matter of law on the issues of: (1) copyright infringement against Spotify USA Inc.; (2) contributory copyright infringement against the Harry Fox Agency, LLC; and (3), that Defendants also have indisputably failed to comply with the Music Modernization Act's ("MMA"), requirements to enjoy the provisional, effective and retroactive abrogation of all infringement claim based remedies ("provisional immunity from liability") available under the United States Copyright Act, 17 U.S.C. §§ 101, *et seq.* In the alternative, as discussed more fully in Eight Mile Style's Memorandum of Law, there are no genuine issues of fact which preclude summary judgment, and Eight Mile Style is entitled to judgment as a matter of law on the unconstitutionality of the MMA's provisional immunity from liability.

**WHEREFORE**, this Court should issue Summary Judgement in favor of Eight Mile Style on the issue of liability against both Defendants.

Respectfully submitted on this 13th day of October 2023 by:

By: */s/ Richard S. Busch*
Richard S. Busch (TN Bar # 014594)
Andrew H. "Drew" Davis (TN Bar # 034203)
David M. Niemierzycki (TN Bar # 039921)
KING & BALLOW
26 Century Boulevard, Ste. NT700
Nashville, TN 37214
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com
*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

By: */s/ James F. Blumstein*
James F. Blumstein (TN Bar # 004147)
131 21st Avenue South
Nashville, TN 37203
James.blumstein@vanderbilt.edu
*Of Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the PLAINTIFFS', EIGHT MYLE STYLE, LLC'S AND MARTIN AFFILIATED, LLC'S, MOTION FOR SUMMARY JUDGMENT was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid on October 13, 2023, to:

| | |
|---|---|
| **Carey R. Ramos**<br>**Cory Struble**<br>**Kathleen M. Sullivan**<br>**Rachel E. Epstein**<br>**Mario O. Gazzola**<br>Quinn, Emanuel, Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>careyramos@quinnemanuel.com<br>corystruble@quinnemanuel.com<br>kathleensullivan@quinnemanuel.com<br>rachelepstein@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br>***Attorneys for Spotify USA Inc.*** | **Archis A. Parasharami**<br>**Andrew J. Pincus**<br>Mayer Brown, LLP (DC Office)<br>1999 K Street, NW<br>Washington, DC 20006<br>aparasharami@mayerbrown.com<br>apincus@mayerbrown.com<br>***Attorneys for Spotify USA Inc.*** |
| **Thomas C. Rubin**<br>Quinn, Emanuel, Urquhart & Sullivan<br>600 University Street, Ste. 2800<br>Seattle, WA 98101<br>tomrubin@quinnemanuel.com<br>***Attorneys for Spotify USA Inc.*** | **Allison L. Stillman**<br>Latham & Watkins LLP (NY Office)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>alli.stillman@lw.com<br>***Attorneys for Spotify USA Inc.*** |
| **Allison Aviki**<br>**Matthew Ingber**<br>**Rory K. Schneider**<br>**Alina Artunian**<br>Mayer, Brown, LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>aaviki@mayerborwn.com<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aartunian@mayerbrown.com<br>***Attorneys for Spotify USA Inc.***<br>**Chris M. LaRocco**<br>**Matias Gallego-Manzano** | **Brian D. Caplan**<br>**Robert W. Clarida**<br>**Julie B. Wlodinguer**<br>Reitler, Kailas & Rosenblatt, LLC<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>bcaplan@reitlerlaw.com<br>rclarida@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com<br>***Attorneys for Kobalt Music Publishing America, Inc.***<br>**Jacob T. Clabo**<br>**Jay Scott Bowen** |

Bryan, Cave, Leighton, Paisner, LLP
1290 Avenue of the Americas
New York, NY 10104
*chris.larocco@bclplaw.com*
*matias.gallego-manzano@bclplaw.com*
**Attorneys for Harry Fox Agency, LLC**

**Lauren E. Kilgore**
Shackelford, Bowen, McKinley,
Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
*jclabo@shackelford.law*
*jbowen@shackelford.law*
*lkilgore@shackelford.law*
**Attorneys for Harry Fox Agency, LLC**

**Marie T. Scott**
Fisher & Phillips
424 Church Street, Suite 1700
Nashville, TN 37219
*mtscott@fisherphillips.com*
**Attorneys for Spotify USA Inc.**

**Aubrey B. Harwell, III**
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
*tharwell@nealharwell.com*
**Attorneys for Spotify USA Inc.**

**James F. Blumstein**
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
*james.blumstein@vanderbilt.edu*

**Karl M. Braun**
Hall, Booth, Smith, P.C.
(Nashville Office)
424 Church Street, Suite 2950
Nashville, TN 37219
*kbraun@hallboothsmith.com*
**Attorneys for Kobalt Music**
 **Publishing America, Inc.**

**Michael C. Tackeff**
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
*michael.tackeff@usdoj.gov*
**Attorneys for Interested Party**
**United States of America**

Dated: October 13, 2023

/s/Richard S. Busch
    Richard S. Busch
    Attorney for Plaintiffs