UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>          Defendants,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.<br><br>          Third-Party Defendant. | Case No. 3:19-cv-00736 |

## UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C. § 2403(a), and with the authorization of the Solicitor General of the United States, the United States of America hereby intervenes in this case for the limited purpose of defending the constitutionality of the Orrin G. Hatch-Bob Goodlatte Music Modernization Act of 2018 ("MMA"), 17 U.S.C. § 115.

Plaintiffs Eight Mile Style LLC and Martin Affiliated, LLC (collectively "Eight Mile") filed a complaint against Spotify USA Inc. and Harry Fox Agency, LLC on August 21, 2019. Compl., ECF No. 1. On August 23, 2019, Eight Mile filed a notice of constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1. ECF No. 8. On October 13, 2023, Eight Mile filed its motion for summary judgment, which argues in the alternative that the MMA's retroactive limitation on liability for certain claims of copyright infringement "constitutes an unconstitutional taking" of Eight Mile Style's property and "denies it due process" under the Fifth Amendment of the United States Constitution. *See* Pls.' Mem. in Supp. of Mot. for Summ. J. at 59, ECF No. 370-1.

The United States is entitled to intervene in this case. Rule 5.1(c) permits the Attorney General to intervene in an action in which the constitutionality of a federal statute is challenged. Rule 24(a)(1) also permits a non-party to intervene when it "is given an unconditional right to intervene by a federal statute." 28 U.S.C. § 2403(a) provides that in any action "wherein the constitutionality of any Act of Congress . . . is drawn into question, the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality." Accordingly, the United States hereby provides notice of intervention in this matter for the limited purpose of defending the constitutionality of the MMA. The United States' memorandum in support of the constitutionality of the MMA will be filed separately today.

Dated: December 12, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Chetan A. Patil*
CHETAN A. PATIL
DC Bar No. 999948
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

MICHAEL C. TACKEFF, B.P.R.# 036953
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Email: Michael.Tackeff@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on December 12, 2023, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

Aubrey B. Harwell III
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Marie T. Scott (BPR # 032771)
FISHER & PHILLIPS LLP
424 Church Street, Suite 1700
Nashville, TN 37219
mtscott@fisherphillips.com

Matthew D. Ingber
Rory K. Schneider
Allison Aviki
Alina Artunian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3220
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Carey R. Ramos
Rachel E. Epstein
Cory Struble
Mario O. Gazzola
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
rachelepstein@quinnemanuel.com
mariogazzola@quinnemanuel.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
alli.Stillman@lw.com

*Attorneys for Defendant and Third-Party Plaintiff Spotify USA, Inc.*

Richard S. Busch
Andrew H. "Drew" Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, TN 37214
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
131 21st Avenue South
Nashville, TN 37203
James.blumstein@vanderbilt.edu

*Of Counsel*

*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

Jay S. Bowen
Lauren Kilgore
Jacob T. Clabo
SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (615) 329-4440
F: (615) 329-4485
jclabo@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for Defendant Harry Fox Agency, LLC*

Karl M. Braun, BPR #22371
HALL BOOTH SMITH, P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219
kbraun@hallboothsmith.com
(615) 313-9911 (Telephone)

Brian D. Caplan
Robert W. Clarida
Julie B. Wlodinguer
REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Chetan A. Patil*