# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    Defendants,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.<br><br>    Third-Party Defendant. | Case No. 3:19-cv-00736 |

## UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to § 5.07 of the Amended Practices and Procedures for Electronic Case Filing, Admin. Order 167-1 (Aug. 21, 2015), the United States of America respectfully moves for leave to file its Memorandum of Law in Support of the Constitutionality of the Music Modernization Act under seal. Counsel for the United States conferred with counsel for the other parties' counsel, who do not oppose this request.

To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the document and demonstrate that the sealing is narrowly tailored to those reasons—specifically, by 'analyz[ing] in detail, document by document, the propriety of secrecy, providing reasons and legal selections." *Beauchamp v. Fed. Hom Loan Mortg. Corp.*, 658 F. App'x 202, 207 (6th Cir. 2016) (quoting *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*,

1

825 F.3d 299, 305-06 (6th Cir. 2016)). The United States does not believe its Memorandum of Law contains any information that warrants sealing and accordingly believes that its Memorandum of Law should be available to the public. However, the United States seeks leave to file its Memorandum of Law under seal out of an abundance of caution. The Memorandum contains discussion of and references to the parties' filings in connection with their motions for summary judgment, which have been filed under seal pursuant to the Court's orders. *See, e.g.*, ECF No. 385. In addition, the United States understands that Plaintiffs have moved to unseal these materials and that the motion has not been fully briefed or resolved. *See* ECF No. 397. The requested relief would avoid any public disclosure of material that may be the subject of the ongoing dispute between the parties on sealing.

      **Wherefore**, the United States respectfully requests leave to file its Memorandum of Law in Support of the Constitutionality of the Music Modernization Act under seal.

Dated: December 12, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch

*/s/ Chetan A. Patil*
CHETAN A. PATIL
DC Bar No. 999948
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

MICHAEL C. TACKEFF, B.P.R.# 036953
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Email: Michael.Tackeff@usdoj.gov

*Counsel for the United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on December 12, 2023, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

Aubrey B. Harwell III
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Marie T. Scott (BPR # 032771)
FISHER & PHILLIPS LLP
424 Church Street, Suite 1700
Nashville, TN 37219
mtscott@fisherphillips.com

Matthew D. Ingber
Rory K. Schneider
Allison Aviki
Alina Artunian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3220
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Carey R. Ramos
Rachel E. Epstein
Cory Struble
Mario O. Gazzola
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
rachelepstein@quinnemanuel.com
mariogazzola@quinnemanuel.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
alli.Stillman@lw.com

*Attorneys for Defendant and Third-Party Plaintiff Spotify USA Inc.*

Richard S. Busch
Andrew H. "Drew" Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, TN 37214
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
131 21st Avenue South
Nashville, TN 37203
James.blumstein@vanderbilt.edu

*Of Counsel*

*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

Jay S. Bowen
Lauren Kilgore
Jacob T. Clabo
SHACKELFORD, BOWEN, MCKINLEY
& NORTON, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (615) 329-4440
F: (615) 329-4485
jclabo@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for Defendant Harry Fox Agency, LLC*

Karl M. Braun, BPR #22371
HALL BOOTH SMITH, P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219
kbraun@hallboothsmith.com
(615) 313-9911 (Telephone)

Brian D. Caplan
Robert W. Clarida
Julie B. Wlodinguer
REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*

                                        */s/ Chetan A. Patil*