IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiffs have filed a Motion for Order to Show Cause Re Unsealing of Summary Judgment and *Daubert* Motions (Doc. No. 397), to which the defendants and third-party defendant have filed a Joint Opposition (Doc. No. 408). The court sees no urgency in the plaintiffs' motion and desires for the parties to continue to work cooperatively together, as they were before the filing of the plaintiffs' motion, to resolve the unsealing of summary judgment and *Daubert* documents after the completion of briefing on dispositive motions.

It is hereby ORDERED that the parties shall file a joint status report by February 12, 2024 that proposes a plan for refiling redacted and unsealed filings related to summary judgment and *Daubert* briefing.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge