IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>          Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,<br><br>          Defendants.<br><br>vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>          Third-Party Defendant. | **Case No. 3:19-cv-00736**<br><br>**District Judge Aleta A. Trauger**<br>**Magistrate Judge Jeffery S. Frensley**<br><br>**JURY DEMAND** |

**JOINT STIPULATION TO EXTEND CERTAIN CASE DEADLINES**

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and The Harry Fox Agency LLC, Third-Party Defendant Kobalt Music Publishing America, Inc., and Intervenor The United States of America (collectively, the "Parties"), by and through their undersigned counsel, have agreed to extend the time for certain deadlines in this action due to the number of substantial filings otherwise due on or before January 31, 2024.

First, the Parties agree to extend the time to file replies to the Parties'

dispositive motions regarding liability and the Music Modernization Act, including Plaintiffs' Reply to the Memorandum of Law of The United States In Support Of The Constitutionality of the Music Modernization Act, from January 31, 2024 to February 23, 2024.

Second, the Parties agree to a coordinated briefing schedule for forthcoming motions to exclude the testimony of Plaintiffs' expert Drew Jessel and Spotify's expert Philip Green, pursuant to which: opening briefs shall be filed by January 8, 2024; opposition briefs shall be filed by February 7, 2024; and reply briefs shall be filed by February 21, 2024.

Accordingly, the Parties respectfully request that the Court enter this joint stipulation extending the above referenced deadlines.

Respectfully Submitted,	Dated: December 22, 2023

By: */s/ Richard S. Busch*
Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

*Attorneys for Plaintiffs*

By: */s/Brian D. Caplan*
Brian D. Caplan
Robert W. Clarida
Julie B. Wlodinguer
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reiterlaw.com

Karl M. Braun (BPR #22371)
Fifth Third Center
Hall Booth Smith, P.C.
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*

By: */s/Aubrey B. Harwell III*
Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com

By: */s/ Jay S. Bowen*
Jay S. Bowen (BPR #02649)
Lauren E. Kilgore (BPR #030219)
Jacob Clabo (BPR #037360)
Shackelford, Bowen, McKinley & Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for The Harry Fox Agency LLC*

By: */s/Chetan A. Patil*
Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

*Attorney for the U.S. Department of Justice*

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

*Attorneys for Spotify USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on December 22, 2023, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

                                        */s/ Aubrey B. Harwell III*