Motion GRANTED.
Extensions as requested.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,<br><br>　　　　　　　Defendants.<br><br>　vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>　　　　　　Third-Party Defendant. | **Case No. 3:19-cv-00736**<br><br>**District Judge Aleta A. Trauger**<br>**Magistrate Judge Jeffery S. Frensley**<br><br>**JURY DEMAND** |

## JOINT STIPULATION TO EXTEND CERTAIN CASE DEADLINES

Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and The Harry Fox Agency LLC, Third-Party Defendant Kobalt Music Publishing America, Inc., and Intervenor The United States of America (collectively, the "Parties"), by and through their undersigned counsel, have agreed to extend the time for certain deadlines in this action due to the number of substantial filings otherwise due on or before January 31, 2024.

First, the Parties agree to extend the time to file replies to the Parties'