# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br>    *Plaintiffs,*<br>v.<br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br>    *Defendants.* | Civil Case No. 3:19-CV-00736<br>Hon. Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br>JURY DEMAND |
| SPOTIFY USA INC.,<br>    *Third-Party Plaintiff*,<br>v.<br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br>    *Third-Party Defendant.* | |

**SPOTIFY USA INC.'S MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF PLAINTIFFS' EXPERT DREW JESSEL**

Pursuant to Federal Rule of Evidence 702, Spotify USA Inc. ("Spotify") moves to exclude the reports and testimony of Plaintiffs' proposed expert Drew Jessel. As set forth in the accompanying memorandum and supporting exhibits, Jessel's reports and testimony in this action are inadmissible for a number of reasons. Jessel employed a methodology that is not reliable. He failed to reliably apply his methodology to the facts of this case. And his opinions are not based on sufficient facts or data. As such, Jessel's reports and testimony are inadmissible under Federal Rule of Evidence 702.

**WHEREFORE**, Spotify respectfully requests that the Court preclude Jessel from offering any opinion testimony in this case.

Pursuant to Local Rule 7.01, Spotify's counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion. Plaintiffs oppose the motion.

Dated: January 8, 2024

Respectfully submitted,

By: */s/ Aubrey B. Harwell III*

| | |
|---|---|
| Carey R. Ramos (*pro hac vice*) | Aubrey B. Harwell III (BPR #017394) |
| Rachel E. Epstein (*pro hac vice*) | NEAL & HARWELL, PLC |
| Cory Struble (*pro hac vice*) | 1201 Demonbreun Street, Suite 1000 |
| Mario O. Gazzola (*pro hac vice*) | Nashville, TN 37203 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Telephone: (615) 244-1713 |
| 51 Madison Avenue, 22nd Floor | tharwell@nealharwell.com |
| New York, New York 10010 | |
| Telephone: (212) 895-2500 | Matthew D. Ingber (*pro hac vice*) |
| careyramos@quinnemanuel.com | Rory K. Schneider (*pro hac vice*) |
| rachelepstein@quinnemanuel.com | Allison Aviki (*pro hac vice*) |
| corystruble@quinnemanuel.com | Alina Artunian (*pro hac vice*) |
| mariogazzola@quinnemanuel.com | MAYER BROWN LLP |
| | 1221 Avenue of the Americas |
| Marie T. Scott (BPR #032771) | New York, NY 10020 |
| FISHER & PHILLIPS | Telephone: (212) 506-2500 |
| 424 Church Street, Suite 1700 | mingber@mayerbrown.com |
| Nashville, TN 37219 | rschneider@mayerbrown.com |
| Telephone: (615) 488-2904 | aaviki@mayerbrown.com |
| mtscott@fisherphillips.com | aartunian@mayerbrown.com |
| | Andrew J. Pincus (*pro hac vice*) |
| Allison L. Stillman (*pro hac vice*) | Archis A. Parasharami |
| LATHAM & WATKINS LLP | MAYER BROWN LLP |
| 1271 Avenue of the Americas | 1999 K Street, N.W. |
| New York, NY 10020 | Washington, D.C. 20006 |
| Telephone: (212) 906-1200 | Telephone: (202) 263-3000 |
| alli.stillman@lw.com | apincus@mayerbrown.com |
| | aparasharami@mayerbrown.com |

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 8, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street
Suite 2950
Nashville, TN 37219
(615) 313-9913
kbraun@hallboothsmith.com

Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

| | |
|---|---|
| Chris M. LaRocco<br>Matias Gallego-Manzano<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>chris.larocco@bclplaw.com<br>matias.gallego-manzano@bclplaw.com | Jay S. Bowen<br>Lauren E. Kilgore<br>Jacob T. Clabo<br>SHACKELFORD BOWEN MCKINLEY & NORTON, LLP<br>1 Music Circle South, Suite 300<br>Nashville, Tennessee 37203<br>Telephone: (615) 329-4440<br>jbowen@shackelford.law<br>lkilgore@shackelford.law<br>jclabo@shackelford.law<br><br>*/s/ Aubrey B. Harwell III* |