# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br>　　*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>　　*Defendants.* | Civil Case No. 3:19-CV-00736<br>Hon. Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley<br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>　　*Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>　　*Third-Party Defendant.* | |

## SPOTIFY USA INC.'S NOTICE OF MANUAL LODGING

Spotify hereby provides Notice of Manual Lodging. Spotify has furnished to the Court one USB drive.

The USB drive contains files supporting its Sealed Memorandum of Law in Support of its Motion to Exclude the Reports and Testimony of Plaintiffs' Expert Drew Jessel (Doc. 459). The size and format of the files make including them as docketed exhibits impracticable. Slip sheets for each such file were included on the docket. The USB drive is being filed under seal pursuant to Spotify's Unopposed Motion for Leave to File Under Seal (Doc. 457).

Spotify has provided the copies contained on the USB drive to the other parties.

1

Dated: January 9, 2024

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*

Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com
aparasharami@mayerbrown.com

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on January 9, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street
Suite 2950
Nashville, TN 37219
(615) 313-9913
kbraun@hallboothsmith.com

Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

| | |
|---|---|
| Chris M. LaRocco<br>Matias Gallego-Manzano<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>chris.larocco@bclplaw.com<br>matias.gallego-manzano@bclplaw.com | Jay S. Bowen<br>Lauren E. Kilgore<br>Jacob T. Clabo<br>SHACKELFORD BOWEN MCKINLEY &<br>NORTON, LLP<br>1 Music Circle South, Suite 300<br>Nashville, Tennessee 37203<br>Telephone: (615) 329-4440<br>jbowen@shackelford.law<br>lkilgore@shackelford.law<br>jclabo@shackelford.law |

*/s/ Aubrey B. Harwell III*