*Motion GRANTED.* [signature]

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.*<br><br>SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |

**MOTION OF DIGITAL MEDIA ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SPOTIFY USA INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Introduction**

    Digital Media Association ("DiMA" or "Movant") hereby respectfully moves for leave to file a Memorandum of Law as *Amicus Curiae* (the "Memorandum") in support of Defendant Spotify USA Inc.'s ("Spotify") Opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 426), a copy of which is attached hereto as Exhibit 1. As detailed in the Memorandum, the parties' pleadings and summary judgment briefing in this case raise a core question about the breadth of