IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>Defendants. | Civil Action No. 19-cv-00736<br><br>District Judge Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>Third-Party Defendant. | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g), Max Fabricant hereby moves for withdrawal as counsel of record for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC ("Plaintiffs"). Mr. Fabricant's withdrawal is the result of the termination of his employment relationship with King

1

& Ballow. Mr. Fabricant transitioned to another firm, and all tasks being handled by Mr. Fabricant have been transitioned to other associates at King & Ballow. Mr. Fabricant's withdrawal will not cause any delay to trial or other pending matters in this case. Similarly, Plaintiffs will not be prejudiced by Mr. Fabricant's withdrawal as there are four other counsel of record representing Plaintiffs in this case. Plaintiffs do not oppose this motion.

By: /s/ *Max D. Fabricant*
Max D. Fabricant (BPR# 038956)

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically on February 2, 2024, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

| | |
|---|---|
| Carey Ramos<br>Cory Struble<br>Kathleen Sullivan<br>Rachel Epstein<br>Mario O. Gazzola<br>Quinn, Emanuel, Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>careyramos@quinnemanuel.com<br>corystruble@quinnemanuel.com<br>kathleensullivan@quinnemanuel.com<br>rachelepstein@quinnemanuel.com<br>mariogazzola@quinnemanuel.com | Archis A. Parasharami<br>Andrew Pincus<br>Mayer Brown, LLP (DC Office)<br>1999 K Street, NW<br>Washington, DC 20006<br>aparasharami@mayerbrown.com<br>apincus@mayerbrown.com |
| Thomas Rubin<br>Quinn, Emanuel, Urquhart & Sullivan, LLP<br>600 University Street, Ste. 2800<br>Seattle, WA 98101<br>tomrubin@quinnemanuel.com | Allison Stillman<br>Latham & Watkins LLP (NY Office)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>alli.stillman@lw.com |
| Allison Aviki<br>Matthew Ingber<br>Rory Schneider<br>Alina Artunian<br>Mayer, Brown, LLP<br>1221 Avenue of Americas<br>New York, NY 10020<br>aaviki@mayerborwn.com<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aartunian@mayerbrown.com | Brian D. Caplan<br>Robert W. Clarida<br>Julie Wlodinguer<br>Reitler, Kailas & Rosenblatt, LLC<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>bcaplan@reitlerlaw.com<br>rclarida@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com |
| Chris M. LaRocco<br>Matias Gallego-Manzano<br>Bryan, Cave, Leighton, Paisner, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Jacob T. Clabo<br>Jay Scott Bowen<br>Lauren E. Kilgore<br>Shackelford, Bowen, McKinley, Norton, LLP<br>1 Music Circle South, Suite 300<br>Nashville, TN 37203 |

| | |
|---|---|
| chris.larocco@bclplaw.com<br>matias.gallego-manzano@bclplaw.com | jclabo@shackelford.law<br>jbowen@shackelford.law<br>lkilgore@shackelford.law |
| James F. Blumstein<br>Vanderbilt University<br>131 21st Avenue South<br>Nashville, TN 37203<br>james.blumstein@vanderbilt.edu | Karl M. Braun<br>Hall, Booth, Smith, P.C. (Nashville Office)<br>424 Church Street, Suite 2950<br>Nashville, TN 37219<br>kbraun@hallboothsmith.com |
| Aubrey B. Harwell, III<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com | Marie T. Scott<br>Fisher & Phillips<br>424 Church Street, Suite 1700<br>Nashville, TN 37219<br>mtscott@fisherphillips.com |
| Michael C. Tackeff<br>U.S. Attorney's Office (Nashville)<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>michael.tackeff@usdoj.gov | Chetan A. Patil<br>U.S. Department of Justice<br>P.O. Box 883, Ben Franklin Station<br>Washington, D.C. 20044<br>chetan.patil@usdoj.gov |

/s/ *Max D. Fabricant*

Max D. Fabricant