# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendants.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>Magistrate Judge Jeffery S. Frensley<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant.* | |

### SPOTIFY USA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), and Local Rule 5.03, Spotify USA Inc. ("Spotify") respectfully moves for leave to file the following documents under seal: Spotify's Memorandum of Law in Support of Its Opposition to Plaintiffs' Motion to Exclude Expert Philip Green and accompanying Exhibits (together, the "Opposition").

Spotify has conferred with the other parties pursuant to Local Rule 7.01(a)(1) regarding the relief sought in this Motion. No party opposes the relief sought in this Motion, *i.e.*, the temporary sealing of the Opposition pending the entry of a stipulation among the parties or an order of the Court following further meet-and-confer regarding redactions and sealing pursuant to the Court's order (ECF 409).

To "justify nondisclosure to the public," "[t]he proponent of sealing must provide compelling reasons to seal the documents and demonstrate that the sealing is narrowly tailored to those reasons—specifically, by 'analyz[ing] in detail, document by document, the propriety of secrecy, providing reasons and legal citations.'" *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 F. App'x 202, 207 (6th Cir. 2016) (quoting *Shane Grp, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-06 (6th Cir. 2016)). Spotify respectfully moves to file the above listed documents under seal because they include confidential business information and information marked "Highly Confidential – Outside Counsel's Eyes Only" pursuant to the Protective Order filed in this action, including such materials as designated by other parties and non-parties in this action. (Dkt. 217). Redactions are not feasible given the nature and designated status of the documents and the extent to which Spotify's Memorandum of Law and Spotify's Exhibits quote from and/or incorporate these documents. The requested relief will accordingly avoid any public disclosure that could violate agreements or implicate any party's (or non-party's) privacy or confidential business interests. *See Good L. Corp. v. Fasteners for Retail, Inc.*, 2020 WL 6948360, at *2 (M.D. Tenn. Jun. 15, 2020) (granting a motion to seal

because the documents include "specific financial and market information"); *London Computer Sys., Inc. v. Zillow, Inc.*, 2019 WL 4110516, at *4 (S.D. Ohio Aug. 29, 2019) (noting that disclosure of documents would "cause a competitive disadvantage" to the corporation).

For similar reasons, this Court previously granted various Motions from the parties to file materials under seal, including Third-Party Defendant Kobalt's Answer, Kobalt's Opposition to Spotify's Motion to Compel the Production of Documents, and Plaintiffs' Opposition and Sur-Reply to Spotify's Motion for a Protective Order. (Dkts. 109, 186, 226, and 239).

**WHEREFORE**, Spotify respectfully requests that the Court grant Spotify leave to file under seal the aforementioned documents.

Dated: February 7, 2024

Respectfully submitted,

By: */s/ Aubrey B. Harwell III*

Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
alli.stillman@lw.com

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
apincus@mayerbrown.com
aparasharami@mayerbrown.com

*Attorneys for Spotify USA Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on February 7, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street
Suite 2950
Nashville, TN 37219
(615) 313-9913
kbraun@hallboothsmith.com

Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

| | |
|---|---|
| Chris M. LaRocco | Jay S. Bowen |
| Matias Gallego-Manzano | Lauren E. Kilgore |
| BRYAN CAVE LEIGHTON PAISNER LLP | Jacob T. Clabo |
| | SHACKELFORD BOWEN MCKINLEY & NORTON, LLP |
| 1290 Avenue of the Americas | 1 Music Circle South, Suite 300 |
| New York, New York 10104 | Nashville, Tennessee 37203 |
| Telephone: (212) 541-2000 | Telephone: (615) 329-4440 |
| chris.larocco@bclplaw.com | jbowen@shackelford.law |
| matias.gallego-manzano@bclplaw.com | lkilgore@shackelford.law |
| | jclabo@shackelford.law |

*/s/ Aubrey B. Harwell III*