Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, <br><br> *Defendants.* <br><br> SPOTIFY USA INC., <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> *Third-Party Defendant.* | Civil Case No. 3:19-CV-00736 <br><br> Hon. Aleta A. Trauger <br><br> Magistrate Judge Jeffery S. Frensley <br><br> JURY DEMAND |

### SPOTIFY USA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1), and Local Rule 5.03, Spotify USA Inc. ("Spotify") respectfully moves for leave to file the following documents under seal: Spotify's Memorandum of Law in Support of Its Opposition to Plaintiffs' Motion to Exclude Expert Philip Green and accompanying Exhibits (together, the "Opposition").