# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,**<br><br>   Plaintiffs,<br><br>vs.<br><br>**SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,**<br><br>   Defendants. | Civil Action No. 19-cv-00736<br><br>District Judge Aleta A. Trauger<br><br>**NOTICE OF MANUAL FILING** |
| **SPOTIFY USA INC.,**<br><br>   Third-Party Plaintiff,<br><br>vs.<br><br>**KOBALT MUSIC PUBLISHING AMERICA, INC.,**<br><br>   Third-Party Defendant. | **JURY DEMAND** |

Please take notice that Eight Mile Style, LLC, and Martin Affiliated, LLC, Plaintiffs in the above-captioned matter, have filed the following documents and audio and/or visual materials manually with the court:

- Exhibit 1 to Declaration of Sarah Catlett in Support of Eight Mile Style's Opposition to Spotify's Motion to Exclude Jessel. (Dckt. No. 482-2).

Dated: February 8, 2024           Respectfully submitted,

/s/ Richard S. Busch

Richard S. Busch (TN Bar # 014594)
Andrew H. "Drew" Davis (TN Bar # 034203)
David M. Niemierzycki (TN Bar # 039921)
KING & BALLOW
26 Century Boulevard, Ste. NT700
Nashville, TN 37214
Telephone: (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com
*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*