IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>       Plaintiffs,<br><br> vs.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,<br><br>       Defendants.<br><br> vs.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>     Third-Party Defendant. | Case No. 3:19-cv-00736<br><br>**District Judge Aleta A. Trauger**<br>**Magistrate Judge Jeffery S. Frensley**<br><br>**JURY DEMAND** |

## JOINT STATUS REPORT & PROPOSED PLAN FOR REFILING REDACTED AND/OR UNSEALED FILINGS

Pursuant to the Court's Order dated December 15, 2023 (Docket No. 409), Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC, Defendants Spotify USA Inc. and The Harry Fox Agency LLC, and Third-Party Defendant Kobalt Music Publishing America, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this joint status report and propose a plan for refiling redacted and/or unsealed filings relating to the Parties' summary judgment and *Daubert* motions (Docket entries 294, 300, 304, 305, 318, 321-22, 324-348, 349, 351-375, 378, 388, 392, 394, 402, 408, 411-416, 418-423, 425-434, 436-49, 459, 462, 480, 482

1

and the forthcoming reply memoranda) (collectively, the "Motions").

The Parties have met and conferred and propose a tiered approach to the unsealing process consisting of (1) an initial 5-week schedule to address the redaction and/or unsealing of the memoranda of law filed in support of, in opposition to, or in reply in further support of the Motions (collectively, "Briefs"), as follows:

| | |
|---|---|
| Filing parties to circulate proposed sealing treatment for and/or redactions to own Briefs to all other Parties | March 8, 2024 |
| All non-filing Parties to provide additional proposed sealing and/or redactions to filing party's Briefs, and comment or object to filing party's proposed sealing treatment and/or redactions of Briefs | March 22, 2024 |
| Parties to complete meet and confer process relating to objections, if any, for all parties' proposed sealing treatment and/or redaction of Briefs | March 28, 2024 |
| Parties to refile revised and redacted Briefs previously filed in connection with the Motions | March 29, 2024 |

and (2) a subsequent 9-week schedule to address the redaction and/or unsealing of all other materials filed in connection with the Motions, including statements of undisputed material facts and responses, exhibits, declarations, and appendices (the "Motion Materials"), as follows:

| | |
|---|---|
| Filing parties to circulate proposed sealing treatment for and/or redactions to own Motion Materials to all other Parties | April 26, 2024 |
| All non-filing Parties to provide additional proposed sealing and/or redactions to filing party's Motion Materials, and comment or object to filing party's proposed sealing treatment and/or redactions of Motion Materials | May 24, 2024 |
| Parties to complete meet and confer process relating to objections, if any, for all parties' proposed sealing treatment and/or redaction of Motion Materials | May 30, 2024 |

| | |
|---|---|
| Parties to refile revised and redacted Motion Materials previously filed in connection with the Motions | May 31, 2024 |

Respectfully Submitted,   Dated: February 12, 2024

By: /s/ Drew Davis
Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

*Attorneys for Plaintiffs*

By: /s/Brian D. Caplan
Brian D. Caplan
Robert W. Clarida
Julie B. Wlodinguer
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, New York 20022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Karl M. Braun (BPR #22371)
Fifth Third Center
Hall Booth Smith, P.C.
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Telephone: (615) 313-9911
kbraun@hallboothsmith.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*
By: /s/ Jay S. Bowen
Jay S. Bowen (BPR #02649)

By: /s/Aubrey B. Harwell III
Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
Alina Artunian (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com
aartunian@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

Carey R. Ramos (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Cory Struble (*pro hac vice*)
Mario O. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 895-2500
careyramos@quinnemanuel.com
rachelepstein@quinnemanuel.com
corystruble@quinnemanuel.com
mariogazzola@quinnemanuel.com
Marie T. Scott (BPR #032771)
FISHER & PHILLIPS

4

| | |
|---|---|
| Lauren E. Kilgore (BPR #030219)<br>Jacob Clabo (BPR #037360)<br>Shackelford, Bowen, McKinley & Norton, LLP<br>1 Music Circle South, Suite 300<br>Nashville, TN 37203<br>Telephone: (615) 329-4440<br>jbowen@shackelford.law<br>lkilgore@shackelford.law<br>jclabo@shackelford.law<br><br>Chris M. LaRocco<br>Matias Gallego-Manzano<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>chris.larocco@bclplaw.com<br>matias.gallego-manzano@bclplaw.com<br><br>*Attorneys for The Harry Fox Agency LLC* | 424 Church Street, Suite 1700<br>Nashville, TN 37219<br>Telephone: (615) 488-2904<br>mtscott@fisherphillips.com<br><br>Allison L. Stillman (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>alli.stillman@lw.com<br><br>  *Attorneys for Spotify USA Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on February 12, 2024, with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

*/s/Drew Davis*