IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SPOTIFY USA INC., ET AL., ) <br> ) <br> Defendants. ) | Civil No. 3:19-cv-00736 <br> Judge Trauger |

**O R D E R**

The Proposed Plan for Filing Redacted and/or Unsealed Filings (Doc. No. 489), which is agreed to by all parties, is hereby ACCEPTED by the court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge