IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>SPOTIFY USA INC.; <br>THE HARRY FOX AGENCY LLC, <br><br>　　　　Defendants. <br><br>SPOTIFY USA INC., <br><br>　　　　Third-Party Plaintiff, <br><br>v. <br><br>KOBALT MUSIC PUBLISHING AMERICA, INC. <br><br>　　　　Third-Party Defendant. | CIVIL CASE NO. 19-CV-00736 <br><br>JUDGE ALETA A. TRAUGER <br><br>JURY DEMAND |

### DEFENDANT THE HARRY FOX AGENCY LLC'S MOTION TO STRIKE, OR ALTERNATIVELY DISREGARD, CERTAIN EXHIBITS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Harry Fox Agency LLC ("HFA") respectfully moves the Court to strike, or alternatively disregard certain exhibits filed by Plaintiffs in support of their Motion for Summary Judgment. HFA seeks to strike: (1) the Declaration of Robert "Bob" Kohn, (Dkt. No. 355.1) (the "Kohn Declaration") and (2) the Declaration of Quentin Bradley, (Dkt. No. 359.5) (the "Bradley Declaration").

As set forth herein, and in HFA's accompanying Memorandum of Law, the Court is empowered with broad discretion in permitting, or restricting, expert testimony submitted in support of summary judgment. The Court should exercise its discretion, strike these expert declarations, and disregard them in ruling on summary judgment. The Court should strike the Kohn Declaration because: (1) it is replete with legal conclusions; (2) Kohn speculates about the mental state of witnesses; (3) Kohn's arguments contain inappropriate, and inaccurate, factual recitations; and (4) Kohn's assertions about music publishing industry customs and standards and the "good-faith, commercially reasonable efforts" standard of the Music Modernization Act are unreliable. The Court should, likewise, strike the Kohn Declaration because it contains arguments not previously disclosed in the Kohn Reports, or deposition testimony, in violation of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

The Court should strike the Bradley Declaration because it: (1) lacked sufficient knowledge concerning the music publishing industry; (2) did not base his opinions on sufficient facts and data; (3) did not apply reliable principles and methods in reaching his opinions; and (4) as a result of the foregoing, reached inconsistent results. These fundamental flaws render his opinions unreliable, and they will not assist the trier of fact of reaching any conclusions in this case.

Based on the foregoing, and as set forth more fully in the accompanying Memorandum of Law, HFA respectfully requests that the Court strike, or in the alternative disregard for purposes of ruling on summary judgment, the Kohn Declaration and the Bradley Declaration.

Respectfully submitted,

*/s/ Jay S. Bowen*
Jay S. Bowen (BPR No. 2649)
Lauren Kilgore (BPR No. 30219)
Jacob T. Clabo (BPR No. 36760)
**SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP**
1 Music Circle South, Ste. 300
Nashville, TN 37203
Telephone: (615) 256-7200
Facsimile: (615) 329-4485
jbowen@shackelford.law
lkilgore@shackelford.law
jclabo@shackelford.law

Chris M. LaRocco (*admitted pro hac vice*)
Matias Gallego-Manzano (*admitted pro hac vice*)
**BRYAN, CAVE, LEIGHTON & PAISNER LLP**
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

***Attorneys for The Harry Fox Agency LLC***

3

Case 3:19-cv-00736   Document 505   Filed 02/23/24   Page 3 of 6 PageID #: 40820

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of ***DEFENDANT THE HARRY FOX AGENCY LLC'S MOTION TO STRIKE, OR ALTERNATIVELY DISREGARD, CERTAIN EXHIBITS FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT*** was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid, on February 23, 2024, to:

Andrew Hunt Davis
Richard S. Busch
David M. Niemierzycki
Max D. Fabricant
**KING & BALLOW**
26 Century Blvd., Suite NT700
Nashville, TN 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com
mfabricant@kingballow.com
*Attorneys for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

James F. Blumstein, Of Counsel
**Vanderbilt Legal Clinic**
**Vanderbilt University**
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
James.blumstein@vanderbilt.edu
*Of Counsel for Plaintiffs Eight Mile Style, LLC and Martin Affiliated, LLC*

| | |
|---|---|
| Aubrey B. Harwell, III<br>**NEAL & HARWELL, PLC**<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>Telephone: (615) 244-1713<br>tharwell@nealharwell.com | Marie T. Scott<br>**FISHER & PHILLIPS, LP**<br>3310 West End Avenue, Suite 500<br>Nashville, TN 37203<br>Telephone: (615) 488-2904<br>mtscott@fisherphillips.com |
| Kathleen M. Sullivan*<br>Carey R. Ramos*<br>Cory Struble*<br>Rachel E. Epstein*<br>Mario O. Gazzola*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor | Matthew D. Ingber*<br>Rory K. Schneider*<br>Allison Aviki*<br>Alina Artunian*<br>**MAYER BROWN, LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500 |

4

New York, NY 10010  
Telephone: (212) 895-2500  
kathleensullivan@quinnemanuel.com  
careyramos@quinnemanuel.com  
corystruble@quinnemanuel.com  
rachelepstein@quinnemanuel.com  
mariogazzola@quinnemanuel.com  
*Admitted *Pro Hac Vice*

mingber@mayerbrown.com  
rschneider@mayerbrown.com  
aaviki@mayerbrown.com  
aartunian@mayerbrown.com  
*Admitted *Pro Hac Vice*

Andrew J. Pincus*  
Archis A. Parasharami  
**MAYER BROWN, LLP**  
1999 K Street, NW  
Washington, DC 20006  
Telephone: (202) 263-3000  
apincus@mayerbrown.com  
aparasharami@mayerbrown.com  
*Admitted *Pro Hac Vice*

Allison L. Stillman*  
**LATHAM & WATKINS, LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Alli.stillman@lw.com  
*Admitted *Pro Hac Vice*

Thomas C. Rubin*  
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**  
600 University Street, Suite 2800  
Seattle, WA 98101  
Telephone: (206) 905-7000  
tomrubin@quinnemanuel.com  
*Admitted *Pro Hac Vice*

***Attorneys for Defendant and Third-Party Plaintiff Spotify USA, Inc.***

Jay S. Bowen  
Lauren E. Kilgore  
Jacob T. Clabo  
**SHACKELFORD BOWEN MCKINLEY & NORTON LLP**  
1 Music Circle South, Suite 300  
Nashville, TN 37203  
Telephone: (615) 329-4440  
jbowen@shackelford.law  
lkilgore@shackelford.law  
jclabo@shackelford.law  

Chris M. LaRocco  
Matias Gallego-Manzano  
**BRYAN CAVE LEIGHTON PAISNER, LLP**  
1290 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 541-2000  
Chris.larocco@bclplaw.com  
Matias.gallego-manzano@bclplaw.com  

***Attorneys for Defendant The Harry fox Agency, LLC***

Brian D. Caplan*  
Robert W. Clarida*  
Julie B. Wlodinguer*  
**REITLER KAILAS & ROSENBLATT, LLC**  
885 Third Avenue, 20th Floor  

Karl M. Braun  
**HALL BOOTH SMITH, P.C.**  
Fifth Third Center  
424 Church Street, Suite 2950  
Nashville, TN 37219

New York, NY 20022  
Telephone: (212) 209-3050  
bcaplan@reitlerlaw.com  
rclarida@reitlerlaw.com  
jwlodinguer@reitlerlaw.com  
*Admitted *Pro Hac Vice*

Telephone: (615) 313-9913  
kbraun@hallboothsmith.com

*Attorneys for Third-Party Defendant Kobalt Music Publishing America, Inc.*

Michael C. Tackeff  
Assistant United States Attorney  
**U.S. ATTORNEY'S OFFICE**  
Middle District of Tennessee  
719 Church Street, Suite 3300  
Nashville, TN 37203  
Telephone: (615) 736-2093  
Michael.tackeff@usdoj.gov  
*Attorney for Interested Party, United States of America*

Chetan A. Patil  
**U.S. DEPARTMENT OF JUSTICE**  
P.O. Box 883  
Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 305-4968  
Chetan.patil@usdoj.gov  
*Attorney for Interested Party, United States of America*

Todd Larson*  
Patrick Lyons*  
**WEIL, GOTSHAL & MANGES, LLP**  
767 Fifth Avenue  
New York, NY  
Telephone: (212) 310-8000  
Todd.Larson@weil.com  
Patrick.Lyons@weil.com  
*Admitted *Pro Hac Vice*

Robert A. Peal  
**SIMS/FUNK**  
3322 West End Avenue, Suite 200  
Nashville, TN 37203  
Telephone: (629) 215-8917  
rpeal@simsfunk.com

*Attorney for Amicus Curiae Digital Media Association*

*/s/ Jay S. Bowen*  
Jay S. Bowen