Motion GRANTED. Oral Argument is set for 7/11/2024 at 1:00 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.* | Civil Case No. 3:19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant.* | |

**SPOTIFY USA INC.'S REQUEST FOR ORAL ARGUMENT**

Spotify USA Inc. respectfully requests oral argument on its Motions for Summary Judgment. The Court granted a similar request filed by Defendant Harry Fox Agency. *See* Dkts. 369 & 373. Spotify requested oral argument in its Motions for Summary Judgment on October 13, 2023 (Dkt. 320); it now makes this Request pursuant to Section (III)(C)(4) of Your Honor's Practice and Procedures Manual and Local Rule 78.01. Spotify agrees with HFA that oral argument would assist the Court