Motion GRANTED. Oral Argument is set for 7/11/2024 at 1:00 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA INC.; THE HARRY FOX AGENCY LLC,<br><br>Defendants,<br><hr>SPOTIFY USA INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>Third-Party Defendant. | CIVIL CASE NO.: 19-CV-00736<br><br>HON. ALETA A. TRAUGER<br><br>ORAL ARGUMENT REQUESTED<br><br>JURY DEMAND |

**MOTION TO SCHEDULE ORAL ARGUMENT
ON THE MOTION FOR SUMMARY JUDGMENT
OF THE HARRY FOX AGENCY LLC**

The Harry Fox Agency LLC ("HFA") filed its *Motion for Summary Judgment* ("the Motion") on October 13, 2023 [Dkt #317]. HFA moved for Oral Argument on its Motion [Dkt #369]. On October 16, 2023, the Court granted HFA's Motion for Oral Argument [Dkt #373]. While each of the other parties – the Plaintiffs, Spotify USA, Inc., and Kobalt Music Publishing America, Inc. – also filed Motions for Summary Judgment, only HFA requested oral argument.