IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

A typographical error occurs in the two Orders setting the summary judgment motions in this case for oral hearing (Doc. Nos. 528, 529). It is hereby ORDERED that the oral argument is scheduled for **Friday, July 12, 2024 at 1:00 p.m.**, not Thursday, July 11, 2024 at the same time.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge