UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EIGHT MILE STYLE, LLC and<br>MARTIN AFFILIATED, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 3:19-cv-0736<br>Judge Aleta A. Trauger |
| SPOTIFY USA INC. and<br>HARRY FOX AGENCY, LLC, | )<br>)<br>) | |
| Defendants. | )<br>)<br>) | |
| SPOTIFY USA INC., | )<br>) | |
| Third-Party Plaintiff, | )<br>) | |
| v. | )<br>) | |
| KOBALT MUSIC PUBLISHING<br>AMERICA, INC., | )<br>)<br>) | |
| Third-Party Defendant | ) | |

# ORDER

For the reasons explained in the accompanying Memorandum, Spotify's Motion to Exclude the Reports and Testimony of Plaintiffs' Expert Bob Kohn (Doc. No. 293), HFA's Motion to Exclude the Opinions of Robert "Bob" Kohn (Doc. No. 299), Spotify's Motion to Strike the Declaration of Bob Kohn (Doc. No. 499), and HFA's Motion to Strike or Disregard the Declarations of Bob Kohn and Quentin Bradley (Doc. No. 505) are each **GRANTED** in part and **DENIED** in part. HFA's Motion to Exclude the Opinions of Quentin Bradley (Doc. No. 304), Spotify's Motion to Exclude the Reports and Testimony of Plaintiffs' Expert Quentin Bradley (Doc. No. 308), Spotify's Motion to Exclude the Reports and Testimony of Plaintiffs' Expert Drew

Jessel (Doc. No. 458), Eight Mile Style's Motion to Exclude Spotify's Expert Philip Green (Doc. No. 460) are hereby **DENIED**.

It is hereby **ORDERED** that (1) no expert shall testify to a legal conclusion; (2) a qualified expert may testify regarding the prevailing understanding of legal rights within the music publishing/licensing industry, as long as the testimony clearly indicates that it is limited to that understanding, not the law itself; (3) expert witnesses may discuss uncontested background legal principles; (4) no expert shall testify to the actual state of mind or credibility of any individual or entity; (5) and a qualified expert may testify regarding what an individual or entity in a particular situation would likely know or that a certain statement or action was consistent with a party's having a particular state of mind.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge