# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>    *Defendants.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger<br><br>JURY DEMAND |
| SPOTIFY USA INC.,<br><br>    *Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>    *Third-Party Defendant.* | |

## SPOTIFY USA INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE POST-HEARING REBUTTAL PARTIALLY UNDER SEAL

Spotify respectfully moves this Court for leave to file Spotify's Post-Hearing Rebuttal partially under seal pursuant to Section 5.07 of the Amended Practices and Procedures for Electronic Case Filing (Administrative Order 167-1). The Post-Hearing Rebuttal includes select references to facts that Kobalt requested remain under seal as confidential business information in connection with the Parties' summary judgment briefing. Spotify accordingly proposes that those references also

1

be redacted in its Post-Hearing Rebuttal.

Spotify has conferred with counsel for Kobalt pursuant to Local Rule 7.01(a)(1) regarding the relief sought in this Motion. Kobalt's counsel does not oppose the relief sought in this Motion.

**WHEREFORE**, Spotify respectfully requests leave file its Post-Hearing Rebuttal with select redactions.

Dated: July 15, 2024

Respectfully Submitted,

By: */s/ Aubrey B. Harwell III*

Marie T. Scott (BPR #032771)
FISHER & PHILLIPS
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2904
mtscott@fisherphillips.com

Aubrey B. Harwell III (BPR #017394)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
tharwell@nealharwell.com

Matthew D. Ingber (*pro hac vice*)
Rory K. Schneider (*pro hac vice*)
Allison Aviki (*pro hac vice*)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
mingber@mayerbrown.com
rschneider@mayerbrown.com
aaviki@mayerbrown.com

Andrew J. Pincus (*pro hac vice*)
Archis A. Parasharami
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3220
Telephone: (202) 263-5328
apincus@mayerbrown.com
aparasharami@mayerbrown.com

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on July 15, 2024 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street
Suite 2950
Nashville, TN 37219
(615) 313-9913
kbraun@hallboothsmith.com

Chetan A. Patil
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4968
chetan.patil@usdoj.gov

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo

Buchalter P.C.
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@buchalter.com
lkilgore@buchalter.com
jclabo@buchalter.com

*/s/ Aubrey B. Harwell III*