# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **EIGHT MILE STYLE, LLC** and **MARTIN AFFILIATED, LLC,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case No. 3:19-cv-0736 |
| **SPOTIFY USA INC.** and **HARRY FOX AGENCY, LLC,** ) ) ) ) | Judge Aleta A. Trauger |
| **Defendants.** ) ) ) | |
| **SPOTIFY USA INC.,** ) ) | |
| **Third-Party Plaintiff,** ) ) | |
| v. ) ) | |
| **KOBALT MUSIC PUBLISHING AMERICA, INC.,** ) ) ) | |
| **Third-Party Defendant** ) | |

## ORDER

The only aspect of this case remaining is determining the damages associated with Spotify's claims related to Kobalt's indemnification duty. In Spotify's Motion for Award of Damages (Doc. No. 708), it seeks substantial attorney's fees, for which it has not submitted itemized attorney time entries, and suggests that the court may find it necessary to rely on a special master if the court seeks such documentation for review. (*See* Doc. No. 708-1 at 4 n.1.) Given the potential delay associated with determining Spotify's recovery, it is hereby **ORDERED** that each party shall, within five days, file a notice informing the court whether it objects to the entry of judgment as to all other claims pursuant to Rule 54(b) of the Federal Rules

of Civil Procedure. If any party does object, the party shall explain why it believes there to be "just reason for delay." Fed. R. Civ. P 54(b).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge