IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendants*.<br><br>---<br><br>SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant*. | Civil Case No. 19-CV-00736<br>Hon. Aleta A. Trauger<br><br><u>JURY DEMAND</u> |

**THIRD-PARTY DEFENDANT KOBALT MUSIC PUBLISHING AMERICA, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD-PARTY PLAINTIFF SPOTIFY USA INC.'S**
<u>**MOTION FOR AWARD OF DAMAGES**</u>

Pending before the Court is Defendant/Third-Party Plaintiff Spotify USA Inc.'s ("Spotify's") Motion for Award of Damages, (ECF No. 708), filed under seal, which seeks a substantial attorney-fee award. Kobalt Music Publishing America, Inc. ("Kobalt") requests an additional sixty (60) days from the current deadline of September 5, 2024, to respond to Spotify's Motion. Counsel for Kobalt has conferred with counsel for Spotify regarding the instant request pursuant to Local Rule 7.01(a)(1).

1