## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

EIGHT MILE STYLE, LLC and )
MARTIN AFFILIATED, LLC, )
                                                     )
Plaintiffs, )
    )
v. )           Case No. 3:19-cv-0736
)           Judge Aleta A. Trauger
SPOTIFY USA INC. and )
HARRY FOX AGENCY, LLC, )           JURY DEMANDED
    )
Defendants. )
    )
    )
SPOTIFY USA INC., )
    )
Third-Party Plaintiff, )
    )
v. )
    )
KOBALT MUSIC PUBLISHING )
AMERICA, INC., )
    )
Third-Party Defendant. )

## MOTION FOR RECONSIDERATION OF THIS COURT'S AUGUST 15, 2024 MEMORANDUM AND ORDER OR IN THE ALTERNATIVE TO CERTIFY AN INTERLOCUTORY APPEAL

Pursuant to Federal Rule of Civil Procedure 54(b), Kobalt Music Publishing America, Inc. ("Kobalt") respectfully moves this Court for reconsideration of its Memorandum ("Mem.") and subsequent Order, both dated August 15, 2024 (collectively the "August 15 Order"), denying Kobalt's Motion for Summary Judgment on Spotify USA Inc.'s ("Spotify's") First, Second, and Third Causes of Action in its Third Party Complaint against Kobalt for breach of contract and indemnification under a Mechanical License Agreement between Spotify and Kobalt dated

1

December 15, 2016 (the "2016 BMLA") and for anticipatory repudiation thereof, and granting Spotify's Motion for Summary Judgment on those three claims against Kobalt. In the alternative, Kobalt respectfully requests that the Court certify its permission for Kobalt to seek interlocutory appeal of these rulings pursuant to 28 U.S.C. § 1292(b).

As discussed in the contemporaneously filed Memorandum of Law, Kobalt respectfully submits that there are multiple grounds for reconsideration of the August 15 Order with respect to Spotify's First, Second and Third Causes of Action, under Federal R. Civ. P. 54(b), to correct clear error and prevent manifest injustice to Kobalt:

1. The 2016 Agreement, read as a whole as it must be, does not support the conclusion in the August 15 Order that Kobalt breached its representation and warranty to Spotify in Paragraph 11.c thereof as a matter of law. Rather, read as a whole, the Agreement supports Kobalt's summary judgment motion on that issue, particularly in light of this Court's rulings as to Kobalt's lack of authority to issue any mechanical license to Spotify for the EMS Compositions;

2. In the alternative, if the Court declines to construe the meaning of "administer" in Kobalt's favor, as it should given the context in which the term appears, the issue of whether Kobalt breached the representation and warranty provision in Paragraph 11 of the 2016 BMLA depends, *inter alia,* upon the ambiguous meaning of the term "administer" and derivations thereof, resolution of which is a fact question reserved for a jury;

3. The ruling in the August 15 Order to proceed to a damages ruling is inconsistent with the *Limitation of Liability* provision in Paragraph 13 of the 2016 BMLA, which limits indemnification in Paragraph 12 until entry of a "final adverse judgment" *i.e.* after the

2

exhaustion of appellate remedies. The "damages" application of Spotify, undifferentiated in amount from its indemnification claim, should not proceed based on the foregoing until Kobalt's appeals are exhausted on liability; and

4.  In all events, Kobalt also has a right to a jury trial on Spotify's contract damages claim, consistent with the jury demand filed with Spotify's Third Party Complaint in this matter.

Each of these grounds also support the alternative request by Kobalt for certification of an interlocutory appeal of the August 15 Order's denial of summary judgment to Kobalt and grant of summary judgment to Spotify on Spotify's First, Second, and Third Causes of Action.

When Kobalt's counsel requested an extension from Spotify's counsel to respond to the fee application, it was mentioned that Kobalt was considering filing a request for reconsideration and motion for interlocutory appeal of the Court's rulings against Kobalt. Kobalt's Notice filed September 4, 2024 stated that it was going to do so. On September 5, out of an abundance of caution under Local Rule 7, Kobalt's counsel texted and left a voicemail for Spotify's counsel to determine its position regarding the instant motion. Spotify has not advised regarding its position.

Respectfully submitted,

s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 11519)
David J. Zeitlin (Tenn. BPR No. 037664)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
robb.harvey@hklaw.com
david.zeitlin@hklaw.com

Brian D. Caplan*
Robert W. Clarida*
Julie B. Wlodinguer*

REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*admitted *pro hac vice*

*Attorneys for Third-Party Defendant Kobalt*
*Music Publishing America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted via the Court's ECF system on September 5, 2024, which is expected to provide notice to all counsel of record, including the following:

Richard S. Busch
Andrew H. Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, TN 37214
(615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com
*Attorneys for Plaintiffs*

| | |
|---|---|
| Aubrey B. Harwell III (BPR #017394) | MAYER BROWN LLP |
| NEAL & HARWELL, PLC | 1221 Avenue of the Americas |
| 1201 Demonbreun Street, Suite 1000 | New York, NY 10020 |
| Nashville, TN 37203 | Telephone: (212) 506-2500 |
| Telephone: (615) 238-3526 | mingber@mayerbrown.com |
| Facsimile: (615) 726-0573 | rschneider@mayerbrown.com |
| tharwell@nealharwell.com | aaviki@mayerbrown.com |
| | aartunian@mayerbrown.com |
| Marie T. Scott (BPR # 032771) | |
| Fisher & Phillips LLP | Andrew J. Pincus (*pro hac vice*) |
| 3310 West End Avenue, Suite 500 | Archis A. Parasharami (*pro hac vice*) |
| Nashville, Tennessee 37203 | MAYER BROWN LLP |
| Telephone: (615) 488-2904 | 1999 K Street, N.W. |
| MTScott@fisherphillips.com | Washington, D.C. 20006 |
| | Telephone: (202) 263-3328 |
| Matthew D. Ingber (*pro hac vice*) | apincus@mayerbrown.com |
| Rory K. Schneider (*pro hac vice*) | aparasharami@mayerbrown.com |
| Allison Aviki (*pro hac vice*) | |
| Alina Artunian-Giles (*pro hac vice*) | Kathleen M. Sullivan (*pro hac vice*) |

4

Carey R. Ramos (*pro hac vice*)
Cory Struble (*pro hac vice*)
Rachel E. Epstein (*pro hac vice*)
Mario I. Gazzola (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 895-2500
kathleensullivan@quinnemanuel.com
careyramos@quinnemanuel.com
corystruble@quinnemanuel.com
rachelepstein@quinnemanuel.com
mariogazzola@quinnemanuel.com

Thomas C. Rubin (*pro hac vice*)

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
Telephone: (206) 905-7000
tomrubin@quinnemanuel.com

Allison L. Stillman (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212)751-4864
Alli.Stillman@lw.com

*Attorneys for Defendant and Third-Party Plaintiff Spotify USA, Inc.*

Jay S. Bowen (BPR # 02649)
Lauren E. Kilgore (BPR # 030219)
Jacob Clabo (BPR #037360)
BUCHALTER, PC
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (616) 906-7922
jbowen@buchalter.com
lkilgore@buchalter.com
jclabo@buchalter.com

Chris LaRocco (*pro hac vice*)
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-3163
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

*Attorneys for Defendant Harry Fox Agency, LLC*

Michael C. Tackeff (BPR #036953)
Assistant United States Attorney
U.S. Attorney's Office (Nashville Office)
719 Church Street Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
michael.tackeff@usdoj.gov

*Attorney for Interested Party, United States of America*

Case 3:19-cv-00736   Document 719   Filed 09/05/24   Page 5 of 6 PageID #: 65026

Chetan A. Patil (BPR #999948)
U.S. Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4968
Chetan.patil@usdoj.gov

*Attorney for Interested Party, United States of America*

s/ Robb S. Harvey