UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | ) | |
|---|---|---|
| EIGHT MILE STYLE, LLC and | ) | |
| MARTIN AFFILIATED, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-0736 |
| | ) | Judge Aleta A. Trauger |
| SPOTIFY USA INC. and | ) | |
| HARRY FOX AGENCY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| SPOTIFY USA INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KOBALT MUSIC PUBLISHING | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Third-Party Defendant | ) | |

ENTRY OF JUDGMENT

Pursuant to and as stated in the Order of the Court (Docket Entry No. 721),

JUDGMENT IS HEREBY ENTERED as to all claims, except Spotify's claims for indemnification, breach of the 2016 BMLA, and anticipatory repudiation, consistently with Rule 54(b).

LYNDA M. HILL, CLERK OF COURT

s/ Aubrey Mattis
Deputy Clerk