IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Spotify's Unopposed Motion for an Extension of Time to Respond to Kobalt's Motion for Entry of Final Judgment (Doc. No. 744) is GRANTED. Spotify may have an extension until April 8, 2025 to file its response to Kobalt's Motion for Entry of Final Judgment and Kobalt may file a reply by April 18, 2025 that shall not exceed 10 pages, absent additional leave of court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge