# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> SPOTIFY USA INC.; HARRY FOX AGENCY, LLC, <br><br> *Defendants.* | Civil Case No. 19-CV-00736 <br><br> Hon. Aleta A. Trauger |
| SPOTIFY USA INC., <br><br> *Third-Party Plaintiff,* <br><br> v. <br><br> KOBALT MUSIC PUBLISHING AMERICA, INC., <br><br> *Third-Party Defendant.* | |

**SPOTIFY'S MOTION FOR LEAVE TO FILE A SUR-REPLY REGARDING KOBALT'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Spotify respectfully moves for leave to file a short sur-reply in opposition to Kobalt's motion for entry of final judgment.

On April 18, 2025, Kobalt filed a reply in support of that motion. ECF No. 748. Kobalt's reply misconstrues not only Spotify's arguments and the record, but also a number of decisions that Kobalt cited for the first time in reply. Spotify submits that a sur-reply will clarify the issues raised by Kobalt's motion, and will therefore aid the

Court in its decisional process. If the Court is amenable to receiving a sur-reply, Spotify would file a sur-reply of no more than five pages by Friday, April 25. In the meantime, Spotify respectfully requests that the Court defer ruling on Kobalt's motion for entry of final judgment.

Spotify consulted with counsel for Kobalt regarding this motion; Kobalt does not consent.

| | |
|---|---|
| Dated: April 22, 2025 | Respectfully Submitted, |
| | By: */s/ Aubrey B. Harwell III* |
| Marie T. Scott (BPR #032771)<br>FISHER & PHILLIPS<br>424 Church Street, Suite 1700<br>Nashville, TN 37219<br>Telephone: (615) 488-2904<br>mtscott@fisherphillips.com | Aubrey B. Harwell III (BPR #017394)<br>ADAMS & REESE<br>1600 West End Avenue, Suite 1400<br>Nashville, Tennessee 37203<br>Telephone: (615) 259-1028<br>trey.harwell@arlaw.com |
| | Matthew D. Ingber (*pro hac vice*)<br>Rory K. Schneider (*pro hac vice*)<br>Allison Aviki (*pro hac vice*)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 506-2500<br>mingber@mayerbrown.com<br>rschneider@mayerbrown.com<br>aaviki@mayerbrown.com |
| | Andrew J. Pincus (*pro hac vice*)<br>Archis A. Parasharami<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 263-3220<br>Telephone: (202) 263-5328<br>apincus@mayerbrown.com<br>aparasharami@mayerbrown.com |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on April 22, 2025 with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

Karl M. Braun
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street
Suite 2950
Nashville, TN 37219
(615) 313-9913
kbraun@hallboothsmith.com

Michael C. Tackeff
U.S. Attorney's Office
Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-2093
michael.tackeff@usdoj.gov

Chris M. LaRocco
Matias Gallego-Manzano
BRYAN CAVE LEIGHTON PAISNER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
chris.larocco@bclplaw.com
matias.gallego-manzano@bclplaw.com

Robb S. Harvey
David J. Zeitlin
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
robb.harvey@hklaw.com
david.zeitlin@hklaw.com

Richard S. Busch
Andrew Hunt Davis
David M. Niemierzycki
KING & BALLOW
26 Century Boulevard, Suite NT700
Nashville, Tennessee 37214
Telephone: (615) 259-3456
rbusch@kingballow.com
ddavis@kingballow.com
dniemierzycki@kingballow.com

James F. Blumstein
Of Counsel
Vanderbilt University
131 21st Avenue South
Nashville, TN 37203
Telephone: (615) 343-3939
james.blumstein@vanderbilt.edu

Brian D. Caplan
Robert W. Clarida
Julie Wlodinguer
REITLER KAILAS & ROSENBLATT, LLC
885 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
rclarida@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Jay S. Bowen
Lauren E. Kilgore
Jacob T. Clabo

Buchalter P.C.
1 Music Circle South, Suite 300
Nashville, Tennessee 37203
Telephone: (615) 329-4440
jbowen@buchalter.com
lkilgore@buchalter.com
jclabo@buchalter.com

*/s/ Aubrey B. Harwell III*