*Motion GRANTED.*
*/s/ Aleta A. Trauger*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC; MARTIN AFFILIATED, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SPOTIFY USA INC.; HARRY FOX AGENCY, LLC,<br><br>*Defendants.* | Civil Case No. 19-CV-00736<br><br>Hon. Aleta A. Trauger |
| SPOTIFY USA INC.,<br><br>*Third-Party Plaintiff,*<br><br>v.<br><br>KOBALT MUSIC PUBLISHING AMERICA, INC.,<br><br>*Third-Party Defendant.* | |

**SPOTIFY'S MOTION FOR LEAVE TO FILE A SUR-REPLY REGARDING KOBALT'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Spotify respectfully moves for leave to file a short sur-reply in opposition to Kobalt's motion for entry of final judgment.

On April 18, 2025, Kobalt filed a reply in support of that motion. ECF No. 748. Kobalt's reply misconstrues not only Spotify's arguments and the record, but also a number of decisions that Kobalt cited for the first time in reply. Spotify submits that a sur-reply will clarify the issues raised by Kobalt's motion, and will therefore aid the