IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EIGHT MILE STYLE, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:19-cv-00736 |
| ) | Judge Trauger |
| SPOTIFY USA INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This case is on appeal. Therefore, the Motion for an Award of Attorney's Fees, Costs, and Expenses filed by Harry Fox Agency LLC on September 15, 2024 (Docket No. 724) is premature and, in any case, would have to be supplemented, if appropriate, after the appeal. Therefore, this motion is hereby TERMED as MOOT.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge